CO-386
10/2018

# United States District Court
# For the District of Columbia

National Association for the
Advancement of Colored People,

                Plaintiff

      vs

United States Postal Service, et al.

            Defendant

)
)
)
)
)
)
)
)
)

Civil Action No. _____20-2295_____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for ___National Association for the Advancement of Colored People,___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___National Association for the Advancement of Colored People___ which have

any outstanding securities in the hands of the public:

  None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
_____
Signature

__DC Bar No. 424786_____
BAR IDENTIFICATION NO.

__Allison M. Zieve_____
Print Name

__1600 20th Street NW_____
Address

__Washington, DC 20009_____
City         State        Zip Code

__202-588-1000_____
Phone Number