IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | Civil Action No. 20-cv-2295 (TSC) |

**PLAINITFF'S MOTION FOR A PRELIMINARY INJUNCTON**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Rule 65.1(c), plaintiff National Association for the Advancement of Colored People hereby moves for a preliminary injunction requiring defendants United States Postal Service and Louis DeJoy to rescind changes to postal service announced in the July 10, 2020, "PMG Expectations and Plan" and "Pivot." Defendants' counsel has been consulted and advises that Defendants do not consent to this relief.

In support of this motion, Plaintiff submits the accompanying (1) memorandum of law, (2) Declarations of Carmen Watkins and Earl Graham, and (3) a proposed order.

Dated: September 1, 2020            Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Allison M. Zieve |
| Samuel Spital (D.D.C. Bar No. SS4839) | Allison M. Zieve (DC Bar No. 424786) |
| Rachel Kleinman (NY Bar No. 4417903) | Matthew A. Seligman (DC Bar No. 1018889) |
| Monique Lin-Luse (NY Bar No. 5671920) | PUBLIC CITIZEN LITIGATION GROUP |
| J. Zachery Morris (NY Bar No. 5392196) | 1600 20th Street NW |
| John S. Cusick (NY Bar No. 5585245) | Washington, DC 20009 |
| NAACP LEGAL DEFENSE &    EDUCATIONAL FUND, INC. | (202) 588-1000 |

1

40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

                           Counsel for Plaintiff NAACP