IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　　Defendants. | Civil Action No. 20-cv-2295 (TSC) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's motion for a preliminary injunction requiring Defendants to rescind changes announced in the July 10. 2020, "PMG Expectations and Plan" and "Pivot," and it appearing to the Court that the Plaintiff is likely to succeed on the merits of its claims, that it will suffer irreparable injury if the requested relief is not issued, and that the equities otherwise favor the entry of such an order, it is, therefore,

ORDERED that Plaintiff's motion for a preliminary injunction is hereby GRANTED; and it is further

ORDERED that Defendants are enjoined to rescind changes to United States Postal Service policy and practices announced in and adopted pursuant to the "PMG Expectations and Plan" and "Pivot."

SO ORDERED.

Dated: _____, 2020　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge