IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | Civil Action No. 20-cv-2295 (TSC) |

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2020, I served a true and correct copy of Plaintiff's Motion for a Preliminary Injunction, the memorandum in support thereof, a proposed order, and the Declarations of Earl Graham and Carmen Watkins on defendants, via email to counsel for defendants, who has consented to service by email.

/s/ Allison M. Zieve
Allison M. Zieve

1