Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE

    Plaintiff

  vs.

UNITED STATES POSTAL SERVICE, et al

    Defendant

Civil No.   20-2295  (EGS)

Category   C

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __9/1/2020__ from __Judge Tanya S. Chutkan__ to __Judge Emmet G. Sullivan__ by direction of the Calendar Committee.

(Case Related)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc:   Judge Tanya S. Chutkan   & Courtroom Deputy
      Judge Emmet G. Sullivan   & Courtroom Deputy
      Liaison, Calendar and Case Management Committee