ATTACHMENT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| [PARTY NAME] | ) | |
|---|---|---|
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | Civil Action No. |
| | ) | XX-XXXX (EGS) |
| | ) | |
| [PARTY NAME] | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**[Defendant's] Statement of Material Facts as to
Which There is no Genuine Issue**

| | |
|---|---|
| 1. Plaintiff began working at [Federal Agency] on month, day, year as an [title of position].  Pl.'s Dep. Tr. at X. | |
| 2. At that time plaintiff was [XX] years old. Pl.'s Dep. Tr. at X. | |
| 3. At all times during her employment with [Federal Agency], plaintiff's supervisor was [name of supervisor]. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X. | |
| 4. Plaintiff received five disciplinary notices during the time she was supervised by [name of supervisor]. Pl.'s Dep. Tr. at X, Ex. A-E to Pl.'s Br.; Def.'s Dep. Tr. at X. | |
| 5. Plaintiff was dismissed from her position on month, day, year.  Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X. | |
| 6. Plaintiff's dismissal was based solely on her failure to report to work at her designated reporting time. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X, Ex. A-H to Def.'s Br. | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
[PARTY NAME]                                    )
                                                                )
     **Plaintiff,**                                     )
                                                                )
 V.                                                       )         CA. XX-XXXX (EGS)
                                                                )
[PARTY NAME]                                    )
                                                                )
     **Defendant**                                    )
_____)

**[Plaintiff's] Counter-Statement of Material Facts
as to Which There is a Genuine Issue**

| | |
|---|---|
| 1. Plaintiff began working at [Federal Agency] on month, day, year as an [title of position]. Pl.'s Dep. Tr. at X. | 1. Admitted. |
| 2. At that time plaintiff was [XX] years old. Pl.'s Dep. Tr. at X. | 2. Admitted. |
| 3. At all times during her employment with [Federal Agency], plaintiff's supervisor was [name of supervisor]. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X. | 3. Admitted. |
| 4. Plaintiff received five written disciplinary notices during the time she was supervised by [name of supervisor]. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X, Ex. A-E to Def.'s Br. | 4. Denied. Plaintiff received four, not five written disciplinary notices. Pl.'s Dep. Tr. at X. Plaintiff did not receive a written notice regarding an alleged late arrival on month, day, year, but only a verbal warning. Pl.'s Dep. Tr. at X. |
| 5. Plaintiff was dismissed from her position on month, day, year. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X. | 5. Admitted. |
| 6. Plaintiff's dismissal was based solely on her failure to report to work at her designated reporting time. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X, Ex. A-H to Def.'s Br. | 6. Denied. [Name of Supervisor] fired plaintiff because of her age. Pl.'s Dep. Tr. at X. |
| * | * |
| | 30. On month, day, year, [name of supervisor] asked plaintiff whether her age caused her to allegedly be late to work. Pl.'s Dep. Tr. at X. |
| | 31. On month, day, year, [name of supervisor] told plaintiff that he had never supervised someone as old as her. Pl.'s Dep. Tr. at X. |

2

[Plaintiff] contends that the following are material facts as to which there is a genuine issue of fact for trial:

1. Whether on month, day, year, [name of supervisor] asked plaintiff whether her age caused her to allegedly be late to work.

2. Whether on month, day, year, [name of supervisor] told plaintiff that he had never supervised someone as old as her.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
[PARTY NAME]                        )
                                    )
    **Plaintiff,**                    )
                                    )
 V.                                 )    CA. XX-XXXX (EGS)
                                    )
[PARTY NAME]                        )
                                    )
    **Defendant**                     )
_____ )

**[Defendant's] Reply to Counter-Statement of Material Facts
as to Which There is a Genuine Issue**

| | |
|---|---|
| 1. Plaintiff began working at [Federal Agency] on month, day, year as an [title of position]. Pl.'s Dep. Tr. at X. | 1. Admitted. |
| 2. At that time plaintiff was [XX] years old. Pl.'s Dep. Tr. at X. | 2. Admitted. |
| 3. At all times during her employment with [Federal Agency], plaintiff's supervisor was [name of supervisor]. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X. | 3. Admitted. |
| 4. Plaintiff received five written disciplinary notices during the time she was supervised by [name of supervisor]. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X, Ex. A-E to Def.'s Br. | 4. Denied. Plaintiff received four, not five written disciplinary notices. Pl.'s Dep. Tr. at X. Plaintiff did not receive a written notice regarding an alleged late arrival on month, day, year, but only a verbal warning. Pl.'s Dep. Tr. at X. |
| 5. Plaintiff was dismissed from her position on month, day, year. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X. | 5. Admitted. |
| 6. Plaintiff's dismissal was based solely on her failure to report to work at her designated reporting time. Pl.'s Dep. Tr. at X, Def.'s Dep. Tr. at X, Ex. A-H to Def.'s Br. | 6. Denied. [Name of Supervisor] fired plaintiff because of her age. Pl.'s Dep. Tr. at X. |
| * | * |
| 30. Denied. [Name of Supervisor] never asked plaintiff whether her age caused her to be late to work. Def.'s Dep. Tr. at X. | 30. On month, day, year, [name of supervisor] asked plaintiff whether her age caused her to allegedly be late to work. Pl.'s Dep. Tr. at X. |

5

| | |
|---|---|
| 31. Denied. [Name of Supervisor] never told plaintiff that he had never supervised someone as old as her. Def.'s Dep. Tr. at X. | 31. On month, day, year, [name of supervisor] told plaintiff that he had never supervised someone as old as her. Pl.'s Dep. Tr. at X. |