**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

The parties, by and through their undersigned counsel, respectfully move that the Court enter the following Protective Order.

Pursuant to Federal Rule of Civil Procedure 26(c), the parties jointly request entry of a protective order to permit Defendant United States Postal Service to disclose certain confidential information.

Defendants have offered to provide Plaintiff discovery responses that are to be produced in related litigation currently in the Eastern District of Washington. *See State of Washington v. Trump*, No. 1:20-CV-03127-SAB (E.D. Wash). Defendants have determined that some of the information responsive to those discovery requests likely contain confidential commercial information protected from general release pursuant to 39 U.S.C. § 410(c)(2), which "protects information of a commercial nature . . . which under good business practice would not be publicly disclosed." Responsive records may also contain information covered by the Trade

Secrets Act.  This information was provided to Congress upon the request that it be kept confidential.  The Trade Secrets Act provides for the imposition of penalties on government employees who disclose, in a manner not authorized by law, certain types of business information that is revealed to the employee in performance of official duties.  *See* 18 U.S.C. § 1905.  Information protected by the Trade Secrets Act may be disclosed subject to a protective order entered by a court.  *See Agility Pub. Warehousing Co. K.S.C., v. U.S. Dep't of Defense*, 110 F. Supp. 3d 215, 228-29 (D.D.C. 2015).

The parties therefore jointly move for entry of a Protective Order ("Order"), filed as the proposed order to this Motion, to protect confidential documents and information that may be produced as part of this litigation and to set forth mandatory procedures for persons who receive or review documents or information produced subject to this Order.

Dated:  September 4, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

/s/ Allison M. Zieve
Allison M. Zieve (DC Bar No. 424786)
Matthew A. Seligman (DC Bar No. 1018889)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

2

Samuel Spital (D.D.C. Bar No. SS4839)
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200