IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

**JOINT STATUS REPORT**

The parties submit this joint status report in response to the Court's minute order of September 1, 2020.

The parties agree that the pending motion for a preliminary injunction should not be consolidated with a trial on the merits. The parties further state that they expect that the case will be resolved on cross-motions for summary judgment.

The parties recommend the following schedule for briefing of the motion for a preliminary injunction: Defendants' opposition – due Friday, September 11 by noon; Plaintiff's reply – due Wednesday, September 16.

Dated:  September 8, 2020

*/s/ Allison M. Zieve*
Allison M. Zieve (DC Bar No. 424786)
Matthew A. Seligman (DC Bar No. 1018889)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney

Samuel Spital (DDC Bar No. SS4839)
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Counsel for plaintiff

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

Counsel for defendants