**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,

       Plaintiff,

  v.

UNITED STATES POSTAL SERVICE, *et al.*,

       Defendants.

Civil Docket No. 20-cv-2295 (EGS)

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant's Motion for a Preliminary Injunction is

DENIED.

DATED:_____           By:_____
                                   UNITED STATES DISTRICT JUDGE