IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 20-cv-2295 (EGS) |

**UNOPPOSED MOTION
FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS
IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTON**

Pursuant to Local Rule 65.1(c), plaintiff National Association for the Advancement of Colored People (NAACP) hereby moves for a leave to file, with its reply memorandum, two additional declarations in support of its motion for a preliminary injunction. Defendants' counsel has been consulted and advises that Defendants do not oppose this motion.

The two declarations are directly responsive to Defendants' memorandum in opposition. First, the NAACP seeks leave to file a declaration to attach a small number of exhibits, consisting of documents produced by Defendants to the plaintiffs in litigation pending in Washington state on September 6, 2020—after the filing of the pending motion for a preliminary injunction. Counsel for the NAACP obtained the document production directly from counsel for Defendants, and the NAACP seeks to rely on the documents in its reply in support of the preliminary injunction motion.

1

Second, Defendants have challenged the NAACP's standing by arguing, among other things, that the evidence of delay in postal service set forth in the August 28, 2020, declaration of NAACP member Earl Graham is inadequate because the declaration describes delays that occurred earlier this summer, but "there is no basis to conclude that this purported injury is likely to recur." Defs. Mem. 25, ECF 21. The NAACP seeks to submit an additional declaration from Mr. Graham to establish that his injury—the delay in receiving mail, including his medication, through the U.S. Postal Service—continues to occur.

Plaintiff believes that the two short supplemental declarations are pertinent and will assist the Court in resolving the motion for a preliminary injunction.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the motion for leave to file supplemental declarations in support of the motion for a preliminary injunction be granted.

Dated: September 15, 2020        Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Allison M. Zieve |
| Samuel Spital (D.D.C. Bar No. SS4839) | Allison M. Zieve (DC Bar No. 424786) |
| Rachel Kleinman (NY Bar No. 4417903) | Matthew A. Seligman (DC Bar No. 1018889) |
| Monique Lin-Luse (NY Bar No. 5671920) | PUBLIC CITIZEN LITIGATION GROUP |
| J. Zachery Morris (NY Bar No. 5392196) | 1600 20th Street NW |
| John S. Cusick (NY Bar No. 5585245) | Washington, DC 20009 |
| NAACP LEGAL DEFENSE & | (202) 588-1000 |
|    EDUCATIONAL FUND, INC. |  |
| 40 Rector Street, 5th Floor |  |
| New York, NY 10006 |  |
| (212) 965-2200 |  |

Counsel for Plaintiff NAACP