# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 20-cv-2295 (EGS) |

## PROPOSED ORDER

Upon consideration of Plaintiff's Emergency Motion to Enforce and Monitor Compliance with Preliminary Injunction and Request for Expedited Briefing and Hearing, the memoranda and exhibits submitted in support thereof, and the opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is **FURTHER ORDERED** that:

1. No later than 9:00 a.m. on October 28, 2020, Defendants shall issue a memorandum to United States Postal Service (USPS) personnel that:

    a. clearly and unequivocally rescinds the set of guidelines issued on July 14, 2020, by USPS Vice President of Logistics, Robert Cintron, regarding the use of late and extra trips (Cintron Guidelines); and

    b. directs USPS personnel to perform late and extra trips to the maximum extent necessary to increase on-time mail deliveries, particularly for Election Mail, and specifically authorizes USPS personnel to perform late and extra trips to the same or greater degree than they were performed prior to the issuance of

1

the Cintron Guidelines in order to meet this goal of increasing on-time mail deliveries.

2. No later than 9:00 a.m. on October 28, 2020, Defendants shall distribute to USPS personnel a list of state-specific statutory ballot receipt deadlines, so that USPS managers and employees can implement the Election Mail guidance that Defendants have recently issued. The parties shall confer and agree on the form and substance of the list.

3. Effective the date of this Order, and continuing through November 20, 2020, Defendants shall file with the Court on a daily basis (a) updated data on the number of extra and late trips at the Nation, Area, and District level, including any available data that is specific to Election Mail; (b) updated data on the percentage of on-time deliveries at the Nation, Area, and District level, including any available data that is specific to Election Mail; and (c) any other reports generated after the date of this Order and produced to Congress, other courts, or other litigants.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____