| Area | District | Date | First-Class | Marketing Mail |
|---|---|---|---|---|
| Nation | | 10/24/2020 | 86.17% | 89.01% |
| Nation | | 10/26/2020 | 88.56% | 88.05% |
| Nation | | 10/27/2020 | 69.81% | 89.65% |
| | | | | |
| Capital Metro | | 10/24/2020 | 80.10% | 79.54% |
| Eastern | | 10/24/2020 | 80.59% | 83.95% |
| Great Lakes | | 10/24/2020 | 86.02% | 89.85% |
| Northeast | | 10/24/2020 | 89.86% | 92.90% |
| Pacific | | 10/24/2020 | 92.39% | 96.13% |
| Southern | | 10/24/2020 | 87.83% | 88.32% |
| Western | | 10/24/2020 | 86.87% | 92.38% |
| Capital Metro | | 10/26/2020 | 82.38% | 74.93% |
| Eastern | | 10/26/2020 | 82.74% | 80.23% |
| Great Lakes | | 10/26/2020 | 88.42% | 90.05% |
| Northeast | | 10/26/2020 | 92.49% | 92.87% |
| Pacific | | 10/26/2020 | 94.32% | 96.37% |
| Southern | | 10/26/2020 | 89.91% | 91.36% |
| Western | | 10/26/2020 | 90.26% | 92.26% |
| Capital Metro | | 10/27/2020 | 61.92% | 79.77% |
| Eastern | | 10/27/2020 | 63.19% | 85.33% |
| Great Lakes | | 10/27/2020 | 65.91% | 88.83% |
| Northeast | | 10/27/2020 | 78.07% | 93.20% |
| Pacific | | 10/27/2020 | 78.33% | 96.25% |
| Southern | | 10/27/2020 | 73.76% | 91.75% |
| Western | | 10/27/2020 | 71.28% | 91.92% |
| | | | | |
| Capital Metro | Atlanta | 10/24/2020 | 83.94% | 71.02% |
| Capital Metro | Baltimore | 10/24/2020 | 62.62% | 73.94% |
| Capital Metro | Capital | 10/24/2020 | 76.36% | 94.04% |
| Capital Metro | Greater S Carolina | 10/24/2020 | 77.89% | 86.72% |
| Capital Metro | Greensboro | 10/24/2020 | 77.30% | 66.67% |
| Capital Metro | Mid-Carolinas | 10/24/2020 | 85.19% | 88.26% |
| Capital Metro | Norther Virginia | 10/24/2020 | 83.84% | 94.71% |
| Capital Metro | Richmond | 10/24/2020 | 82.31% | 87.12% |
| Eastern | Appalachian | 10/24/2020 | 90.09% | 94.79% |
| Eastern | Central Pennsylvania | 10/24/2020 | 69.43% | 59.03% |
| Eastern | Kentuckiana | 10/24/2020 | 89.73% | 96.46% |
| Eastern | Norther Ohio | 10/24/2020 | 80.91% | 74.11% |
| Eastern | Ohio Valley | 10/24/2020 | 83.45% | 83.61% |
| Eastern | Philadelphia Metropo | 10/24/2020 | 58.35% | 74.95% |
| Eastern | South Jersey | 10/24/2020 | 80.27% | 89.84% |
| Eastern | Tennessee | 10/24/2020 | 86.43% | 89.67% |
| Eastern | Western New York | 10/24/2020 | 90.26% | 94.05% |
| Eastern | Western Pennsylvania | 10/24/2020 | 87.06% | 97.74% |
| Great Lakes | Central Illinois | 10/24/2020 | 84.63% | 85.77% |
| Great Lakes | Chicago | 10/24/2020 | 90.55% | 89.75% |

| | | | | |
|---|---|---|---|---|
| Great Lakes | Detroit | 10/24/2020 | 71.79% | 84.84% |
| Great Lakes | Gateway | 10/24/2020 | 88.19% | 92.59% |
| Great Lakes | Greater Indiana | 10/24/2020 | 93.11% | 94.04% |
| Great Lakes | Greater Michigan | 10/24/2020 | 87.45% | 92.47% |
| Great Lakes | Lakeland | 10/24/2020 | 86.59% | 93.34% |
| Northeast | Albany | 10/24/2020 | 88.05% | 94.79% |
| Northeast | Caribbean | 10/24/2020 | 97.11% | 96.09% |
| Northeast | Connecticut Valley | 10/24/2020 | 91.24% | 94.78% |
| Northeast | Greater Boston | 10/24/2020 | 89.55% | 86.00% |
| Northeast | Long Island | 10/24/2020 | 90.56% | 94.14% |
| Northeast | New York | 10/24/2020 | 88.86% | 97.80% |
| Northeast | Northern New England | 10/24/2020 | 90.69% | 95.62% |
| Northeast | Northern New Jersey | 10/24/2020 | 88.10% | 92.37% |
| Northeast | Triboro | 10/24/2020 | 92.31% | 95.28% |
| Northeast | Westchester | 10/24/2020 | 89.17% | 84.08% |
| Pacific | Bay-Valley | 10/24/2020 | 93.24% | 96.78% |
| Pacific | Honolulu | 10/24/2020 | 90.93% | 85.65% |
| Pacific | Los Angeles | 10/24/2020 | 89.84% | 95.67% |
| Pacific | Sacramento | 10/24/2020 | 94.51% | 92.33% |
| Pacific | San Diego | 10/24/2020 | 92.48% | 96.31% |
| Pacific | San Francisco | 10/24/2020 | 94.26% | 98.62% |
| Pacific | Santa Ana | 10/24/2020 | 92.27% | 97.37% |
| Pacific | Sierra Coastal | 10/24/2020 | 91.54% | 97.12% |
| Southern | Alabama | 10/24/2020 | 81.31% | 80.49% |
| Southern | Arkansas | 10/24/2020 | 89.42% | 93.55% |
| Southern | Dallas | 10/24/2020 | 91.41% | 94.61% |
| Southern | Ft. Worth | 10/24/2020 | 87.42% | 87.70% |
| Southern | Gulf Atlantic | 10/24/2020 | 80.83% | 86.35% |
| Southern | Houston | 10/24/2020 | 88.57% | 90.07% |
| Southern | Louisiana | 10/24/2020 | 91.46% | 81.29% |
| Southern | Mississippi | 10/24/2020 | 80.14% | 89.18% |
| Southern | Oklahoma | 10/24/2020 | 93.13% | 94.35% |
| Southern | Rio Grande | 10/24/2020 | 92.42% | 92.19% |
| Southern | South Florida | 10/24/2020 | 84.34% | 92.64% |
| Southern | Suncoast | 10/24/2020 | 88.58% | 80.12% |
| Western | Alaska | 10/24/2020 | 84.48% | 92.36% |
| Western | Arizona | 10/24/2020 | 89.98% | 88.10% |
| Western | Central Plains | 10/24/2020 | 86.69% | 96.03% |
| Western | Colorado/Wyoming | 10/24/2020 | 74.98% | 91.99% |
| Western | Dakotas | 10/24/2020 | 90.04% | 96.34% |
| Western | Hawkeye | 10/24/2020 | 88.87% | 93.42% |
| Western | Mid-Americas | 10/24/2020 | 88.56% | 89.78% |
| Western | Nevada Sierra | 10/24/2020 | 91.52% | 97.05% |
| Western | Northland | 10/24/2020 | 81.62% | 93.47% |
| Western | Portland | 10/24/2020 | 88.21% | 92.87% |
| Western | Salt Lake City | 10/24/2020 | 92.85% | 92.02% |
| Western | Seattle | 10/24/2020 | 85.71% | 91.45% |

| | | | | |
|---|---|---|---|---|
| Capital Metro | Atlanta | 10/26/2020 | 86.99% | 62.00% |
| Capital Metro | Baltimore | 10/26/2020 | 68.36% | 66.37% |
| Capital Metro | Capital | 10/26/2020 | 82.11% | 95.52% |
| Capital Metro | Greater S Carolina | 10/26/2020 | 72.65% | 87.39% |
| Capital Metro | Greensboro | 10/26/2020 | 79.60% | 61.88% |
| Capital Metro | Mid-Carolinas | 10/26/2020 | 88.11% | 77.21% |
| Capital Metro | Norther Virginia | 10/26/2020 | 86.88% | 95.79% |
| Capital Metro | Richmond | 10/26/2020 | 88.85% | 90.79% |
| Eastern | Appalachian | 10/26/2020 | 86.86% | 88.88% |
| Eastern | Central Pennsylvania | 10/26/2020 | 74.52% | 66.77% |
| Eastern | Kentuckiana | 10/26/2020 | 88.95% | 95.59% |
| Eastern | Norther Ohio | 10/26/2020 | 83.23% | 74.71% |
| Eastern | Ohio Valley | 10/26/2020 | 87.73% | 81.80% |
| Eastern | Philadelphia Metropo | 10/26/2020 | 61.18% | 56.59% |
| Eastern | South Jersey | 10/26/2020 | 81.31% | 86.88% |
| Eastern | Tennessee | 10/26/2020 | 90.11% | 89.12% |
| Eastern | Western New York | 10/26/2020 | 88.99% | 93.96% |
| Eastern | Western Pennsylvania | 10/26/2020 | 91.43% | 98.19% |
| Great Lakes | Central Illinois | 10/26/2020 | 86.59% | 83.87% |
| Great Lakes | Chicago | 10/26/2020 | 92.27% | 91.49% |
| Great Lakes | Detroit | 10/26/2020 | 77.41% | 82.13% |
| Great Lakes | Gateway | 10/26/2020 | 88.47% | 93.62% |
| Great Lakes | Greater Indiana | 10/26/2020 | 94.43% | 94.60% |
| Great Lakes | Greater Michigan | 10/26/2020 | 88.66% | 93.67% |
| Great Lakes | Lakeland | 10/26/2020 | 90.16% | 95.16% |
| Northeast | Albany | 10/26/2020 | 92.18% | 93.36% |
| Northeast | Caribbean | 10/26/2020 | 95.09% | 97.25% |
| Northeast | Connecticut Valley | 10/26/2020 | 93.29% | 95.91% |
| Northeast | Greater Boston | 10/26/2020 | 93.06% | 92.15% |
| Northeast | Long Island | 10/26/2020 | 89.81% | 93.75% |
| Northeast | New York | 10/26/2020 | 91.56% | 97.14% |
| Northeast | Northern New England | 10/26/2020 | 92.02% | 95.51% |
| Northeast | Northern New Jersey | 10/26/2020 | 92.90% | 90.13% |
| Northeast | Triboro | 10/26/2020 | 93.92% | 90.82% |
| Northeast | Westchester | 10/26/2020 | 90.03% | 86.15% |
| Pacific | Bay-Valley | 10/26/2020 | 94.36% | 97.66% |
| Pacific | Honolulu | 10/26/2020 | 92.98% | 46.75% |
| Pacific | Los Angeles | 10/26/2020 | 93.51% | 95.36% |
| Pacific | Sacramento | 10/26/2020 | 94.54% | 94.26% |
| Pacific | San Diego | 10/26/2020 | 94.62% | 96.81% |
| Pacific | San Francisco | 10/26/2020 | 94.98% | 97.87% |
| Pacific | Santa Ana | 10/26/2020 | 95.23% | 97.24% |
| Pacific | Sierra Coastal | 10/26/2020 | 92.87% | 97.54% |
| Southern | Alabama | 10/26/2020 | 86.41% | 81.39% |
| Southern | Arkansas | 10/26/2020 | 94.38% | 91.04% |
| Southern | Dallas | 10/26/2020 | 92.06% | 96.12% |
| Southern | Ft. Worth | 10/26/2020 | 89.77% | 88.73% |

| | | | | |
|---|---|---|---|---|
| Southern | Gulf Atlantic | 10/26/2020 | 83.70% | 85.42% |
| Southern | Houston | 10/26/2020 | 89.87% | 96.00% |
| Southern | Louisiana | 10/26/2020 | 92.34% | 88.92% |
| Southern | Mississippi | 10/26/2020 | 82.21% | 85.55% |
| Southern | Oklahoma | 10/26/2020 | 94.26% | 96.16% |
| Southern | Rio Grande | 10/26/2020 | 92.46% | 90.99% |
| Southern | South Florida | 10/26/2020 | 87.79% | 92.47% |
| Southern | Suncoast | 10/26/2020 | 91.40% | 92.44% |
| Western | Alaska | 10/26/2020 | 87.15% | 87.25% |
| Western | Arizona | 10/26/2020 | 91.93% | 87.81% |
| Western | Central Plains | 10/26/2020 | 92.91% | 93.23% |
| Western | Colorado/Wyoming | 10/26/2020 | 74.70% | 90.99% |
| Western | Dakotas | 10/26/2020 | 92.01% | 95.45% |
| Western | Hawkeye | 10/26/2020 | 92.21% | 93.19% |
| Western | Mid-Americas | 10/26/2020 | 90.46% | 92.30% |
| Western | Nevada Sierra | 10/26/2020 | 92.85% | 94.02% |
| Western | Northland | 10/26/2020 | 88.14% | 92.60% |
| Western | Portland | 10/26/2020 | 92.27% | 93.90% |
| Western | Salt Lake City | 10/26/2020 | 94.02% | 93.02% |
| Western | Seattle | 10/26/2020 | 91.60% | 96.10% |
| Capital Metro | Atlanta | 10/27/2020 | 63.47% | 73.98% |
| Capital Metro | Baltimore | 10/27/2020 | 39.29% | 73.71% |
| Capital Metro | Capital | 10/27/2020 | 70.40% | 95.16% |
| Capital Metro | Greater S Carolina | 10/27/2020 | 60.83% | 90.06% |
| Capital Metro | Greensboro | 10/27/2020 | 61.16% | 61.78% |
| Capital Metro | Mid-Carolinas | 10/27/2020 | 66.54% | 76.40% |
| Capital Metro | Norther Virginia | 10/27/2020 | 71.13% | 95.65% |
| Capital Metro | Richmond | 10/27/2020 | 72.17% | 92.01% |
| Eastern | Appalachian | 10/27/2020 | 65.67% | 91.87% |
| Eastern | Central Pennsylvania | 10/27/2020 | 62.35% | 63.49% |
| Eastern | Kentuckiana | 10/27/2020 | 79.80% | 97.10% |
| Eastern | Norther Ohio | 10/27/2020 | 55.95% | 79.23% |
| Eastern | Ohio Valley | 10/27/2020 | 61.61% | 86.95% |
| Eastern | Philadelphia Metropo | 10/27/2020 | 42.95% | 73.50% |
| Eastern | South Jersey | 10/27/2020 | 53.34% | 89.46% |
| Eastern | Tennessee | 10/27/2020 | 74.43% | 91.37% |
| Eastern | Western New York | 10/27/2020 | 76.75% | 96.90% |
| Eastern | Western Pennsylvania | 10/27/2020 | 80.94% | 96.77% |
| Great Lakes | Central Illinois | 10/27/2020 | 72.11% | 89.92% |
| Great Lakes | Chicago | 10/27/2020 | 74.79% | 94.96% |
| Great Lakes | Detroit | 10/27/2020 | 52.63% | 76.71% |
| Great Lakes | Gateway | 10/27/2020 | 74.04% | 91.30% |
| Great Lakes | Greater Indiana | 10/27/2020 | 69.05% | 95.11% |
| Great Lakes | Greater Michigan | 10/27/2020 | 66.01% | 84.30% |
| Great Lakes | Lakeland | 10/27/2020 | 60.72% | 94.00% |
| Northeast | Albany | 10/27/2020 | 82.60% | 93.19% |
| Northeast | Caribbean | 10/27/2020 | 92.83% | 79.27% |

| Region | District | Date | % | % |
|---|---|---|---|---|
| Northeast | Connecticut Valley | 10/27/2020 | 78.84% | 93.83% |
| Northeast | Greater Boston | 10/27/2020 | 77.04% | 93.67% |
| Northeast | Long Island | 10/27/2020 | 78.39% | 95.93% |
| Northeast | New York | 10/27/2020 | 79.73% | 97.08% |
| Northeast | Northern New England | 10/27/2020 | 78.68% | 86.60% |
| Northeast | Northern New Jersey | 10/27/2020 | 70.66% | 93.38% |
| Northeast | Triboro | 10/27/2020 | 83.95% | 93.07% |
| Northeast | Westchester | 10/27/2020 | 79.07% | 93.64% |
| Pacific | Bay-Valley | 10/27/2020 | 82.74% | 97.46% |
| Pacific | Honolulu | 10/27/2020 | 87.60% | 89.53% |
| Pacific | Los Angeles | 10/27/2020 | 81.32% | 95.92% |
| Pacific | Sacramento | 10/27/2020 | 77.27% | 92.78% |
| Pacific | San Diego | 10/27/2020 | 80.22% | 96.35% |
| Pacific | San Francisco | 10/27/2020 | 82.85% | 97.55% |
| Pacific | Santa Ana | 10/27/2020 | 68.56% | 96.91% |
| Pacific | Sierra Coastal | 10/27/2020 | 81.66% | 97.80% |
| Southern | Alabama | 10/27/2020 | 72.39% | 89.39% |
| Southern | Arkansas | 10/27/2020 | 79.30% | 91.44% |
| Southern | Dallas | 10/27/2020 | 77.19% | 93.44% |
| Southern | Ft. Worth | 10/27/2020 | 75.06% | 92.29% |
| Southern | Gulf Atlantic | 10/27/2020 | 64.29% | 84.81% |
| Southern | Houston | 10/27/2020 | 80.72% | 95.48% |
| Southern | Louisiana | 10/27/2020 | 76.53% | 88.38% |
| Southern | Mississippi | 10/27/2020 | 64.46% | 88.24% |
| Southern | Oklahoma | 10/27/2020 | 83.65% | 95.97% |
| Southern | Rio Grande | 10/27/2020 | 81.81% | 94.54% |
| Southern | South Florida | 10/27/2020 | 62.94% | 89.52% |
| Southern | Suncoast | 10/27/2020 | 71.23% | 94.92% |
| Western | Alaska | 10/27/2020 | 72.77% | 83.97% |
| Western | Arizona | 10/27/2020 | 77.28% | 91.42% |
| Western | Central Plains | 10/27/2020 | 84.16% | 96.02% |
| Western | Colorado/Wyoming | 10/27/2020 | 49.25% | 85.37% |
| Western | Dakotas | 10/27/2020 | 74.99% | 93.64% |
| Western | Hawkeye | 10/27/2020 | 74.64% | 94.09% |
| Western | Mid-Americas | 10/27/2020 | 65.66% | 87.11% |
| Western | Nevada Sierra | 10/27/2020 | 80.73% | 95.94% |
| Western | Northland | 10/27/2020 | 66.31% | 89.47% |
| Western | Portland | 10/27/2020 | 78.17% | 89.87% |
| Western | Salt Lake City | 10/27/2020 | 74.69% | 96.08% |
| Western | Seattle | 10/27/2020 | 73.37% | 96.79% |