# Extra Trips

## Extra Trips (Network & Local - HCR & PVS):

- **No. of Extra Trips by Division**

| Division | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 59 | 64 | 42 | 26 | 66 | 52 | 67 | 60 | 71 | 86 | 200 | 144 | 86 | 78 | 68 | 70 | 67 | 52 | 74 | 70 | 68 | 87 | 81 | 91 | 49 | 105 | 76 | 91 |
| COASTAL SOUTHEAST | 131 | 117 | 101 | 120 | 139 | 123 | 111 | 134 | 133 | 211 | 310 | 269 | 173 | 149 | 170 | 177 | 162 | 127 | 177 | 142 | 163 | 184 | 174 | 154 | 115 | 165 | 175 | 160 |
| ISC | 7 | 4 | 3 | 2 | 3 | 11 | 8 | 12 | 8 | 3 | 5 | 5 | 5 | 9 | 5 | 4 | 2 | 3 | 1 | 2 | 4 | 4 | 5 | 4 | 1 |  | 3 | 4 |
| LAKESHORES | 35 | 31 | 24 | 32 | 47 | 54 | 42 | 56 | 53 | 34 | 62 | 141 | 82 | 91 | 71 | 75 | 72 | 38 | 74 | 71 | 76 | 85 | 92 | 50 | 65 | 97 | 91 | 95 |
| MID-ATLANTIC | 20 | 29 | 38 | 42 | 45 | 30 | 28 | 30 | 39 | 49 | 198 | 119 | 66 | 59 | 70 | 44 | 37 | 54 | 61 | 48 | 50 | 46 | 60 | 52 | 66 | 94 | 67 | 85 |
| MID-SOUTH | 38 | 38 | 16 | 36 | 46 | 44 | 34 | 50 | 40 | 21 | 74 | 100 | 49 | 48 | 43 | 31 | 21 | 39 | 48 | 56 | 50 | 47 | 48 | 32 | 39 | 66 | 44 | 62 |
| MIDWEST | 30 | 34 | 29 | 53 | 44 | 39 | 49 | 53 | 47 | 25 | 121 | 88 | 68 | 54 | 32 | 37 | 33 | 41 | 45 | 36 | 61 | 48 | 43 | 28 | 43 | 51 | 44 | 51 |
| NEW ENGLAND | 30 | 25 | 24 | 49 | 46 | 26 | 34 | 36 | 42 | 41 | 49 | 95 | 62 | 49 | 39 | 54 | 63 | 65 | 71 | 35 | 46 | 39 | 40 | 70 | 64 | 72 | 42 | 60 |
| NEW YORK METRO | 22 | 28 | 20 | 16 | 21 | 30 | 31 | 33 | 33 | 18 | 46 | 94 | 80 | 52 | 41 | 44 | 44 | 50 | 40 | 38 | 41 | 37 | 43 | 38 | 29 | 38 | 35 | 48 |
| PACIFIC NORTHWEST | 35 | 32 | 50 | 22 | 48 | 28 | 36 | 40 | 45 | 68 | 174 | 211 | 75 | 50 | 48 | 38 | 45 | 39 | 64 | 26 | 24 | 32 | 36 | 47 | 46 | 40 | 24 | 32 |
| SOUTHERN CALIFORNIA | 23 | 28 | 30 | 21 | 68 | 35 | 34 | 29 | 32 | 35 | 117 | 247 | 62 | 36 | 63 | 53 | 55 | 33 | 57 | 44 | 54 | 38 | 29 | 33 | 24 | 35 | 26 | 30 |
| SOUTHWEST | 32 | 35 | 12 | 27 | 18 | 15 | 26 | 28 | 37 | 32 | 114 | 141 | 45 | 26 | 32 | 30 | 33 | 54 | 39 | 24 | 34 | 26 | 37 | 40 | 66 | 56 | 28 | 38 |
| STC | 44 | 54 | 53 | 39 | 59 | 47 | 51 | 46 | 43 | 48 | 80 | 49 | 58 | 67 | 59 | 36 | 65 | 43 | 48 | 58 | 47 | 59 | 53 | 58 | 47 | 47 | 48 | 48 |
| WESTSHORE | 20 | 15 | 21 | 22 | 31 | 23 | 22 | 22 | 17 | 18 | 44 | 46 | 24 | 15 | 9 | 36 | 28 | 17 | 40 | 13 | 19 | 19 | 21 | 31 | 18 | 26 | 21 | 32 |
| Grand Total | 526 | 534 | 463 | 507 | 681 | 557 | 573 | 629 | 640 | 689 | 1594 | 1749 | 935 | 783 | 750 | 729 | 727 | 655 | 839 | 663 | 737 | 751 | 762 | 728 | 672 | 892 | 724 | 836 |



Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
10/30/2020

# Trips On Time

## Trips On Time (Network & Local - HCR &PVS):

- **No. of Late Trips by Division**

| Division | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 154 | 157 | 109 | 92 | 130 | 153 | 156 | 204 | 280 | 171 | 60 | 149 | 305 | 273 | 301 | 392 | 223 | 173 | 316 | 347 | 377 | 394 | 428 | 309 | 236 | 402 | 383 | 419 |
| COASTAL SOUTHEAST | 189 | 157 | 123 | 105 | 178 | 201 | 185 | 215 | 417 | 208 | 88 | 114 | 298 | 351 | 378 | 426 | 233 | 256 | 387 | 377 | 371 | 357 | 420 | 218 | 291 | 317 | 412 | 453 |
| ISC | 11 | 16 | 11 | 7 | 8 | 10 | 19 | 12 | 10 | 13 | 4 | 4 | 6 | 12 | 13 | 13 | 16 | 9 | 10 | 14 | 13 | 14 | 10 | 18 | 8 | 9 | 9 | 12 |
| LAKESHORES | 165 | 197 | 110 | 84 | 197 | 182 | 184 | 172 | 246 | 146 | 63 | 145 | 316 | 264 | 322 | 292 | 165 | 168 | 289 | 279 | 247 | 359 | 314 | 139 | 140 | 288 | 265 | 287 |
| MID-ATLANTIC | 96 | 111 | 67 | 54 | 111 | 130 | 155 | 135 | 174 | 87 | 72 | 67 | 181 | 205 | 154 | 174 | 119 | 102 | 147 | 153 | 129 | 147 | 182 | 120 | 123 | 156 | 143 | 173 |
| MID-SOUTH | 209 | 261 | 82 | 191 | 224 | 191 | 185 | 193 | 260 | 84 | 77 | 190 | 250 | 235 | 279 | 296 | 141 | 206 | 181 | 254 | 190 | 173 | 221 | 65 | 189 | 186 | 228 | 219 |
| MIDWEST | 36 | 35 | 29 | 27 | 34 | 36 | 38 | 24 | 66 | 23 | 20 | 27 | 68 | 77 | 57 | 48 | 23 | 39 | 50 | 44 | 44 | 54 | 74 | 35 | 36 | 58 | 75 | 55 |
| NEW ENGLAND | 78 | 77 | 63 | 80 | 100 | 106 | 86 | 109 | 180 | 94 | 62 | 96 | 186 | 147 | 146 | 188 | 78 | 116 | 128 | 101 | 121 | 141 | 161 | 78 | 123 | 136 | 138 | 139 |
| NEW YORK METRO | 70 | 74 | 68 | 41 | 112 | 121 | 100 | 100 | 110 | 91 | 40 | 51 | 132 | 127 | 128 | 107 | 122 | 61 | 75 | 109 | 100 | 126 | 107 | 90 | 65 | 102 | 109 | 117 |
| PACIFIC NORTHWEST | 37 | 50 | 24 | 19 | 54 | 56 | 53 | 31 | 40 | 21 | 9 | 25 | 63 | 78 | 60 | 76 | 24 | 33 | 52 | 58 | 43 | 34 | 45 | 12 | 20 | 40 | 38 | 41 |
| SOUTHERN CALIFORNIA | 58 | 72 | 27 | 41 | 70 | 81 | 79 | 56 | 106 | 38 | 12 | 34 | 86 | 91 | 80 | 73 | 46 | 26 | 70 | 75 | 76 | 83 | 60 | 35 | 29 | 65 | 52 | 69 |
| SOUTHWEST | 98 | 111 | 39 | 68 | 75 | 115 | 118 | 98 | 159 | 58 | 50 | 80 | 128 | 161 | 150 | 135 | 69 | 84 | 125 | 154 | 143 | 131 | 208 | 96 | 143 | 150 | 180 | 173 |
| STC | 128 | 162 | 134 | 116 | 96 | 210 | 206 | 192 | 214 | 178 | 112 | 63 | 137 | 227 | 236 | 222 | 203 | 135 | 111 | 198 | 202 | 231 | 214 | 183 | 145 | 78 | 231 | 209 |
| WESTSHORE | 91 | 117 | 73 | 65 | 132 | 130 | 100 | 135 | 145 | 85 | 35 | 49 | 144 | 127 | 185 | 163 | 121 | 118 | 177 | 145 | 141 | 215 | 219 | 125 | 71 | 158 | 173 | 117 |
| Grand Total | 1420 | 1597 | 959 | 990 | 1521 | 1722 | 1664 | 1676 | 2407 | 1297 | 704 | 1094 | 2300 | 2375 | 2489 | 2605 | 1583 | 1526 | 2118 | 2308 | 2197 | 2459 | 2663 | 1523 | 1619 | 2145 | 2436 | 2483 |

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
10/30/2020

