# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION FOR THE )
ADVANCEMENT OF COLORED )
PEOPLE, )
          )
         Plaintiff, )
          )
v. )    Civil Action No. 20-cv-2295 (EGS)
          )
UNITED STATES POSTAL SERVICE, )
et al., )
          )
         Defendants. )
_____ )

## JOINT STATUS REPORT

Based on witness availability, the parties respectfully suggest that this Court schedule a

status conference for 3pm today, October 31, 2020.

October 31, 2020               Respectfully submitted,

                                                         /s/

                             Allison M. Zieve_____

Samuel Spital (D.D.C. Bar No. SS4839)     Allison M. Zieve (DC Bar No. 424786)
Rachel Kleinman (NY Bar No. 4417903)     Matthew A. Seligman (DC Bar No. 1018889)
Monique Lin-Luse (NY Bar No. 5671920)    PUBLIC CITIZEN LITIGATION GROUP
J. Zachery Morris (NY Bar No. 5392196)     1600 20th Street NW
John S. Cusick (NY Bar No. 5585245)       Washington, DC 20009
NAACP LEGAL DEFENSE &                (202) 588-1000
    EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

*Counsel for Plaintiff NAACP*

                             JEFFREY BOSSERT CLARK
                             Acting Assistant Attorney General

                             ERIC R. WOMACK
                             Assistant Director, Federal Programs Branch

                             */s/ Joseph E. Borson*
                             JOSEPH E. BORSON (Va. Bar No. 85519)

1

KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*