**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

## NOTICE PURSUANT TO THE COURT'S OCTOBER 30, 2020 ORDER

Pursuant to the Court's October 30, 2020 Order, Defendants provide the Court with a document explaining, for each USPS District whose Election Mail processing scores for Inbound Ballots were below 90 percent on October 30, 2020 and October 31, 2020, or below 80 percent on October 31, 2020,[1] Defendants' understanding, based on all reasonably available information, of potential explanations for the current level of service and any corrective measures that are now being implemented. *See* Exhibit 1.

---

[1] Because Sunday is a non-delivery day, processing scores are not available for Sunday, November 1.

Dated:  November 2, 2020                     Respectfully submitted,

                                            JEFFREY BOSSERT CLARK
                                            Acting Assistant Attorney General

                                            ERIC R. WOMACK
                                            Assistant Director, Federal Programs Branch

                                            /s/ John Robinson
                                            JOSEPH E. BORSON
                                            KUNTAL CHOLERA
                                            ALEXIS ECHOLS
                                            DENA M. ROTH
                                            JOHN ROBINSON (D.C. Bar No. 1044072)
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L. Street, NW
                                            Washington D.C. 20005
                                            (202) 616-8489
                                            john.j.robinson@usdoj.gov

                                            *Attorneys for Defendants*