IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

## DEFENDANTS' STATUS UPDATE REGARDING THE PRINCETON POST OFFICE

Pursuant to this Court's November 1, 2020 Minute Order, Defendants respectfully provide the following update regarding the Princeton Post Office:

On October 30, 2020 the Marketing Manager for the South Florida District sent District Manager Richard Fermo the video from Twitter of the delayed mail volumes at the Princeton Station. Investigations were commenced promptly, and are on-going. The Office of the Inspection General is investigating; Postal Inspectors are investigating; and management is investigating.

To date, management has determined that a backlog of approximately 180,000 delayed mail pieces (letters and flats) were discovered. Postal Service employees are working to deliver this mail as quickly as possible. In addition to the 23 carrier compliment in the office, there are an additional 35 craft employees and managers on-site sorting, casing, and delivering mail, including 18 additional carriers and members of the South Florida District leadership team. Of the 180,000 mail pieces in the Princeton Station, 47 ballots were found Friday, 10 Saturday, and 5 Sunday. No additional ballots were found today. All ballots, with one exception, have been delivered. The exception concerns a ballot mailed to a house in a new development that did not have a mail

receptacle, and no one was in the home, so the ballot was returned to the Post Office. After multiple attempts to effectuate delivery, the ballot was returned to sender.

The Postal Service has committed additional staff to the facility to clear any backlog and to address any other concerns.

Dated:  November 2, 2020          Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Joseph E. Borson
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.borson@usdoj.gov

*Attorneys for Defendants*