| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 10/24/2020 | Nation | | 86.18% | 89.24% |
| 10/26/2020 | Nation | | 88.92% | 88.03% |
| 10/27/2020 | Nation | | 63.61% | 90.03% |
| 10/28/2020 | Nation | | 78.95% | 87.53% |
| 10/29/2020 | Nation | | 88.90% | 87.34% |
| 10/30/2020 | Nation | | 85.28% | 85.54% |
| 10/31/2020 | Nation | | 85.69% | 83.28% |
| 11/2/2020 | Nation | | 88.71% | 81.85% |
| | | | | |
| 10/24/2020 | Capital Metro | | 79.72% | 80.37% |
| 10/24/2020 | Eastern | | 80.05% | 84.43% |
| | | | | |
| 10/24/2020 | Great Lakes | | 86.17% | 90.22% |
| 10/24/2020 | Northeast | | 89.13% | 92.94% |
| 10/24/2020 | Pacific | | 92.59% | 96.20% |
| 10/24/2020 | Southern | | 87.58% | 88.39% |
| 10/24/2020 | Western | | 87.43% | 92.46% |
| | | | | |
| 10/26/2020 | Capital Metro | | 82.45% | 74.54% |
| 10/26/2020 | Eastern | | 82.49% | 79.87% |
| | | | | |
| 10/26/2020 | Great Lakes | | 88.73% | 90.57% |
| 10/26/2020 | Northeast | | 92.20% | 92.86% |
| 10/26/2020 | Pacific | | 94.84% | 96.38% |
| 10/26/2020 | Southern | | 89.90% | 91.38% |
| 10/26/2020 | Western | | 91.18% | 92.07% |
| | | | | |
| 10/27/2020 | Capital Metro | | 52.64% | 79.57% |
| 10/27/2020 | Eastern | | 52.91% | 85.59% |
| | | | | |
| 10/27/2020 | Great Lakes | | 59.29% | 89.64% |
| 10/27/2020 | Northeast | | 71.74% | 93.17% |
| 10/27/2020 | Pacific | | 74.39% | 96.64% |
| 10/27/2020 | Southern | | 67.85% | 92.40% |
| 10/27/2020 | Western | | 67.88% | 91.96% |
| | | | | |
| 10/28/2020 | Capital Metro | | 66.52% | 74.29% |
| 10/28/2020 | Eastern | | 74.55% | 81.08% |
| | | | | |
| 10/28/2020 | Great Lakes | | 75.64% | 86.49% |
| 10/28/2020 | Northeast | | 85.55% | 92.20% |
| 10/28/2020 | Pacific | | 86.29% | 96.90% |
| 10/28/2020 | Southern | | 81.37% | 91.00% |
| 10/28/2020 | Western | | 82.09% | 90.48% |

| Date | Area | | | % | % |
|------|------|---|---|---|---|
| 10/29/2020 | Capital Metro | | | 85.28% | 73.41% |
| 10/29/2020 | Eastern | | | 80.36% | 80.72% |
| | | | | | |
| 10/29/2020 | Great Lakes | | | 88.01% | 85.35% |
| 10/29/2020 | Northeast | | | 92.90% | 92.43% |
| 10/29/2020 | Pacific | | | 94.03% | 96.88% |
| 10/29/2020 | Southern | | | 90.64% | 90.11% |
| 10/29/2020 | Western | | | 91.78% | 91.52% |
| | | | | | |
| 10/30/2020 | Capital Metro | | | 78.84% | 72.56% |
| 10/30/2020 | Eastern | | | 78.87% | 80.74% |
| | | | | | |
| 10/30/2020 | Great Lakes | | | 85.81% | 82.64% |
| 10/30/2020 | Northeast | | | 90.77% | 90.33% |
| 10/30/2020 | Pacific | | | 91.09% | 96.62% |
| 10/30/2020 | Southern | | | 84.81% | 86.75% |
| 10/30/2020 | Western | | | 88.19% | 89.22% |
| | | | | | |
| 10/31/2020 | Capital Metro | | | 78.15% | 64.64% |
| 10/31/2020 | Eastern | | | 78.86% | 77.32% |
| | | | | | |
| 10/31/2020 | Great Lakes | | | 85.55% | 79.33% |
| 10/31/2020 | Northeast | | | 90.88% | 89.48% |
| 10/31/2020 | Pacific | | | 93.63% | 95.90% |
| 10/31/2020 | Southern | | | 87.17% | 86.66% |
| 10/31/2020 | Western | | | 87.08% | 87.83% |
| | | | | | |
| 11/2/2020 | Capital Metro | | | 83.89% | 65.87% |
| 11/2/2020 | Eastern | | | 83.30% | 73.90% |
| | | | | | |
| 11/2/2020 | Great Lakes | | | 87.73% | 78.50% |
| 11/2/2020 | Northeast | | | 92.35% | 91.11% |
| 11/2/2020 | Pacific | | | 94.36% | 95.12% |
| 11/2/2020 | Southern | | | 90.71% | 86.89% |
| 11/2/2020 | Western | | | 90.16% | 85.50% |
| | | | | | |
| 10/24/2020 | Capital Metro | Atlanta | | 83.97% | 72.88% |
| 10/24/2020 | Capital Metro | Baltimore | | 61.49% | 75.49% |
| 10/24/2020 | Capital Metro | Capital | | 76.06% | 94.38% |
| | | Greater S | | | |
| 10/24/2020 | Capital Metro | Carolina | | 77.39% | 87.10% |
| 10/24/2020 | Capital Metro | Greensboro | | 76.72% | 67.43% |

| | | | | |
|---|---|---|---|---|
| 10/24/2020 | Capital Metro | Mid-Carolinas | 85.05% | 88.26% |
| 10/24/2020 | Capital Metro | Norther Virginia | 83.71% | 94.96% |
| 10/24/2020 | Capital Metro | Richmond | 82.14% | 87.37% |
| 10/24/2020 | Eastern | Appalachian | 90.01% | 95.36% |
| 10/24/2020 | Eastern | Central Pennsylvania | 62.43% | 59.19% |
| 10/24/2020 | Eastern | Kentuckiana | 90.46% | 96.87% |
| 10/24/2020 | Eastern | Norther Ohio | 80.88% | 75.12% |
| 10/24/2020 | Eastern | Ohio Valley | 83.28% | 84.12% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 56.03% | 75.18% |
| 10/24/2020 | Eastern | South Jersey | 80.12% | 89.91% |
| 10/24/2020 | Eastern | Tennessee | 85.99% | 90.01% |
| 10/24/2020 | Eastern | Western New York | 90.10% | 94.15% |
| 10/24/2020 | Eastern | Western Pennsylvania | 86.87% | 97.87% |
| 10/24/2020 | Great Lakes | Central Illinois | 84.97% | 85.96% |
| 10/24/2020 | Great Lakes | Chicago | 91.21% | 89.79% |
| 10/24/2020 | Great Lakes | Detroit | 71.48% | 85.56% |
| 10/24/2020 | Great Lakes | Gateway | 88.29% | 92.90% |
| 10/24/2020 | Great Lakes | Greater Indiana | 93.08% | 94.24% |
| 10/24/2020 | Great Lakes | Greater Michigan | 87.36% | 93.26% |
| 10/24/2020 | Great Lakes | Lakeland | 87.08% | 93.39% |
| 10/24/2020 | Northeast | Albany | 88.18% | 94.92% |
| 10/24/2020 | Northeast | Caribbean | 97.01% | 96.40% |
| 10/24/2020 | Northeast | Connecticut Valley | 87.03% | 94.86% |
| 10/24/2020 | Northeast | Greater Boston | 89.66% | 86.03% |

| 10/24/2020 | Northeast | Long Island | 89.35% | 94.15% |
|---|---|---|---|---|
| 10/24/2020 | Northeast | New York | 86.86% | 97.90% |
| 10/24/2020 | Northeast | Northern New England | 90.74% | 95.65% |
| 10/24/2020 | Northeast | Northern New Jersey | 88.16% | 92.34% |
| 10/24/2020 | Northeast | Triboro | 92.48% | 95.31% |
| 10/24/2020 | Northeast | Westchester | 88.57% | 84.13% |
| 10/24/2020 | Pacific | Bay-Valley | 93.60% | 96.78% |
| 10/24/2020 | Pacific | Honolulu | 91.00% | 88.59% |
| 10/24/2020 | Pacific | Los Angeles | 90.08% | 95.77% |
| 10/24/2020 | Pacific | Sacramento | 94.22% | 92.25% |
| 10/24/2020 | Pacific | San Diego | 92.60% | 96.34% |
| 10/24/2020 | Pacific | San Francisco | 94.50% | 98.64% |
| 10/24/2020 | Pacific | Santa Ana | 92.36% | 97.43% |
| 10/24/2020 | Pacific | Sierra Coastal | 91.68% | 97.14% |
| 10/24/2020 | Southern | Alabama | 80.51% | 81.20% |
| 10/24/2020 | Southern | Arkansas | 89.32% | 93.75% |
| 10/24/2020 | Southern | Dallas | 91.29% | 94.65% |
| 10/24/2020 | Southern | Ft. Worth | 87.56% | 87.71% |
| 10/24/2020 | Southern | Gulf Atlantic | 78.83% | 86.38% |
| 10/24/2020 | Southern | Houston | 88.77% | 90.16% |
| 10/24/2020 | Southern | Louisiana | 91.43% | 81.46% |
| 10/24/2020 | Southern | Mississippi | 79.78% | 89.49% |
| 10/24/2020 | Southern | Oklahoma | 93.13% | 94.48% |
| 10/24/2020 | Southern | Rio Grande | 92.41% | 92.22% |
| 10/24/2020 | Southern | South Florida | 84.90% | 92.81% |
| 10/24/2020 | Southern | Suncoast | 89.04% | 80.06% |
| 10/24/2020 | Western | Alaska | 84.25% | 92.40% |
| 10/24/2020 | Western | Arizona | 90.11% | 88.12% |
| 10/24/2020 | Western | Central Plains | 88.93% | 96.12% |
| 10/24/2020 | Western | Colorado/Wyoming | 74.36% | 92.17% |
| 10/24/2020 | Western | Dakotas | 90.26% | 96.48% |
| 10/24/2020 | Western | Hawkeye | 88.96% | 93.61% |

| | | | | |
|---|---|---|---|---|
| 10/24/2020 | Western | Mid-Americas | 89.14% | 90.04% |
| 10/24/2020 | Western | Nevada Sierra | 91.68% | 97.05% |
| 10/24/2020 | Western | Northland | 81.97% | 93.64% |
| 10/24/2020 | Western | Portland | 88.58% | 92.76% |
| 10/24/2020 | Western | Salt Lake City | 93.06% | 92.06% |
| 10/24/2020 | Western | Seattle | 86.07% | 91.30% |
| 10/26/2020 | Capital Metro | Atlanta | 87.33% | 62.53% |
| 10/26/2020 | Capital Metro | Baltimore | 69.42% | 66.92% |
| 10/26/2020 | Capital Metro | Capital | 82.45% | 95.96% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 73.08% | 86.76% |
| 10/26/2020 | Capital Metro | Greensboro | 79.17% | 59.12% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 88.17% | 76.75% |
| 10/26/2020 | Capital Metro | Norther Virginia | 86.92% | 96.08% |
| 10/26/2020 | Capital Metro | Richmond | 88.76% | 89.93% |
| 10/26/2020 | Eastern | Appalachian | 86.71% | 90.74% |
| 10/26/2020 | Eastern | Central Pennsylvania | 70.62% | 65.64% |
| 10/26/2020 | Eastern | Kentuckiana | 88.84% | 95.83% |
| 10/26/2020 | Eastern | Norther Ohio | 83.40% | 73.57% |
| 10/26/2020 | Eastern | Ohio Valley | 87.90% | 81.09% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 60.32% | 55.90% |
| 10/26/2020 | Eastern | South Jersey | 81.03% | 87.30% |
| 10/26/2020 | Eastern | Tennessee | 90.10% | 89.38% |
| 10/26/2020 | Eastern | Western New York | 89.45% | 94.06% |
| 10/26/2020 | Eastern | Western Pennsylvania | 91.34% | 98.23% |

| | | | | |
|---|---|---|---|---|
| 10/26/2020 | Great Lakes | Central Illinois | 86.92% | 84.64% |
| 10/26/2020 | Great Lakes | Chicago | 92.77% | 91.84% |
| 10/26/2020 | Great Lakes | Detroit | 77.21% | 82.78% |
| 10/26/2020 | Great Lakes | Gateway | 88.84% | 93.89% |
| 10/26/2020 | Great Lakes | Greater Indiana | 94.53% | 94.63% |
| 10/26/2020 | Great Lakes | Greater Michigan | 88.90% | 94.20% |
| 10/26/2020 | Great Lakes | Lakeland | 90.65% | 95.39% |
| 10/26/2020 | Northeast | Albany | 92.49% | 93.51% |
| 10/26/2020 | Northeast | Caribbean | 95.18% | 97.29% |
| 10/26/2020 | Northeast | Connecticut Valley | 91.87% | 96.13% |
| 10/26/2020 | Northeast | Greater Boston | 93.33% | 92.26% |
| 10/26/2020 | Northeast | Long Island | 88.88% | 93.57% |
| 10/26/2020 | Northeast | New York | 91.62% | 97.28% |
| 10/26/2020 | Northeast | Northern New England | 92.19% | 95.48% |
| 10/26/2020 | Northeast | Northern New Jersey | 93.03% | 89.92% |
| 10/26/2020 | Northeast | Triboro | 92.14% | 90.14% |
| 10/26/2020 | Northeast | Westchester | 89.36% | 86.05% |
| 10/26/2020 | Pacific | Bay-Valley | 94.85% | 97.68% |
| 10/26/2020 | Pacific | Honolulu | 92.98% | 45.14% |
| 10/26/2020 | Pacific | Los Angeles | 93.73% | 95.45% |
| 10/26/2020 | Pacific | Sacramento | 95.82% | 94.05% |
| 10/26/2020 | Pacific | San Diego | 94.88% | 96.95% |
| 10/26/2020 | Pacific | San Francisco | 95.39% | 97.64% |
| 10/26/2020 | Pacific | Santa Ana | 95.34% | 97.32% |
| 10/26/2020 | Pacific | Sierra Coastal | 93.04% | 97.50% |
| 10/26/2020 | Southern | Alabama | 86.61% | 82.28% |
| 10/26/2020 | Southern | Arkansas | 94.69% | 91.57% |
| 10/26/2020 | Southern | Dallas | 91.84% | 96.39% |

| | | | | |
|---|---|---|---|---|
| 10/26/2020 | Southern | Ft. Worth | 90.48% | 88.43% |
| 10/26/2020 | Southern | Gulf Atlantic | 82.58% | 85.44% |
| 10/26/2020 | Southern | Houston | 90.19% | 95.99% |
| 10/26/2020 | Southern | Louisiana | 92.34% | 89.41% |
| 10/26/2020 | Southern | Mississippi | 82.18% | 85.88% |
| 10/26/2020 | Southern | Oklahoma | 94.37% | 96.65% |
| 10/26/2020 | Southern | Rio Grande | 92.86% | 90.73% |
| 10/26/2020 | Southern | South Florida | 88.25% | 92.27% |
| 10/26/2020 | Southern | Suncoast | 91.80% | 92.18% |
| 10/26/2020 | Western | Alaska | 86.60% | 86.29% |
| 10/26/2020 | Western | Arizona | 92.18% | 87.90% |
| 10/26/2020 | Western | Central Plains | 94.68% | 93.41% |
| 10/26/2020 | Western | Colorado/Wyoming | 75.49% | 90.53% |
| 10/26/2020 | Western | Dakotas | 92.26% | 95.73% |
| 10/26/2020 | Western | Hawkeye | 92.60% | 92.65% |
| 10/26/2020 | Western | Mid-Americas | 91.49% | 92.41% |
| 10/26/2020 | Western | Nevada Sierra | 92.84% | 94.03% |
| 10/26/2020 | Western | Northland | 88.88% | 91.64% |
| 10/26/2020 | Western | Portland | 92.73% | 94.11% |
| 10/26/2020 | Western | Salt Lake City | 94.05% | 93.18% |
| 10/26/2020 | Western | Seattle | 91.97% | 95.90% |
| 10/27/2020 | Capital Metro | Atlanta | 53.73% | 77.18% |
| 10/27/2020 | Capital Metro | Baltimore | 31.91% | 70.57% |
| 10/27/2020 | Capital Metro | Capital | 59.00% | 95.79% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 41.89% | 91.22% |
| 10/27/2020 | Capital Metro | Greensboro | 47.80% | 61.10% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 64.72% | 71.60% |
| 10/27/2020 | Capital Metro | Norther Virginia | 53.78% | 96.57% |
| 10/27/2020 | Capital Metro | Richmond | 63.86% | 92.27% |
| 10/27/2020 | Eastern | Appalachian | 61.70% | 93.65% |

| | | | | |
|---|---|---|---|---|
| 10/27/2020 | Eastern | Central Pennsylvania | 58.20% | 62.11% |
| 10/27/2020 | Eastern | Kentuckiana | 72.20% | 97.65% |
| 10/27/2020 | Eastern | Norther Ohio | 46.25% | 77.96% |
| 10/27/2020 | Eastern | Ohio Valley | 50.99% | 87.30% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 23.34% | 73.54% |
| 10/27/2020 | Eastern | South Jersey | 42.00% | 89.05% |
| 10/27/2020 | Eastern | Tennessee | 61.71% | 92.61% |
| 10/27/2020 | Eastern | Western New York | 67.53% | 97.28% |
| 10/27/2020 | Eastern | Western Pennsylvania | 69.60% | 97.36% |
| 10/27/2020 | Great Lakes | Central Illinois | 63.80% | 89.90% |
| 10/27/2020 | Great Lakes | Chicago | 65.70% | 94.51% |
| 10/27/2020 | Great Lakes | Detroit | 42.95% | 76.58% |
| 10/27/2020 | Great Lakes | Gateway | 70.06% | 92.60% |
| 10/27/2020 | Great Lakes | Greater Indiana | 65.00% | 95.91% |
| 10/27/2020 | Great Lakes | Greater Michigan | 59.71% | 86.61% |
| 10/27/2020 | Great Lakes | Lakeland | 56.02% | 95.32% |
| 10/27/2020 | Northeast | Albany | 71.41% | 93.31% |
| 10/27/2020 | Northeast | Caribbean | 92.96% | 80.62% |
| 10/27/2020 | Northeast | Connecticut Valley | 72.94% | 93.99% |
| 10/27/2020 | Northeast | Greater Boston | 64.50% | 93.09% |
| 10/27/2020 | Northeast | Long Island | 73.76% | 96.09% |
| 10/27/2020 | Northeast | New York | 71.23% | 97.30% |
| 10/27/2020 | Northeast | Northern New England | 70.94% | 86.60% |

| | | | | |
|---|---|---|---|---|
| 10/27/2020 | Northeast | Northern New Jersey | 66.34% | 93.77% |
| 10/27/2020 | Northeast | Triboro | 85.11% | 93.29% |
| 10/27/2020 | Northeast | Westchester | 70.06% | 93.39% |
| 10/27/2020 | Pacific | Bay-Valley | 75.25% | 97.23% |
| 10/27/2020 | Pacific | Honolulu | 83.04% | 88.85% |
| 10/27/2020 | Pacific | Los Angeles | 78.26% | 97.01% |
| 10/27/2020 | Pacific | Sacramento | 79.57% | 93.18% |
| 10/27/2020 | Pacific | San Diego | 75.17% | 96.41% |
| 10/27/2020 | Pacific | San Francisco | 73.07% | 98.37% |
| 10/27/2020 | Pacific | Santa Ana | 61.62% | 98.03% |
| 10/27/2020 | Pacific | Sierra Coastal | 74.94% | 97.59% |
| 10/27/2020 | Southern | Alabama | 57.01% | 89.46% |
| 10/27/2020 | Southern | Arkansas | 71.67% | 92.97% |
| 10/27/2020 | Southern | Dallas | 73.79% | 93.77% |
| 10/27/2020 | Southern | Ft. Worth | 72.90% | 93.14% |
| 10/27/2020 | Southern | Gulf Atlantic | 58.15% | 86.15% |
| 10/27/2020 | Southern | Houston | 78.52% | 95.49% |
| 10/27/2020 | Southern | Louisiana | 68.11% | 90.05% |
| 10/27/2020 | Southern | Mississippi | 52.94% | 87.51% |
| 10/27/2020 | Southern | Oklahoma | 79.19% | 96.70% |
| 10/27/2020 | Southern | Rio Grande | 77.96% | 95.34% |
| 10/27/2020 | Southern | South Florida | 55.31% | 89.75% |
| 10/27/2020 | Southern | Suncoast | 61.13% | 95.56% |
| 10/27/2020 | Western | Alaska | 66.62% | 90.86% |
| 10/27/2020 | Western | Arizona | 69.87% | 90.06% |
| 10/27/2020 | Western | Central Plains | 87.55% | 96.30% |
| 10/27/2020 | Western | Colorado/Wyoming | 38.43% | 86.51% |
| 10/27/2020 | Western | Dakotas | 66.77% | 94.65% |
| 10/27/2020 | Western | Hawkeye | 69.73% | 93.79% |
| 10/27/2020 | Western | Mid-Americas | 58.05% | 85.82% |
| 10/27/2020 | Western | Nevada Sierra | 76.53% | 96.49% |
| 10/27/2020 | Western | Northland | 58.68% | 90.96% |
| 10/27/2020 | Western | Portland | 74.18% | 87.82% |

| Date | Area | District | | |
|---|---|---|---|---|
| 10/27/2020 | Western | Salt Lake City | 64.09% | 96.48% |
| 10/27/2020 | Western | Seattle | 61.27% | 97.30% |
| 10/28/2020 | Capital Metro | Atlanta | 79.20% | 69.64% |
| 10/28/2020 | Capital Metro | Baltimore | 46.76% | 82.74% |
| 10/28/2020 | Capital Metro | Capital | 75.64% | 94.00% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 70.83% | 87.03% |
| 10/28/2020 | Capital Metro | Greensboro | 57.98% | 48.13% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 52.12% | 66.48% |
| 10/28/2020 | Capital Metro | Norther Virginia | 74.08% | 95.04% |
| 10/28/2020 | Capital Metro | Richmond | 83.19% | 89.68% |
| 10/28/2020 | Eastern | Appalachian | 83.48% | 93.58% |
| 10/28/2020 | Eastern | Central Pennsylvania | 55.61% | 52.72% |
| 10/28/2020 | Eastern | Kentuckiana | 89.15% | 96.16% |
| 10/28/2020 | Eastern | Norther Ohio | 72.89% | 63.75% |
| 10/28/2020 | Eastern | Ohio Valley | 80.59% | 88.28% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 47.77% | 62.48% |
| 10/28/2020 | Eastern | South Jersey | 75.42% | 92.94% |
| 10/28/2020 | Eastern | Tennessee | 86.48% | 88.76% |
| 10/28/2020 | Eastern | Western New York | 91.76% | 94.11% |
| 10/28/2020 | Eastern | Western Pennsylvania | 85.30% | 94.55% |
| 10/28/2020 | Great Lakes | Central Illinois | 71.89% | 88.67% |
| 10/28/2020 | Great Lakes | Chicago | 80.07% | 81.43% |
| 10/28/2020 | Great Lakes | Detroit | 55.31% | 73.74% |

| | | | | |
|---|---|---|---|---|
| 10/28/2020 | Great Lakes | Gateway | 82.75% | 92.48% |
| 10/28/2020 | Great Lakes | Greater Indiana | 87.14% | 91.32% |
| 10/28/2020 | Great Lakes | Greater Michigan | 76.15% | 88.74% |
| 10/28/2020 | Great Lakes | Lakeland | 78.25% | 91.71% |
| 10/28/2020 | Northeast | Albany | 88.68% | 95.52% |
| 10/28/2020 | Northeast | Caribbean | 95.87% | 92.20% |
| 10/28/2020 | Northeast | Connecticut Valley | 85.70% | 93.80% |
| 10/28/2020 | Northeast | Greater Boston | 88.32% | 84.48% |
| 10/28/2020 | Northeast | Long Island | 82.86% | 92.75% |
| 10/28/2020 | Northeast | New York | 86.59% | 96.03% |
| 10/28/2020 | Northeast | Northern New England | 82.19% | 92.63% |
| 10/28/2020 | Northeast | Northern New Jersey | 81.08% | 91.45% |
| 10/28/2020 | Northeast | Triboro | 83.10% | 94.59% |
| 10/28/2020 | Northeast | Westchester | 84.66% | 94.13% |
| 10/28/2020 | Pacific | Bay-Valley | 89.66% | 96.24% |
| 10/28/2020 | Pacific | Honolulu | 89.39% | 91.11% |
| 10/28/2020 | Pacific | Los Angeles | 88.52% | 96.86% |
| 10/28/2020 | Pacific | Sacramento | 83.01% | 95.04% |
| 10/28/2020 | Pacific | San Diego | 89.29% | 98.15% |
| 10/28/2020 | Pacific | San Francisco | 85.34% | 98.41% |
| 10/28/2020 | Pacific | Santa Ana | 83.05% | 97.12% |
| 10/28/2020 | Pacific | Sierra Coastal | 88.10% | 96.98% |
| 10/28/2020 | Southern | Alabama | 88.62% | 84.32% |
| 10/28/2020 | Southern | Arkansas | 88.40% | 94.99% |
| 10/28/2020 | Southern | Dallas | 77.37% | 92.48% |
| 10/28/2020 | Southern | Ft. Worth | 83.89% | 92.82% |
| 10/28/2020 | Southern | Gulf Atlantic | 77.44% | 84.76% |
| 10/28/2020 | Southern | Houston | 77.26% | 95.10% |
| 10/28/2020 | Southern | Louisiana | 90.39% | 90.69% |
| 10/28/2020 | Southern | Mississippi | 79.66% | 85.55% |

| | | | | |
|---|---|---|---|---|
| 10/28/2020 | Southern | Oklahoma | 92.39% | 97.00% |
| 10/28/2020 | Southern | Rio Grande | 86.40% | 94.98% |
| 10/28/2020 | Southern | South Florida | 66.42% | 91.96% |
| 10/28/2020 | Southern | Suncoast | 83.03% | 89.25% |
| 10/28/2020 | Western | Alaska | 79.51% | 90.41% |
| 10/28/2020 | Western | Arizona | 80.85% | 91.18% |
| 10/28/2020 | Western | Central Plains | 85.16% | 93.75% |
| 10/28/2020 | Western | Colorado/Wyoming | 59.38% | 78.12% |
| 10/28/2020 | Western | Dakotas | 86.42% | 95.19% |
| 10/28/2020 | Western | Hawkeye | 87.59% | 91.00% |
| 10/28/2020 | Western | Mid-Americas | 83.57% | 77.13% |
| 10/28/2020 | Western | Nevada Sierra | 85.70% | 97.04% |
| 10/28/2020 | Western | Northland | 81.40% | 87.56% |
| 10/28/2020 | Western | Portland | 85.72% | 91.21% |
| 10/28/2020 | Western | Salt Lake City | 80.79% | 97.30% |
| 10/28/2020 | Western | Seattle | 81.77% | 97.15% |
| 10/29/2020 | Capital Metro | Atlanta | 90.73% | 70.27% |
| 10/29/2020 | Capital Metro | Baltimore | 68.00% | 74.97% |
| 10/29/2020 | Capital Metro | Capital | 87.04% | 85.88% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 82.91% | 89.86% |
| 10/29/2020 | Capital Metro | Greensboro | 80.69% | 47.74% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 87.10% | 70.27% |
| 10/29/2020 | Capital Metro | Norther Virginia | 88.30% | 92.93% |
| 10/29/2020 | Capital Metro | Richmond | 91.63% | 86.43% |
| 10/29/2020 | Eastern | Appalachian | 89.73% | 90.38% |
| 10/29/2020 | Eastern | Central Pennsylvania | 59.45% | 51.49% |
| 10/29/2020 | Eastern | Kentuckiana | 92.31% | 95.31% |
| 10/29/2020 | Eastern | Norther Ohio | 77.08% | 77.69% |

| | | | | |
|---|---|---|---|---|
| 10/29/2020 | Eastern | Ohio Valley | 86.18% | 88.69% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 47.65% | 51.69% |
| 10/29/2020 | Eastern | South Jersey | 86.13% | 93.00% |
| 10/29/2020 | Eastern | Tennessee | 94.35% | 88.69% |
| 10/29/2020 | Eastern | Western New York | 91.31% | 93.45% |
| 10/29/2020 | Eastern | Western Pennsylvania | 92.07% | 96.55% |
| 10/29/2020 | Great Lakes | Central Illinois | 84.90% | 86.45% |
| 10/29/2020 | Great Lakes | Chicago | 88.46% | 87.11% |
| 10/29/2020 | Great Lakes | Detroit | 76.08% | 70.82% |
| 10/29/2020 | Great Lakes | Gateway | 91.99% | 87.81% |
| 10/29/2020 | Great Lakes | Greater Indiana | 93.18% | 92.65% |
| 10/29/2020 | Great Lakes | Greater Michigan | 87.89% | 93.34% |
| 10/29/2020 | Great Lakes | Lakeland | 90.11% | 93.42% |
| 10/29/2020 | Northeast | Albany | 94.39% | 95.52% |
| 10/29/2020 | Northeast | Caribbean | 97.40% | 82.26% |
| 10/29/2020 | Northeast | Connecticut Valley | 93.19% | 93.02% |
| 10/29/2020 | Northeast | Greater Boston | 93.50% | 87.54% |
| 10/29/2020 | Northeast | Long Island | 87.39% | 94.62% |
| 10/29/2020 | Northeast | New York | 91.59% | 97.11% |
| 10/29/2020 | Northeast | Northern New England | 93.96% | 88.18% |
| 10/29/2020 | Northeast | Northern New Jersey | 93.70% | 93.90% |
| 10/29/2020 | Northeast | Triboro | 88.96% | 93.87% |
| 10/29/2020 | Northeast | Westchester | 93.09% | 92.95% |
| 10/29/2020 | Pacific | Bay-Valley | 93.84% | 96.45% |
| 10/29/2020 | Pacific | Honolulu | 93.42% | 96.31% |

| | | | | |
|---|---|---|---|---|
| 10/29/2020 | Pacific | Los Angeles | 94.83% | 96.62% |
| 10/29/2020 | Pacific | Sacramento | 93.74% | 95.02% |
| 10/29/2020 | Pacific | San Diego | 94.39% | 96.61% |
| 10/29/2020 | Pacific | San Francisco | 93.32% | 98.36% |
| 10/29/2020 | Pacific | Santa Ana | 93.71% | 98.23% |
| 10/29/2020 | Pacific | Sierra Coastal | 94.61% | 97.39% |
| 10/29/2020 | Southern | Alabama | 91.28% | 75.63% |
| 10/29/2020 | Southern | Arkansas | 93.87% | 89.83% |
| 10/29/2020 | Southern | Dallas | 91.31% | 94.05% |
| 10/29/2020 | Southern | Ft. Worth | 92.00% | 90.44% |
| 10/29/2020 | Southern | Gulf Atlantic | 86.30% | 77.82% |
| 10/29/2020 | Southern | Houston | 86.15% | 95.51% |
| 10/29/2020 | Southern | Louisiana | 92.73% | 86.29% |
| 10/29/2020 | Southern | Mississippi | 92.39% | 83.73% |
| 10/29/2020 | Southern | Oklahoma | 91.19% | 95.99% |
| 10/29/2020 | Southern | Rio Grande | 93.46% | 95.40% |
| 10/29/2020 | Southern | South Florida | 87.51% | 91.81% |
| 10/29/2020 | Southern | Suncoast | 93.77% | 92.91% |
| 10/29/2020 | Western | Alaska | 77.03% | 96.91% |
| 10/29/2020 | Western | Arizona | 94.66% | 89.52% |
| 10/29/2020 | Western | Central Plains | 96.04% | 94.86% |
| 10/29/2020 | Western | Colorado/Wyoming | 72.32% | 79.82% |
| 10/29/2020 | Western | Dakotas | 92.62% | 94.89% |
| 10/29/2020 | Western | Hawkeye | 94.11% | 94.84% |
| 10/29/2020 | Western | Mid-Americas | 91.61% | 82.57% |
| 10/29/2020 | Western | Nevada Sierra | 94.06% | 97.09% |
| 10/29/2020 | Western | Northland | 90.65% | 90.50% |
| 10/29/2020 | Western | Portland | 93.77% | 96.15% |
| 10/29/2020 | Western | Salt Lake City | 93.51% | 96.40% |
| 10/29/2020 | Western | Seattle | 91.14% | 97.08% |
| 10/30/2020 | Capital Metro | Atlanta | 85.61% | 63.42% |
| 10/30/2020 | Capital Metro | Baltimore | 67.00% | 84.60% |
| 10/30/2020 | Capital Metro | Capital | 84.08% | 86.17% |

| | | | | |
|---|---|---|---|---|
| 10/30/2020 | Capital Metro | Greater S Carolina | 66.57% | 85.10% |
| 10/30/2020 | Capital Metro | Greensboro | 68.03% | 57.79% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 83.21% | 64.70% |
| 10/30/2020 | Capital Metro | Norther Virginia | 81.31% | 94.64% |
| 10/30/2020 | Capital Metro | Richmond | 88.66% | 84.33% |
| 10/30/2020 | Eastern | Appalachian | 90.94% | 90.11% |
| 10/30/2020 | Eastern | Central Pennsylvania | 63.44% | 50.25% |
| 10/30/2020 | Eastern | Kentuckiana | 89.09% | 94.76% |
| 10/30/2020 | Eastern | Norther Ohio | 73.32% | 64.95% |
| 10/30/2020 | Eastern | Ohio Valley | 83.02% | 89.89% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 57.17% | 65.42% |
| 10/30/2020 | Eastern | South Jersey | 84.45% | 92.17% |
| 10/30/2020 | Eastern | Tennessee | 87.28% | 85.94% |
| 10/30/2020 | Eastern | Western New York | 92.93% | 95.45% |
| 10/30/2020 | Eastern | Western Pennsylvania | 88.44% | 96.39% |
| 10/30/2020 | Great Lakes | Central Illinois | 79.22% | 88.24% |
| 10/30/2020 | Great Lakes | Chicago | 88.94% | 84.36% |
| 10/30/2020 | Great Lakes | Detroit | 72.48% | 61.83% |
| 10/30/2020 | Great Lakes | Gateway | 89.75% | 89.33% |
| 10/30/2020 | Great Lakes | Greater Indiana | 93.91% | 89.32% |
| 10/30/2020 | Great Lakes | Greater Michigan | 80.60% | 84.85% |
| 10/30/2020 | Great Lakes | Lakeland | 88.88% | 92.65% |
| 10/30/2020 | Northeast | Albany | 90.11% | 92.39% |
| 10/30/2020 | Northeast | Caribbean | 92.99% | 93.43% |

| | | | | |
|---|---|---|---|---|
| 10/30/2020 | Northeast | Connecticut Valley | 92.01% | 87.68% |
| 10/30/2020 | Northeast | Greater Boston | 90.36% | 87.27% |
| 10/30/2020 | Northeast | Long Island | 90.99% | 87.32% |
| 10/30/2020 | Northeast | New York | 89.65% | 97.90% |
| 10/30/2020 | Northeast | Northern New England | 88.67% | 89.23% |
| 10/30/2020 | Northeast | Northern New Jersey | 91.47% | 92.93% |
| 10/30/2020 | Northeast | Triboro | 89.13% | 94.01% |
| 10/30/2020 | Northeast | Westchester | 91.68% | 87.86% |
| 10/30/2020 | Pacific | Bay-Valley | 92.68% | 96.18% |
| 10/30/2020 | Pacific | Honolulu | 92.33% | 96.27% |
| 10/30/2020 | Pacific | Los Angeles | 94.08% | 96.13% |
| 10/30/2020 | Pacific | Sacramento | 88.55% | 95.98% |
| 10/30/2020 | Pacific | San Diego | 92.42% | 97.65% |
| 10/30/2020 | Pacific | San Francisco | 93.30% | 96.43% |
| 10/30/2020 | Pacific | Santa Ana | 85.79% | 97.20% |
| 10/30/2020 | Pacific | Sierra Coastal | 92.85% | 96.12% |
| 10/30/2020 | Southern | Alabama | 87.62% | 66.09% |
| 10/30/2020 | Southern | Arkansas | 88.70% | 85.90% |
| 10/30/2020 | Southern | Dallas | 78.40% | 89.55% |
| 10/30/2020 | Southern | Ft. Worth | 85.49% | 91.67% |
| 10/30/2020 | Southern | Gulf Atlantic | 81.40% | 73.92% |
| 10/30/2020 | Southern | Houston | 89.49% | 93.86% |
| 10/30/2020 | Southern | Louisiana | 80.52% | 83.21% |
| 10/30/2020 | Southern | Mississippi | 84.24% | 81.71% |
| 10/30/2020 | Southern | Oklahoma | 91.32% | 94.53% |
| 10/30/2020 | Southern | Rio Grande | 90.25% | 94.26% |
| 10/30/2020 | Southern | South Florida | 80.60% | 87.08% |
| 10/30/2020 | Southern | Suncoast | 87.99% | 89.89% |
| 10/30/2020 | Western | Alaska | 88.91% | 85.53% |
| 10/30/2020 | Western | Arizona | 91.55% | 86.76% |
| 10/30/2020 | Western | Central Plains | 89.47% | 92.53% |

| | | | | |
|---|---|---|---|---|
| 10/30/2020 | Western | Colorado/Wyoming | 68.03% | 65.13% |
| 10/30/2020 | Western | Dakotas | 91.99% | 94.29% |
| 10/30/2020 | Western | Hawkeye | 91.79% | 94.94% |
| 10/30/2020 | Western | Mid-Americas | 85.16% | 82.36% |
| 10/30/2020 | Western | Nevada Sierra | 92.32% | 95.96% |
| 10/30/2020 | Western | Northland | 89.21% | 90.03% |
| 10/30/2020 | Western | Portland | 93.80% | 95.34% |
| 10/30/2020 | Western | Salt Lake City | 90.86% | 95.24% |
| 10/30/2020 | Western | Seattle | 87.80% | 93.49% |
| 10/31/2020 | Capital Metro | Atlanta | 82.30% | 56.48% |
| 10/31/2020 | Capital Metro | Baltimore | 72.16% | 74.88% |
| 10/31/2020 | Capital Metro | Capital | 74.66% | 89.69% |
| 10/31/2020 | Capital Metro | Greater S Carolina | 69.65% | 66.90% |
| 10/31/2020 | Capital Metro | Greensboro | 75.45% | 49.48% |
| 10/31/2020 | Capital Metro | Mid-Carolinas | 79.23% | 59.96% |
| 10/31/2020 | Capital Metro | Norther Virginia | 79.21% | 94.27% |
| 10/31/2020 | Capital Metro | Richmond | 87.77% | 61.23% |
| 10/31/2020 | Eastern | Appalachian | 90.05% | 93.70% |
| 10/31/2020 | Eastern | Central Pennsylvania | 65.23% | 44.98% |
| 10/31/2020 | Eastern | Kentuckiana | 90.56% | 94.41% |
| 10/31/2020 | Eastern | Norther Ohio | 74.71% | 55.31% |
| 10/31/2020 | Eastern | Ohio Valley | 82.63% | 89.73% |
| 10/31/2020 | Eastern | Philadelphia Metropo | 57.59% | 56.59% |
| 10/31/2020 | Eastern | South Jersey | 84.70% | 89.68% |
| 10/31/2020 | Eastern | Tennessee | 88.50% | 88.28% |
| 10/31/2020 | Eastern | Western New York | 89.29% | 92.39% |

| | | | | |
|---|---|---|---|---|
| 10/31/2020 | Eastern | Western Pennsylvania | 88.98% | 93.33% |
| 10/31/2020 | Great Lakes | Central Illinois | 81.80% | 84.41% |
| 10/31/2020 | Great Lakes | Chicago | 84.08% | 86.60% |
| 10/31/2020 | Great Lakes | Detroit | 75.71% | 57.55% |
| 10/31/2020 | Great Lakes | Gateway | 88.57% | 86.05% |
| 10/31/2020 | Great Lakes | Greater Indiana | 91.44% | 91.75% |
| 10/31/2020 | Great Lakes | Greater Michigan | 82.81% | 79.45% |
| 10/31/2020 | Great Lakes | Lakeland | 87.71% | 89.46% |
| 10/31/2020 | Northeast | Albany | 90.93% | 91.41% |
| 10/31/2020 | Northeast | Caribbean | 93.73% | 98.66% |
| 10/31/2020 | Northeast | Connecticut Valley | 91.42% | 93.54% |
| 10/31/2020 | Northeast | Greater Boston | 91.44% | 81.23% |
| 10/31/2020 | Northeast | Long Island | 87.36% | 89.18% |
| 10/31/2020 | Northeast | New York | 88.24% | 97.77% |
| 10/31/2020 | Northeast | Northern New England | 89.48% | 82.69% |
| 10/31/2020 | Northeast | Northern New Jersey | 91.82% | 94.13% |
| 10/31/2020 | Northeast | Triboro | 90.97% | 90.74% |
| 10/31/2020 | Northeast | Westchester | 92.76% | 90.15% |
| 10/31/2020 | Pacific | Bay-Valley | 94.44% | 97.43% |
| 10/31/2020 | Pacific | Honolulu | 92.42% | 93.03% |
| 10/31/2020 | Pacific | Los Angeles | 95.44% | 95.47% |
| 10/31/2020 | Pacific | Sacramento | 93.19% | 94.19% |
| 10/31/2020 | Pacific | San Diego | 93.61% | 95.39% |
| 10/31/2020 | Pacific | San Francisco | 93.77% | 96.14% |
| 10/31/2020 | Pacific | Santa Ana | 91.44% | 94.91% |
| 10/31/2020 | Pacific | Sierra Coastal | 93.80% | 97.45% |

| | | | | |
|---|---|---|---|---|
| 10/31/2020 | Southern | Alabama | 85.75% | 77.72% |
| 10/31/2020 | Southern | Arkansas | 87.51% | 90.60% |
| 10/31/2020 | Southern | Dallas | 84.95% | 89.35% |
| 10/31/2020 | Southern | Ft. Worth | 90.27% | 93.53% |
| 10/31/2020 | Southern | Gulf Atlantic | 83.42% | 71.06% |
| 10/31/2020 | Southern | Houston | 89.82% | 94.03% |
| 10/31/2020 | Southern | Louisiana | 89.13% | 80.46% |
| 10/31/2020 | Southern | Mississippi | 78.08% | 81.42% |
| 10/31/2020 | Southern | Oklahoma | 92.35% | 93.92% |
| 10/31/2020 | Southern | Rio Grande | 92.20% | 94.74% |
| 10/31/2020 | Southern | South Florida | 80.62% | 85.01% |
| 10/31/2020 | Southern | Suncoast | 91.23% | 87.90% |
| 10/31/2020 | Western | Alaska | 87.33% | 72.13% |
| 10/31/2020 | Western | Arizona | 91.99% | 88.61% |
| 10/31/2020 | Western | Central Plains | 87.91% | 88.79% |
| 10/31/2020 | Western | Colorado/Wyoming | 58.80% | 63.25% |
| 10/31/2020 | Western | Dakotas | 92.22% | 89.56% |
| 10/31/2020 | Western | Hawkeye | 92.56% | 93.60% |
| 10/31/2020 | Western | Mid-Americas | 88.79% | 85.55% |
| 10/31/2020 | Western | Nevada Sierra | 93.20% | 95.37% |
| 10/31/2020 | Western | Northland | 86.56% | 90.61% |
| 10/31/2020 | Western | Portland | 90.54% | 96.53% |
| 10/31/2020 | Western | Salt Lake City | 90.25% | 95.03% |
| 10/31/2020 | Western | Seattle | 88.54% | 92.18% |
| 11/2/2020 | Capital Metro | Atlanta | 86.52% | 65.48% |
| 11/2/2020 | Capital Metro | Baltimore | 79.72% | 74.12% |
| 11/2/2020 | Capital Metro | Capital | 83.39% | 95.06% |
| 11/2/2020 | Capital Metro | Greater S Carolina | 77.37% | 75.11% |
| 11/2/2020 | Capital Metro | Greensboro | 78.16% | 51.14% |
| 11/2/2020 | Capital Metro | Mid-Carolinas | 86.44% | 38.38% |
| 11/2/2020 | Capital Metro | Norther Virginia | 90.67% | 96.47% |
| 11/2/2020 | Capital Metro | Richmond | 89.87% | 77.99% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 11/2/2020 | Eastern | Appalachian | 90.36% | 79.24% |
| 11/2/2020 | Eastern | Central Pennsylvania | 69.16% | 40.88% |
| 11/2/2020 | Eastern | Kentuckiana | 92.67% | 92.24% |
| 11/2/2020 | Eastern | Norther Ohio | 79.82% | 61.74% |
| 11/2/2020 | Eastern | Ohio Valley | 89.34% | 90.28% |
| 11/2/2020 | Eastern | Philadelphia Metropo | 66.76% | 51.74% |
| 11/2/2020 | Eastern | South Jersey | 86.70% | 91.66% |
| 11/2/2020 | Eastern | Tennessee | 91.08% | 85.12% |
| 11/2/2020 | Eastern | Western New York | 93.93% | 94.53% |
| 11/2/2020 | Eastern | Western Pennsylvania | 92.08% | 95.23% |
| 11/2/2020 | Great Lakes | Central Illinois | 87.45% | 89.76% |
| 11/2/2020 | Great Lakes | Chicago | 86.25% | 89.18% |
| 11/2/2020 | Great Lakes | Detroit | 77.86% | 44.48% |
| 11/2/2020 | Great Lakes | Gateway | 90.38% | 90.10% |
| 11/2/2020 | Great Lakes | Greater Indiana | 92.97% | 91.11% |
| 11/2/2020 | Great Lakes | Greater Michigan | 85.33% | 83.66% |
| 11/2/2020 | Great Lakes | Lakeland | 89.34% | 91.31% |
| 11/2/2020 | Northeast | Albany | 93.68% | 95.79% |
| 11/2/2020 | Northeast | Caribbean | 93.64% | 78.29% |
| 11/2/2020 | Northeast | Connecticut Valley | 92.43% | 95.08% |
| 11/2/2020 | Northeast | Greater Boston | 92.14% | 88.73% |
| 11/2/2020 | Northeast | Long Island | 91.04% | 84.98% |
| 11/2/2020 | Northeast | New York | 91.83% | 98.43% |
| 11/2/2020 | Northeast | Northern New England | 91.54% | 82.32% |

| | | | | |
|---|---|---|---|---|
| 11/2/2020 | Northeast | Northern New Jersey | 92.59% | 91.64% |
| 11/2/2020 | Northeast | Triboro | 93.84% | 91.25% |
| 11/2/2020 | Northeast | Westchester | 91.37% | 86.28% |
| 11/2/2020 | Pacific | Bay-Valley | 93.87% | 97.72% |
| 11/2/2020 | Pacific | Honolulu | 95.51% | 77.01% |
| 11/2/2020 | Pacific | Los Angeles | 95.83% | 95.01% |
| 11/2/2020 | Pacific | Sacramento | 92.70% | 91.85% |
| 11/2/2020 | Pacific | San Diego | 94.76% | 94.60% |
| 11/2/2020 | Pacific | San Francisco | 94.96% | 96.18% |
| 11/2/2020 | Pacific | Santa Ana | 94.79% | 94.57% |
| 11/2/2020 | Pacific | Sierra Coastal | 93.49% | 96.69% |
| 11/2/2020 | Southern | Alabama | 88.19% | 87.51% |
| 11/2/2020 | Southern | Arkansas | 92.36% | 92.89% |
| 11/2/2020 | Southern | Dallas | 90.24% | 93.73% |
| 11/2/2020 | Southern | Ft. Worth | 93.64% | 94.41% |
| 11/2/2020 | Southern | Gulf Atlantic | 87.55% | 73.83% |
| 11/2/2020 | Southern | Houston | 92.16% | 95.50% |
| 11/2/2020 | Southern | Louisiana | 87.95% | 87.17% |
| 11/2/2020 | Southern | Mississippi | 85.39% | 73.87% |
| 11/2/2020 | Southern | Oklahoma | 94.50% | 93.00% |
| 11/2/2020 | Southern | Rio Grande | 92.84% | 95.49% |
| 11/2/2020 | Southern | South Florida | 87.35% | 73.12% |
| 11/2/2020 | Southern | Suncoast | 93.66% | 84.72% |
| 11/2/2020 | Western | Alaska | 82.96% | 44.98% |
| 11/2/2020 | Western | Arizona | 91.97% | 88.24% |
| 11/2/2020 | Western | Central Plains | 92.59% | 92.86% |
| 11/2/2020 | Western | Colorado/Wyoming | 75.19% | 63.88% |
| 11/2/2020 | Western | Dakotas | 92.27% | 90.18% |
| 11/2/2020 | Western | Hawkeye | 92.17% | 94.15% |
| 11/2/2020 | Western | Mid-Americas | 89.69% | 78.90% |
| 11/2/2020 | Western | Nevada Sierra | 92.57% | 91.16% |
| 11/2/2020 | Western | Northland | 90.39% | 88.08% |
| 11/2/2020 | Western | Portland | 91.54% | 93.91% |

| 11/2/2020 | Western | Salt Lake City | 93.73% | 92.63% |
| 11/2/2020 | Western | Seattle | 92.42% | 93.24% |