# Exhibit 1

The attached data identifies ballots that have received an initial or first processing scan within the Postal Service's processing network, but have not received a destination or finalization scan.  This does not mean that the ballots were not delivered.

There are many reasons that a ballot may not receive a finalization scan.  Most significantly, as part of our extraordinary efforts, mailpieces identified as ballots can be pulled from processing to be delivered directly to a Board of Election.  These ballots would not receive a finalization scan.

Additionally, as a normal part of mail processing, mailpieces sometimes will be rejected through automation.  Mailpieces may land in a "reject" bin on a machine during processing, meaning that the machine was unable to sort it.  For example, two mailpieces may stick together and the machine can't independently read their addresses.  There are also circumstances where a barcode will be unreadable because of a smudge.  These mailpieces can be manually sorted and would not necessarily receive a finalization scan.

If there is a concern that there are unaccounted-for ballots, this data is not the best source of information to address that concern.  Instead, the Postal Service uses a process referred to as daily "all clears" to ensure that all Election Mail is accounted for within the system.  In the all clear process, in-plant support personnel in processing or delivery units use a checklist to confirm that mail scheduled or "committed" to go out that day has gone out, and anything committed for the next day is at the front of the line.   Personnel conducting all clears consult Election Mail logs, and also check all locations within the facility (e.g., all processing equipment) to ensure that all pieces of Election Mail in the facility's possession are in the right location.

All Clear Reports help the Postal Service identify facilities that require additional follow-up to enforce their compliance with the daily "all clear" policy.  Each Postal Service processing plant, delivery unit, and reporting retail unit is required to certify, through an online system, its all clear performance every day.  If a facility submits no "all clear" response on a given day, Postal Service Headquarters alerts the relevant District Manager or Division Director to follow up.  If a particular facility exhibits a pattern of non-responses, USPS may take a corrective action.

In addition to the "all clears," the United States Postal Inspection Service conducts onsite observations of Election Mail processing.  Inspectors are observing conditions of mail within the operations at all letters and flats processing centers to identify delayed volumes, if any. They report their findings to the local management team and to Postal Service Headquarters. Additionally, the United States Postal Service Office of Inspector General (OIG) is on site at 27 processing centers validating conditions as well. Similar to the Inspection Service process, OIG auditors check operations for delays and processes for compliance. They also report findings to the local team and Postal Service Headquarters. These safeguards are more effective than an attempt to create a last minute audit through litigation discovery.

Election Inbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Inbound Ballots |
|---|---|---|
| **CAPITAL METRO** | ATLANTA | 4,165 |
| **CAPITAL METRO** | BALTIMORE | 2,513 |
| **CAPITAL METRO** | CAPITAL | 8,067 |
| **CAPITAL METRO** | GREATER S CAROLINA | 1,133 |
| **CAPITAL METRO** | GREENSBORO | 5,270 |
| **CAPITAL METRO** | MID-CAROLINAS | 4,221 |
| **CAPITAL METRO** | NORTHERN VIRGINIA | 2,899 |
| **CAPITAL METRO** | RICHMOND | 1,874 |
| **CAPITAL METRO Total** | | **30,142** |
| **EASTERN** | APPALACHIAN | 1,381 |
| **EASTERN** | CENTRAL PENNSYLVANIA | 3,214 |
| **EASTERN** | KENTUCKIANA | 236 |
| **EASTERN** | NORTHERN OHIO | 5,092 |
| **EASTERN** | OHIO VALLEY | 3,519 |
| **EASTERN** | PHILADELPHIA METROPO | 3,794 |
| **EASTERN** | SOUTH JERSEY | 2,059 |
| **EASTERN** | TENNESSEE | 999 |
| **EASTERN** | WESTERN NEW YORK | 1,047 |
| **EASTERN** | WESTERN PENNSYLVANIA | 4,456 |
| **EASTERN Total** | | **25,797** |
| **GREAT LAKES** | CENTRAL ILLINOIS | 1,018 |
| **GREAT LAKES** | CHICAGO | 7,304 |
| **GREAT LAKES** | DETROIT | 4,785 |
| **GREAT LAKES** | GATEWAY | 1,549 |
| **GREAT LAKES** | GREATER INDIANA | 762 |
| **GREAT LAKES** | GREATER MICHIGAN | 1,303 |
| **GREAT LAKES** | LAKELAND | 782 |
| **GREAT LAKES Total** | | **17,503** |
| **NORTHEAST** | ALBANY | 810 |
| **NORTHEAST** | CARIBBEAN | 22 |
| **NORTHEAST** | CONNECTICUT VALLEY | 2,906 |
| **NORTHEAST** | GREATER BOSTON | 4,768 |
| **NORTHEAST** | LONG ISLAND | 1,331 |
| **NORTHEAST** | NEW YORK | 2,346 |
| **NORTHEAST** | NORTHERN NEW ENGLAND | 10 |
| **NORTHEAST** | NORTHERN NEW JERSEY | 3,152 |
| **NORTHEAST** | TRIBORO | 10,350 |
| **NORTHEAST** | WESTCHESTER | 1,559 |
| **NORTHEAST Total** | | **27,254** |
| **PACIFIC** | BAY-VALLEY | 5,500 |
| **PACIFIC** | HONOLULU | 324 |
| **PACIFIC** | LOS ANGELES | 45,882 |
| **PACIFIC** | SACRAMENTO | 4,129 |
| **PACIFIC** | SAN DIEGO | 29,533 |
| **PACIFIC** | SAN FRANCISCO | 6,924 |
| **PACIFIC** | SANTA ANA | 2,351 |

Election Inbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Inbound Ballots |
|---|---|---|
| PACIFIC | SIERRA COASTAL | 5,170 |
| **PACIFIC Total** | | **99,813** |
| SOUTHERN | ALABAMA | 11 |
| SOUTHERN | ARKANSAS | 63 |
| SOUTHERN | DALLAS | 1,393 |
| SOUTHERN | FT WORTH | 1,232 |
| SOUTHERN | GULF ATLANTIC | 2,106 |
| SOUTHERN | HOUSTON | 1,347 |
| SOUTHERN | LOUISIANA | 3 |
| SOUTHERN | MISSISSIPPI | 207 |
| SOUTHERN | OKLAHOMA | 6 |
| SOUTHERN | RIO GRANDE | 886 |
| SOUTHERN | SOUTH FLORIDA | 3,490 |
| SOUTHERN | SUNCOAST | 12,479 |
| **SOUTHERN Total** | | **23,223** |
| WESTERN | ALASKA | 728 |
| WESTERN | ARIZONA | 22,166 |
| WESTERN | CENTRAL PLAINS | 473 |
| WESTERN | COLORADO/WYOMING | 4,781 |
| WESTERN | DAKOTAS | 346 |
| WESTERN | HAWKEYE | 1,797 |
| WESTERN | MID-AMERICA | 680 |
| WESTERN | NEVADA SIERRA | 986 |
| WESTERN | NORTHLAND | 385 |
| WESTERN | PORTLAND | 2,724 |
| WESTERN | SALT LAKE CITY | 30,146 |
| WESTERN | SEATTLE | 6,894 |
| **WESTERN Total** | | **72,106** |
| **NATION Total** | | **295,838** |

1

Election Outbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Outbound Ballots |
|---|---|---:|
| **CAPITAL METRO** | ATLANTA | 9,970 |
| **CAPITAL METRO** | BALTIMORE | 925 |
| **CAPITAL METRO** | CAPITAL | 696 |
| **CAPITAL METRO** | GREATER S CAROLINA | 1,351 |
| **CAPITAL METRO** | GREENSBORO | 484 |
| **CAPITAL METRO** | MID-CAROLINAS | 774 |
| **CAPITAL METRO** | NORTHERN VIRGINIA | 1,753 |
| **CAPITAL METRO** | RICHMOND | 4,308 |
| **CAPITAL METRO Total** | | **20,261** |
| **EASTERN** | APPALACHIAN | 1,136 |
| **EASTERN** | CENTRAL PENNSYLVANIA | 2,590 |
| **EASTERN** | KENTUCKIANA | 252 |
| **EASTERN** | NORTHERN OHIO | 969 |
| **EASTERN** | OHIO VALLEY | 815 |
| **EASTERN** | PHILADELPHIA METROPO | 641 |
| **EASTERN** | SOUTH JERSEY | 738 |
| **EASTERN** | TENNESSEE | 441 |
| **EASTERN** | WESTERN NEW YORK | 759 |
| **EASTERN** | WESTERN PENNSYLVANIA | 1,104 |
| **EASTERN Total** | | **9,445** |
| **GREAT LAKES** | CENTRAL ILLINOIS | 952 |
| **GREAT LAKES** | CHICAGO | 255 |
| **GREAT LAKES** | DETROIT | 2,382 |
| **GREAT LAKES** | GATEWAY | 747 |
| **GREAT LAKES** | GREATER INDIANA | 785 |
| **GREAT LAKES** | GREATER MICHIGAN | 6,665 |
| **GREAT LAKES** | LAKELAND | 8,884 |
| **GREAT LAKES Total** | | **20,670** |
| **NORTHEAST** | ALBANY | 633 |
| **NORTHEAST** | CARIBBEAN | 32 |
| **NORTHEAST** | CONNECTICUT VALLEY | 2,417 |
| **NORTHEAST** | GREATER BOSTON | 2,536 |
| **NORTHEAST** | LONG ISLAND | 374 |
| **NORTHEAST** | NEW YORK | 596 |
| **NORTHEAST** | NORTHERN NEW ENGLAND | 3,784 |
| **NORTHEAST** | NORTHERN NEW JERSEY | 1,108 |
| **NORTHEAST** | TRIBORO | 529 |
| **NORTHEAST** | WESTCHESTER | 453 |
| **NORTHEAST Total** | | **12,462** |
| **PACIFIC** | BAY-VALLEY | 120 |
| **PACIFIC** | HONOLULU | 208 |
| **PACIFIC** | LOS ANGELES | 578 |
| **PACIFIC** | SACRAMENTO | 4,798 |
| **PACIFIC** | SAN DIEGO | 458 |
| **PACIFIC** | SAN FRANCISCO | 123 |
| **PACIFIC** | SANTA ANA | 662 |

Election Outbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Outbound Ballots |
|---|---|---:|
| **PACIFIC** | SIERRA COASTAL | 1,157 |
| **PACIFIC Total** | | **8,104** |
| SOUTHERN | ALABAMA | 446 |
| SOUTHERN | ARKANSAS | 408 |
| SOUTHERN | DALLAS | 306 |
| SOUTHERN | FT WORTH | 605 |
| SOUTHERN | GULF ATLANTIC | 686 |
| SOUTHERN | HOUSTON | 115 |
| SOUTHERN | LOUISIANA | 270 |
| SOUTHERN | MISSISSIPPI | 227 |
| SOUTHERN | OKLAHOMA | 133 |
| SOUTHERN | RIO GRANDE | 853 |
| SOUTHERN | SOUTH FLORIDA | 361 |
| SOUTHERN | SUNCOAST | 1,841 |
| **SOUTHERN Total** | | **6,251** |
| WESTERN | ALASKA | 156 |
| WESTERN | ARIZONA | 996 |
| WESTERN | CENTRAL PLAINS | 599 |
| WESTERN | COLORADO/WYOMING | 2,454 |
| WESTERN | DAKOTAS | 1,716 |
| WESTERN | HAWKEYE | 540 |
| WESTERN | MID-AMERICA | 421 |
| WESTERN | NEVADA SIERRA | 219 |
| WESTERN | NORTHLAND | 6,365 |
| WESTERN | PORTLAND | 364 |
| WESTERN | SALT LAKE CITY | 2,675 |
| WESTERN | SEATTLE | 1,018 |
| **WESTERN Total** | | **17,523** |
| **NATION Total** | | **94,716** |