UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 20-cv-2295 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR IMMEDIATE STATUS CONFERENCE**

Plaintiff respectfully submits that the certification provided by Defendants does not comply with the Court's order and respectfully requests an immediate status conference to address next steps.

Dated: November 2, 2020                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Allison M. Zieve
Samuel Spital (D.D.C. Bar No. SS4839)        Allison M. Zieve (DC Bar No. 424786)
Rachel Kleinman (NY Bar No. 4417903)        Matthew A. Seligman (DC Bar No. 1018889)
Monique Lin-Luse (NY Bar No. 5671920)       PUBLIC CITIZEN LITIGATION GROUP
J. Zachery Morris (NY Bar No. 5392196)       1600 20th Street NW
John S. Cusick (NY Bar No. 5585245)          Washington, DC 20009
NAACP LEGAL DEFENSE &                         (202) 588-1000
　EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Counsel for Plaintiff NAACP

1