IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

**DEFENDANTS' STATUS UPDATE REGARDING THE PRINCETON POST OFFICE**

Pursuant to this Court's November 1, 2020 Minute Order, Defendants respectfully provide the following update regarding the Princeton Post Office:

Postal Managers have completed searching all 180,000 pieces of delayed mail and no additional ballots were located Monday. The 62 ballots that were discovered over the past weekend were all immediately delivered to the BOE or the customers addressed, or returned to sender when delivery was not possible. No delayed ballots were on-hand in the Princeton Post Office this morning, and none are on-hand now.

Dated:  November 3, 2020        Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Joseph E. Borson
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS

DENA M. ROTH
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.borson@usdoj.gov

*Attorneys for Defendants*