| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Nation | | 86.19% | 89.24% |
| 10/26/2020 | Nation | | 88.92% | 88.02% |
| 10/27/2020 | Nation | | 63.73% | 90.02% |
| 10/28/2020 | Nation | | 79.29% | 87.57% |
| 10/29/2020 | Nation | | 89.29% | 87.44% |
| 10/30/2020 | Nation | | 85.33% | 85.64% |
| 10/31/2020 | Nation | | 85.49% | 83.40% |
| 11/2/2020 | Nation | | 88.94% | 83.25% |
| 11/3/2020 | Nation | | 77.17% | 88.98% |
| | | | | |
| 10/24/2020 | Capital Metro | | 79.72% | 80.37% |
| 10/24/2020 | Eastern | | 80.06% | 84.36% |
| 10/24/2020 | Great Lakes | | 86.17% | 90.23% |
| 10/24/2020 | Northeast | | 89.13% | 92.94% |
| 10/24/2020 | Pacific | | 92.60% | 96.21% |
| 10/24/2020 | Southern | | 87.58% | 88.40% |
| 10/24/2020 | Western | | 87.43% | 92.46% |
| 10/26/2020 | Capital Metro | | 82.46% | 74.54% |
| 10/26/2020 | Eastern | | 82.49% | 79.64% |
| 10/26/2020 | Great Lakes | | 88.75% | 90.58% |
| 10/26/2020 | Northeast | | 92.20% | 92.87% |
| 10/26/2020 | Pacific | | 94.85% | 96.38% |
| 10/26/2020 | Southern | | 89.90% | 91.39% |
| 10/26/2020 | Western | | 91.18% | 92.08% |
| 10/27/2020 | Capital Metro | | 52.64% | 79.58% |
| 10/27/2020 | Eastern | | 52.91% | 85.43% |
| 10/27/2020 | Great Lakes | | 59.35% | 89.65% |
| 10/27/2020 | Northeast | | 71.76% | 93.17% |
| 10/27/2020 | Pacific | | 74.62% | 96.64% |
| 10/27/2020 | Southern | | 68.04% | 92.41% |
| 10/27/2020 | Western | | 68.03% | 91.96% |
| 10/28/2020 | Capital Metro | | 66.76% | 74.29% |
| 10/28/2020 | Eastern | | 74.63% | 81.16% |
| 10/28/2020 | Great Lakes | | 75.85% | 86.50% |
| 10/28/2020 | Northeast | | 85.69% | 92.22% |
| 10/28/2020 | Pacific | | 87.00% | 96.91% |
| 10/28/2020 | Southern | | 81.56% | 91.03% |
| 10/28/2020 | Western | | 82.53% | 90.50% |
| 10/29/2020 | Capital Metro | | 85.49% | 73.46% |
| 10/29/2020 | Eastern | | 80.70% | 81.08% |
| 10/29/2020 | Great Lakes | | 88.26% | 85.41% |
| 10/29/2020 | Northeast | | 93.04% | 92.45% |
| 10/29/2020 | Pacific | | 94.36% | 96.90% |
| 10/29/2020 | Southern | | 90.81% | 90.15% |
| 10/29/2020 | Western | | 92.49% | 91.56% |
| 10/30/2020 | Capital Metro | | 78.80% | 72.59% |

| | | | | |
|---|---|---|---|---|
| 10/30/2020 | Eastern | | 78.88% | 81.11% |
| 10/30/2020 | Great Lakes | | 85.83% | 82.67% |
| 10/30/2020 | Northeast | | 90.83% | 90.34% |
| 10/30/2020 | Pacific | | 90.76% | 96.64% |
| 10/30/2020 | Southern | | 84.79% | 86.79% |
| 10/30/2020 | Western | | 88.46% | 89.29% |
| 10/31/2020 | Capital Metro | | 77.87% | 64.72% |
| 10/31/2020 | Eastern | | 78.50% | 77.56% |
| 10/31/2020 | Great Lakes | | 85.38% | 79.42% |
| 10/31/2020 | Northeast | | 90.84% | 89.40% |
| 10/31/2020 | Pacific | | 93.51% | 95.95% |
| 10/31/2020 | Southern | | 86.97% | 86.86% |
| 10/31/2020 | Western | | 86.80% | 87.90% |
| 11/2/2020 | Capital Metro | | 84.03% | 67.33% |
| 11/2/2020 | Eastern | | 83.43% | 76.28% |
| 11/2/2020 | Great Lakes | | 88.05% | 79.52% |
| 11/2/2020 | Northeast | | 92.50% | 92.41% |
| 11/2/2020 | Pacific | | 94.61% | 95.19% |
| 11/2/2020 | Southern | | 90.95% | 87.82% |
| 11/2/2020 | Western | | 90.24% | 86.55% |
| 11/3/2020 | Capital Metro | | 70.67% | 81.79% |
| 11/3/2020 | Eastern | | 70.36% | 81.56% |
| 11/3/2020 | Great Lakes | | 75.15% | 84.93% |
| 11/3/2020 | Northeast | | 87.20% | 95.24% |
| 11/3/2020 | Pacific | | 81.16% | 96.63% |
| 11/3/2020 | Southern | | 77.83% | 92.25% |
| 11/3/2020 | Western | | 80.62% | 89.86% |
| | | | | |
| 10/24/2020 | Capital Metro | Atlanta | 83.97% | 72.90% |
| 10/24/2020 | Capital Metro | Baltimore | 61.49% | 75.48% |
| 10/24/2020 | Capital Metro | Capital | 76.07% | 94.38% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 77.39% | 87.10% |
| 10/24/2020 | Capital Metro | Greensboro | 76.74% | 67.42% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 85.05% | 88.26% |
| 10/24/2020 | Capital Metro | Norther Virginia | 83.71% | 94.96% |
| 10/24/2020 | Capital Metro | Richmond | 82.15% | 87.37% |
| 10/24/2020 | Eastern | Appalachian | 90.02% | 95.36% |
| 10/24/2020 | Eastern | Central Pennsylvania | 62.43% | 58.66% |
| 10/24/2020 | Eastern | Kentuckiana | 90.47% | 96.87% |
| 10/24/2020 | Eastern | Norther Ohio | 80.89% | 75.12% |
| 10/24/2020 | Eastern | Ohio Valley | 83.28% | 84.12% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 56.02% | 74.57% |
| 10/24/2020 | Eastern | South Jersey | 80.13% | 89.89% |

| | | | | |
|---|---|---|---|---|
| 10/24/2020 | Eastern | Tennessee | 86.00% | 90.02% |
| 10/24/2020 | Eastern | Western New York | 90.10% | 94.15% |
| 10/24/2020 | Eastern | Western Pennsylvania | 86.88% | 97.88% |
| 10/24/2020 | Great Lakes | Central Illinois | 84.97% | 85.97% |
| 10/24/2020 | Great Lakes | Chicago | 91.22% | 89.80% |
| 10/24/2020 | Great Lakes | Detroit | 71.50% | 85.56% |
| 10/24/2020 | Great Lakes | Gateway | 88.30% | 92.90% |
| 10/24/2020 | Great Lakes | Greater Indiana | 93.09% | 94.24% |
| 10/24/2020 | Great Lakes | Greater Michigan | 87.36% | 93.27% |
| 10/24/2020 | Great Lakes | Lakeland | 87.09% | 93.40% |
| 10/24/2020 | Northeast | Albany | 88.19% | 94.93% |
| 10/24/2020 | Northeast | Caribbean | 97.01% | 96.36% |
| 10/24/2020 | Northeast | Connecticut Valley | 87.04% | 94.86% |
| 10/24/2020 | Northeast | Greater Boston | 89.66% | 86.03% |
| 10/24/2020 | Northeast | Long Island | 89.35% | 94.15% |
| 10/24/2020 | Northeast | New York | 86.87% | 97.91% |
| 10/24/2020 | Northeast | Northern New England | 90.74% | 95.66% |
| 10/24/2020 | Northeast | Northern New Jersey | 88.16% | 92.34% |
| 10/24/2020 | Northeast | Triboro | 92.48% | 95.31% |
| 10/24/2020 | Northeast | Westchester | 88.57% | 84.12% |
| 10/24/2020 | Pacific | Bay-Valley | 93.60% | 96.79% |
| 10/24/2020 | Pacific | Honolulu | 91.00% | 88.59% |
| 10/24/2020 | Pacific | Los Angeles | 90.09% | 95.77% |
| 10/24/2020 | Pacific | Sacramento | 94.22% | 92.25% |
| 10/24/2020 | Pacific | San Diego | 92.60% | 96.34% |
| 10/24/2020 | Pacific | San Francisco | 94.50% | 98.64% |
| 10/24/2020 | Pacific | Santa Ana | 92.36% | 97.43% |
| 10/24/2020 | Pacific | Sierra Coastal | 91.69% | 97.15% |
| 10/24/2020 | Southern | Alabama | 80.51% | 81.34% |
| 10/24/2020 | Southern | Arkansas | 89.32% | 93.77% |
| 10/24/2020 | Southern | Dallas | 91.30% | 94.65% |
| 10/24/2020 | Southern | Ft. Worth | 87.57% | 87.71% |
| 10/24/2020 | Southern | Gulf Atlantic | 78.83% | 86.38% |
| 10/24/2020 | Southern | Houston | 88.78% | 90.16% |
| 10/24/2020 | Southern | Louisiana | 91.44% | 81.47% |
| 10/24/2020 | Southern | Mississippi | 79.79% | 89.50% |
| 10/24/2020 | Southern | Oklahoma | 93.14% | 94.48% |
| 10/24/2020 | Southern | Rio Grande | 92.42% | 92.23% |
| 10/24/2020 | Southern | South Florida | 84.91% | 92.82% |

| | | | | |
|---|---|---|---|---|
| 10/24/2020 | Southern | Suncoast | 89.04% | 80.05% |
| 10/24/2020 | Western | Alaska | 84.25% | 92.37% |
| 10/24/2020 | Western | Arizona | 90.12% | 88.13% |
| 10/24/2020 | Western | Central Plains | 88.94% | 96.12% |
| 10/24/2020 | Western | Colorado/Wyoming | 74.36% | 92.17% |
| 10/24/2020 | Western | Dakotas | 90.27% | 96.49% |
| 10/24/2020 | Western | Hawkeye | 88.96% | 93.61% |
| 10/24/2020 | Western | Mid-Americas | 89.14% | 90.04% |
| 10/24/2020 | Western | Nevada Sierra | 91.68% | 97.05% |
| 10/24/2020 | Western | Northland | 81.98% | 93.64% |
| 10/24/2020 | Western | Portland | 88.58% | 92.76% |
| 10/24/2020 | Western | Salt Lake City | 93.06% | 92.07% |
| 10/24/2020 | Western | Seattle | 86.08% | 91.31% |
| 10/26/2020 | Capital Metro | Atlanta | 87.34% | 62.56% |
| 10/26/2020 | Capital Metro | Baltimore | 69.42% | 66.91% |
| 10/26/2020 | Capital Metro | Capital | 82.46% | 95.96% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 73.11% | 86.77% |
| 10/26/2020 | Capital Metro | Greensboro | 79.18% | 59.05% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 88.18% | 76.78% |
| 10/26/2020 | Capital Metro | Norther Virginia | 86.92% | 96.07% |
| 10/26/2020 | Capital Metro | Richmond | 88.77% | 89.92% |
| 10/26/2020 | Eastern | Appalachian | 86.71% | 90.73% |
| 10/26/2020 | Eastern | Central Pennsylvania | 70.61% | 65.26% |
| 10/26/2020 | Eastern | Kentuckiana | 88.84% | 95.84% |
| 10/26/2020 | Eastern | Norther Ohio | 83.40% | 73.57% |
| 10/26/2020 | Eastern | Ohio Valley | 87.91% | 81.09% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 60.31% | 53.00% |
| 10/26/2020 | Eastern | South Jersey | 81.02% | 86.84% |
| 10/26/2020 | Eastern | Tennessee | 90.10% | 89.41% |
| 10/26/2020 | Eastern | Western New York | 89.46% | 94.07% |
| 10/26/2020 | Eastern | Western Pennsylvania | 91.34% | 98.23% |
| 10/26/2020 | Great Lakes | Central Illinois | 86.93% | 84.64% |
| 10/26/2020 | Great Lakes | Chicago | 92.78% | 91.85% |
| 10/26/2020 | Great Lakes | Detroit | 77.24% | 82.80% |
| 10/26/2020 | Great Lakes | Gateway | 88.85% | 93.90% |
| 10/26/2020 | Great Lakes | Greater Indiana | 94.54% | 94.64% |
| 10/26/2020 | Great Lakes | Greater Michigan | 88.91% | 94.21% |
| 10/26/2020 | Great Lakes | Lakeland | 90.66% | 95.40% |

| | | | | |
|---|---|---|---|---|
| 10/26/2020 | Northeast | Albany | 92.50% | 93.53% |
| 10/26/2020 | Northeast | Caribbean | 95.19% | 97.28% |
| 10/26/2020 | Northeast | Connecticut Valley | 91.87% | 96.13% |
| 10/26/2020 | Northeast | Greater Boston | 93.33% | 92.27% |
| 10/26/2020 | Northeast | Long Island | 88.89% | 93.57% |
| 10/26/2020 | Northeast | New York | 91.63% | 97.28% |
| 10/26/2020 | Northeast | Northern New England | 92.19% | 95.49% |
| 10/26/2020 | Northeast | Northern New Jersey | 93.04% | 89.91% |
| 10/26/2020 | Northeast | Triboro | 92.15% | 90.13% |
| 10/26/2020 | Northeast | Westchester | 89.36% | 86.06% |
| 10/26/2020 | Pacific | Bay-Valley | 94.85% | 97.68% |
| 10/26/2020 | Pacific | Honolulu | 92.98% | 45.13% |
| 10/26/2020 | Pacific | Los Angeles | 93.73% | 95.45% |
| 10/26/2020 | Pacific | Sacramento | 95.82% | 94.04% |
| 10/26/2020 | Pacific | San Diego | 94.89% | 96.96% |
| 10/26/2020 | Pacific | San Francisco | 95.40% | 97.64% |
| 10/26/2020 | Pacific | Santa Ana | 95.35% | 97.33% |
| 10/26/2020 | Pacific | Sierra Coastal | 93.05% | 97.51% |
| 10/26/2020 | Southern | Alabama | 86.62% | 82.34% |
| 10/26/2020 | Southern | Arkansas | 94.69% | 91.63% |
| 10/26/2020 | Southern | Dallas | 91.84% | 96.42% |
| 10/26/2020 | Southern | Ft. Worth | 90.49% | 88.43% |
| 10/26/2020 | Southern | Gulf Atlantic | 82.59% | 85.42% |
| 10/26/2020 | Southern | Houston | 90.19% | 96.00% |
| 10/26/2020 | Southern | Louisiana | 92.34% | 89.46% |
| 10/26/2020 | Southern | Mississippi | 82.19% | 85.89% |
| 10/26/2020 | Southern | Oklahoma | 94.38% | 96.69% |
| 10/26/2020 | Southern | Rio Grande | 92.86% | 90.75% |
| 10/26/2020 | Southern | South Florida | 88.26% | 92.27% |
| 10/26/2020 | Southern | Suncoast | 91.80% | 92.18% |
| 10/26/2020 | Western | Alaska | 86.60% | 86.32% |
| 10/26/2020 | Western | Arizona | 92.18% | 87.91% |
| 10/26/2020 | Western | Central Plains | 94.69% | 93.42% |
| 10/26/2020 | Western | Colorado/Wyoming | 75.49% | 90.51% |
| 10/26/2020 | Western | Dakotas | 92.27% | 95.75% |
| 10/26/2020 | Western | Hawkeye | 92.61% | 92.65% |
| 10/26/2020 | Western | Mid-Americas | 91.50% | 92.41% |
| 10/26/2020 | Western | Nevada Sierra | 92.84% | 93.99% |
| 10/26/2020 | Western | Northland | 88.88% | 91.64% |
| 10/26/2020 | Western | Portland | 92.74% | 94.12% |
| 10/26/2020 | Western | Salt Lake City | 94.05% | 93.19% |
| 10/26/2020 | Western | Seattle | 91.97% | 95.92% |

| | | | | |
|---|---|---|---|---|
| 10/27/2020 | Capital Metro | Atlanta | 53.78% | 77.18% |
| 10/27/2020 | Capital Metro | Baltimore | 31.86% | 70.54% |
| 10/27/2020 | Capital Metro | Capital | 59.02% | 95.80% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 41.80% | 91.24% |
| 10/27/2020 | Capital Metro | Greensboro | 47.78% | 61.12% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 64.71% | 71.61% |
| 10/27/2020 | Capital Metro | Norther Virginia | 53.79% | 96.58% |
| 10/27/2020 | Capital Metro | Richmond | 63.89% | 92.27% |
| 10/27/2020 | Eastern | Appalachian | 61.71% | 93.64% |
| 10/27/2020 | Eastern | Central Pennsylvania | 58.20% | 61.75% |
| 10/27/2020 | Eastern | Kentuckiana | 72.20% | 97.67% |
| 10/27/2020 | Eastern | Norther Ohio | 46.25% | 77.96% |
| 10/27/2020 | Eastern | Ohio Valley | 50.98% | 87.30% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 23.19% | 71.29% |
| 10/27/2020 | Eastern | South Jersey | 42.01% | 88.61% |
| 10/27/2020 | Eastern | Tennessee | 61.72% | 92.63% |
| 10/27/2020 | Eastern | Western New York | 67.65% | 97.28% |
| 10/27/2020 | Eastern | Western Pennsylvania | 69.61% | 97.36% |
| 10/27/2020 | Great Lakes | Central Illinois | 63.88% | 89.92% |
| 10/27/2020 | Great Lakes | Chicago | 65.89% | 94.52% |
| 10/27/2020 | Great Lakes | Detroit | 42.94% | 76.59% |
| 10/27/2020 | Great Lakes | Gateway | 70.15% | 92.61% |
| 10/27/2020 | Great Lakes | Greater Indiana | 65.02% | 95.91% |
| 10/27/2020 | Great Lakes | Greater Michigan | 59.76% | 86.62% |
| 10/27/2020 | Great Lakes | Lakeland | 56.07% | 95.32% |
| 10/27/2020 | Northeast | Albany | 71.45% | 93.31% |
| 10/27/2020 | Northeast | Caribbean | 92.96% | 80.62% |
| 10/27/2020 | Northeast | Connecticut Valley | 72.97% | 94.01% |
| 10/27/2020 | Northeast | Greater Boston | 64.51% | 93.10% |
| 10/27/2020 | Northeast | Long Island | 73.77% | 96.09% |
| 10/27/2020 | Northeast | New York | 71.25% | 97.30% |
| 10/27/2020 | Northeast | Northern New England | 70.93% | 86.59% |
| 10/27/2020 | Northeast | Northern New Jersey | 66.36% | 93.77% |
| 10/27/2020 | Northeast | Triboro | 85.13% | 93.29% |
| 10/27/2020 | Northeast | Westchester | 70.10% | 93.39% |

| | | | | |
|---|---|---|---|---|
| 10/27/2020 | Pacific | Bay-Valley | 75.49% | 97.23% |
| 10/27/2020 | Pacific | Honolulu | 83.04% | 88.85% |
| 10/27/2020 | Pacific | Los Angeles | 78.27% | 97.00% |
| 10/27/2020 | Pacific | Sacramento | 80.04% | 93.19% |
| 10/27/2020 | Pacific | San Diego | 75.36% | 96.42% |
| 10/27/2020 | Pacific | San Francisco | 73.13% | 98.38% |
| 10/27/2020 | Pacific | Santa Ana | 61.63% | 98.03% |
| 10/27/2020 | Pacific | Sierra Coastal | 74.98% | 97.57% |
| 10/27/2020 | Southern | Alabama | 57.00% | 89.48% |
| 10/27/2020 | Southern | Arkansas | 71.83% | 92.98% |
| 10/27/2020 | Southern | Dallas | 73.91% | 93.78% |
| 10/27/2020 | Southern | Ft. Worth | 73.05% | 93.15% |
| 10/27/2020 | Southern | Gulf Atlantic | 59.06% | 86.14% |
| 10/27/2020 | Southern | Houston | 78.52% | 95.49% |
| 10/27/2020 | Southern | Louisiana | 68.11% | 90.09% |
| 10/27/2020 | Southern | Mississippi | 52.96% | 87.55% |
| 10/27/2020 | Southern | Oklahoma | 79.26% | 96.70% |
| 10/27/2020 | Southern | Rio Grande | 78.02% | 95.34% |
| 10/27/2020 | Southern | South Florida | 55.35% | 89.75% |
| 10/27/2020 | Southern | Suncoast | 61.65% | 95.57% |
| 10/27/2020 | Western | Alaska | 66.61% | 90.87% |
| 10/27/2020 | Western | Arizona | 69.89% | 90.06% |
| 10/27/2020 | Western | Central Plains | 87.72% | 96.30% |
| 10/27/2020 | Western | Colorado/Wyoming | 38.53% | 86.47% |
| 10/27/2020 | Western | Dakotas | 66.78% | 94.67% |
| 10/27/2020 | Western | Hawkeye | 69.78% | 93.80% |
| 10/27/2020 | Western | Mid-Americas | 58.07% | 85.82% |
| 10/27/2020 | Western | Nevada Sierra | 76.61% | 96.50% |
| 10/27/2020 | Western | Northland | 58.87% | 90.96% |
| 10/27/2020 | Western | Portland | 74.19% | 87.83% |
| 10/27/2020 | Western | Salt Lake City | 64.12% | 96.49% |
| 10/27/2020 | Western | Seattle | 61.30% | 97.31% |
| 10/28/2020 | Capital Metro | Atlanta | 79.41% | 69.66% |
| 10/28/2020 | Capital Metro | Baltimore | 47.44% | 82.75% |
| 10/28/2020 | Capital Metro | Capital | 76.06% | 94.02% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 71.12% | 87.04% |
| 10/28/2020 | Capital Metro | Greensboro | 57.99% | 48.09% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 52.50% | 66.46% |
| 10/28/2020 | Capital Metro | Norther Virginia | 74.09% | 95.05% |
| 10/28/2020 | Capital Metro | Richmond | 83.19% | 89.71% |
| 10/28/2020 | Eastern | Appalachian | 83.72% | 93.60% |
| 10/28/2020 | Eastern | Central Pennsylvania | 55.59% | 52.45% |
| 10/28/2020 | Eastern | Kentuckiana | 89.17% | 96.17% |

| | | | | |
|---|---|---|---|---|
| 10/28/2020 | Eastern | Norther Ohio | 72.92% | 63.74% |
| 10/28/2020 | Eastern | Ohio Valley | 80.62% | 88.29% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 47.86% | 62.26% |
| 10/28/2020 | Eastern | South Jersey | 75.69% | 93.02% |
| 10/28/2020 | Eastern | Tennessee | 86.59% | 88.76% |
| 10/28/2020 | Eastern | Western New York | 91.78% | 94.11% |
| 10/28/2020 | Eastern | Western Pennsylvania | 85.33% | 94.56% |
| 10/28/2020 | Great Lakes | Central Illinois | 72.12% | 88.70% |
| 10/28/2020 | Great Lakes | Chicago | 80.27% | 81.41% |
| 10/28/2020 | Great Lakes | Detroit | 55.37% | 73.78% |
| 10/28/2020 | Great Lakes | Gateway | 82.93% | 92.47% |
| 10/28/2020 | Great Lakes | Greater Indiana | 87.25% | 91.35% |
| 10/28/2020 | Great Lakes | Greater Michigan | 76.25% | 88.75% |
| 10/28/2020 | Great Lakes | Lakeland | 78.50% | 91.71% |
| 10/28/2020 | Northeast | Albany | 88.76% | 95.57% |
| 10/28/2020 | Northeast | Caribbean | 95.87% | 92.20% |
| 10/28/2020 | Northeast | Connecticut Valley | 85.87% | 93.84% |
| 10/28/2020 | Northeast | Greater Boston | 88.37% | 84.51% |
| 10/28/2020 | Northeast | Long Island | 83.01% | 92.75% |
| 10/28/2020 | Northeast | New York | 86.71% | 96.05% |
| 10/28/2020 | Northeast | Northern New England | 82.24% | 92.63% |
| 10/28/2020 | Northeast | Northern New Jersey | 81.35% | 91.47% |
| 10/28/2020 | Northeast | Triboro | 83.80% | 94.59% |
| 10/28/2020 | Northeast | Westchester | 84.89% | 94.14% |
| 10/28/2020 | Pacific | Bay-Valley | 89.93% | 96.25% |
| 10/28/2020 | Pacific | Honolulu | 89.41% | 91.05% |
| 10/28/2020 | Pacific | Los Angeles | 88.68% | 96.88% |
| 10/28/2020 | Pacific | Sacramento | 85.49% | 95.06% |
| 10/28/2020 | Pacific | San Diego | 89.43% | 98.16% |
| 10/28/2020 | Pacific | San Francisco | 85.57% | 98.42% |
| 10/28/2020 | Pacific | Santa Ana | 83.62% | 97.13% |
| 10/28/2020 | Pacific | Sierra Coastal | 88.45% | 96.99% |
| 10/28/2020 | Southern | Alabama | 88.67% | 84.45% |
| 10/28/2020 | Southern | Arkansas | 88.45% | 95.01% |
| 10/28/2020 | Southern | Dallas | 77.49% | 92.49% |
| 10/28/2020 | Southern | Ft. Worth | 84.33% | 92.85% |
| 10/28/2020 | Southern | Gulf Atlantic | 77.97% | 84.80% |
| 10/28/2020 | Southern | Houston | 77.31% | 95.14% |

| | | | | |
|---|---|---|---|---|
| 10/28/2020 | Southern | Louisiana | 90.44% | 90.74% |
| 10/28/2020 | Southern | Mississippi | 79.76% | 85.61% |
| 10/28/2020 | Southern | Oklahoma | 92.49% | 97.04% |
| 10/28/2020 | Southern | Rio Grande | 86.51% | 94.99% |
| 10/28/2020 | Southern | South Florida | 67.01% | 91.97% |
| 10/28/2020 | Southern | Suncoast | 83.34% | 89.26% |
| 10/28/2020 | Western | Alaska | 79.51% | 90.42% |
| 10/28/2020 | Western | Arizona | 80.93% | 91.23% |
| 10/28/2020 | Western | Central Plains | 86.53% | 93.77% |
| 10/28/2020 | Western | Colorado/Wyoming | 59.91% | 78.04% |
| 10/28/2020 | Western | Dakotas | 86.51% | 95.24% |
| 10/28/2020 | Western | Hawkeye | 87.68% | 91.01% |
| 10/28/2020 | Western | Mid-Americas | 83.81% | 77.14% |
| 10/28/2020 | Western | Nevada Sierra | 86.11% | 97.04% |
| 10/28/2020 | Western | Northland | 81.57% | 87.57% |
| 10/28/2020 | Western | Portland | 85.78% | 91.22% |
| 10/28/2020 | Western | Salt Lake City | 80.87% | 97.38% |
| 10/28/2020 | Western | Seattle | 81.82% | 97.16% |
| 10/29/2020 | Capital Metro | Atlanta | 90.85% | 70.31% |
| 10/29/2020 | Capital Metro | Baltimore | 68.89% | 75.00% |
| 10/29/2020 | Capital Metro | Capital | 87.32% | 85.89% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 83.14% | 89.97% |
| 10/29/2020 | Capital Metro | Greensboro | 80.94% | 47.68% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 87.18% | 70.25% |
| 10/29/2020 | Capital Metro | Norther Virginia | 88.70% | 92.96% |
| 10/29/2020 | Capital Metro | Richmond | 91.78% | 86.49% |
| 10/29/2020 | Eastern | Appalachian | 90.07% | 90.43% |
| 10/29/2020 | Eastern | Central Pennsylvania | 59.42% | 51.60% |
| 10/29/2020 | Eastern | Kentuckiana | 92.47% | 95.34% |
| 10/29/2020 | Eastern | Norther Ohio | 77.49% | 77.71% |
| 10/29/2020 | Eastern | Ohio Valley | 86.44% | 88.71% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 47.45% | 52.45% |
| 10/29/2020 | Eastern | South Jersey | 86.44% | 93.24% |
| 10/29/2020 | Eastern | Tennessee | 94.50% | 88.73% |
| 10/29/2020 | Eastern | Western New York | 91.57% | 93.46% |
| 10/29/2020 | Eastern | Western Pennsylvania | 92.25% | 96.56% |
| 10/29/2020 | Great Lakes | Central Illinois | 85.24% | 86.45% |
| 10/29/2020 | Great Lakes | Chicago | 88.94% | 87.17% |
| 10/29/2020 | Great Lakes | Detroit | 76.32% | 70.87% |
| 10/29/2020 | Great Lakes | Gateway | 92.15% | 87.85% |

| | | | | |
|---|---|---|---|---|
| 10/29/2020 | Great Lakes | Greater Indiana | 93.29% | 92.65% |
| 10/29/2020 | Great Lakes | Greater Michigan | 88.18% | 93.39% |
| 10/29/2020 | Great Lakes | Lakeland | 90.36% | 93.45% |
| 10/29/2020 | Northeast | Albany | 94.51% | 95.52% |
| 10/29/2020 | Northeast | Caribbean | 97.42% | 82.27% |
| 10/29/2020 | Northeast | Connecticut Valley | 93.30% | 93.06% |
| 10/29/2020 | Northeast | Greater Boston | 93.63% | 87.56% |
| 10/29/2020 | Northeast | Long Island | 87.56% | 94.64% |
| 10/29/2020 | Northeast | New York | 91.74% | 97.12% |
| 10/29/2020 | Northeast | Northern New England | 94.11% | 88.20% |
| 10/29/2020 | Northeast | Northern New Jersey | 93.80% | 93.91% |
| 10/29/2020 | Northeast | Triboro | 89.45% | 93.87% |
| 10/29/2020 | Northeast | Westchester | 93.23% | 92.97% |
| 10/29/2020 | Pacific | Bay-Valley | 94.03% | 96.45% |
| 10/29/2020 | Pacific | Honolulu | 93.60% | 96.31% |
| 10/29/2020 | Pacific | Los Angeles | 94.98% | 96.65% |
| 10/29/2020 | Pacific | Sacramento | 94.57% | 95.04% |
| 10/29/2020 | Pacific | San Diego | 94.57% | 96.63% |
| 10/29/2020 | Pacific | San Francisco | 93.49% | 98.36% |
| 10/29/2020 | Pacific | Santa Ana | 93.85% | 98.24% |
| 10/29/2020 | Pacific | Sierra Coastal | 94.84% | 97.40% |
| 10/29/2020 | Southern | Alabama | 91.09% | 75.85% |
| 10/29/2020 | Southern | Arkansas | 94.01% | 89.87% |
| 10/29/2020 | Southern | Dallas | 91.40% | 94.06% |
| 10/29/2020 | Southern | Ft. Worth | 92.20% | 90.45% |
| 10/29/2020 | Southern | Gulf Atlantic | 86.63% | 77.92% |
| 10/29/2020 | Southern | Houston | 86.56% | 95.54% |
| 10/29/2020 | Southern | Louisiana | 92.85% | 86.36% |
| 10/29/2020 | Southern | Mississippi | 92.56% | 83.85% |
| 10/29/2020 | Southern | Oklahoma | 91.33% | 96.01% |
| 10/29/2020 | Southern | Rio Grande | 93.64% | 95.42% |
| 10/29/2020 | Southern | South Florida | 87.85% | 91.82% |
| 10/29/2020 | Southern | Suncoast | 93.93% | 92.92% |
| 10/29/2020 | Western | Alaska | 77.05% | 96.88% |
| 10/29/2020 | Western | Arizona | 94.78% | 89.61% |
| 10/29/2020 | Western | Central Plains | 97.27% | 94.88% |
| 10/29/2020 | Western | Colorado/Wyoming | 73.32% | 79.96% |
| 10/29/2020 | Western | Dakotas | 92.75% | 94.92% |
| 10/29/2020 | Western | Hawkeye | 94.16% | 94.85% |
| 10/29/2020 | Western | Mid-Americas | 91.82% | 82.56% |

| | | | | |
|---|---|---|---|---|
| 10/29/2020 | Western | Nevada Sierra | 94.21% | 97.09% |
| 10/29/2020 | Western | Northland | 90.75% | 90.50% |
| 10/29/2020 | Western | Portland | 93.98% | 96.18% |
| 10/29/2020 | Western | Salt Lake City | 93.61% | 96.44% |
| 10/29/2020 | Western | Seattle | 91.32% | 97.09% |
| 10/30/2020 | Capital Metro | Atlanta | 85.56% | 63.38% |
| 10/30/2020 | Capital Metro | Baltimore | 66.61% | 84.60% |
| 10/30/2020 | Capital Metro | Capital | 83.87% | 86.23% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 66.72% | 85.13% |
| 10/30/2020 | Capital Metro | Greensboro | 68.24% | 57.85% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 83.28% | 64.52% |
| 10/30/2020 | Capital Metro | Norther Virginia | 81.29% | 94.67% |
| 10/30/2020 | Capital Metro | Richmond | 88.24% | 84.50% |
| 10/30/2020 | Eastern | Appalachian | 90.94% | 90.35% |
| 10/30/2020 | Eastern | Central Pennsylvania | 63.49% | 50.76% |
| 10/30/2020 | Eastern | Kentuckiana | 89.15% | 94.82% |
| 10/30/2020 | Eastern | Norther Ohio | 73.42% | 65.04% |
| 10/30/2020 | Eastern | Ohio Valley | 83.02% | 89.81% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 56.73% | 67.17% |
| 10/30/2020 | Eastern | South Jersey | 84.51% | 92.25% |
| 10/30/2020 | Eastern | Tennessee | 87.22% | 85.98% |
| 10/30/2020 | Eastern | Western New York | 92.66% | 95.51% |
| 10/30/2020 | Eastern | Western Pennsylvania | 88.43% | 96.39% |
| 10/30/2020 | Great Lakes | Central Illinois | 79.18% | 88.25% |
| 10/30/2020 | Great Lakes | Chicago | 88.80% | 84.40% |
| 10/30/2020 | Great Lakes | Detroit | 72.56% | 61.78% |
| 10/30/2020 | Great Lakes | Gateway | 89.80% | 89.48% |
| 10/30/2020 | Great Lakes | Greater Indiana | 93.92% | 89.35% |
| 10/30/2020 | Great Lakes | Greater Michigan | 80.76% | 84.87% |
| 10/30/2020 | Great Lakes | Lakeland | 88.89% | 92.64% |
| 10/30/2020 | Northeast | Albany | 90.21% | 92.38% |
| 10/30/2020 | Northeast | Caribbean | 93.02% | 93.46% |
| 10/30/2020 | Northeast | Connecticut Valley | 91.83% | 87.70% |
| 10/30/2020 | Northeast | Greater Boston | 90.51% | 87.28% |
| 10/30/2020 | Northeast | Long Island | 91.08% | 87.32% |
| 10/30/2020 | Northeast | New York | 89.90% | 97.92% |

| | | | | |
|---|---|---|---|---|
| 10/30/2020 | Northeast | Northern New England | 88.64% | 89.22% |
| 10/30/2020 | Northeast | Northern New Jersey | 91.53% | 92.91% |
| 10/30/2020 | Northeast | Triboro | 89.37% | 94.02% |
| 10/30/2020 | Northeast | Westchester | 91.84% | 88.02% |
| 10/30/2020 | Pacific | Bay-Valley | 92.78% | 96.20% |
| 10/30/2020 | Pacific | Honolulu | 91.27% | 96.27% |
| 10/30/2020 | Pacific | Los Angeles | 94.11% | 96.17% |
| 10/30/2020 | Pacific | Sacramento | 87.08% | 96.01% |
| 10/30/2020 | Pacific | San Diego | 92.32% | 97.67% |
| 10/30/2020 | Pacific | San Francisco | 93.38% | 96.44% |
| 10/30/2020 | Pacific | Santa Ana | 85.81% | 97.22% |
| 10/30/2020 | Pacific | Sierra Coastal | 92.85% | 96.12% |
| 10/30/2020 | Southern | Alabama | 87.75% | 66.09% |
| 10/30/2020 | Southern | Arkansas | 88.69% | 85.97% |
| 10/30/2020 | Southern | Dallas | 78.40% | 89.58% |
| 10/30/2020 | Southern | Ft. Worth | 85.37% | 91.70% |
| 10/30/2020 | Southern | Gulf Atlantic | 80.95% | 73.94% |
| 10/30/2020 | Southern | Houston | 89.58% | 93.90% |
| 10/30/2020 | Southern | Louisiana | 80.53% | 83.27% |
| 10/30/2020 | Southern | Mississippi | 83.99% | 81.76% |
| 10/30/2020 | Southern | Oklahoma | 91.32% | 94.58% |
| 10/30/2020 | Southern | Rio Grande | 90.27% | 94.28% |
| 10/30/2020 | Southern | South Florida | 80.66% | 87.12% |
| 10/30/2020 | Southern | Suncoast | 88.05% | 89.91% |
| 10/30/2020 | Western | Alaska | 88.83% | 85.48% |
| 10/30/2020 | Western | Arizona | 91.48% | 86.84% |
| 10/30/2020 | Western | Central Plains | 90.88% | 92.56% |
| 10/30/2020 | Western | Colorado/Wyoming | 67.73% | 65.03% |
| 10/30/2020 | Western | Dakotas | 91.85% | 94.45% |
| 10/30/2020 | Western | Hawkeye | 91.75% | 95.00% |
| 10/30/2020 | Western | Mid-Americas | 84.95% | 82.37% |
| 10/30/2020 | Western | Nevada Sierra | 92.39% | 95.97% |
| 10/30/2020 | Western | Northland | 89.21% | 90.04% |
| 10/30/2020 | Western | Portland | 93.83% | 95.40% |
| 10/30/2020 | Western | Salt Lake City | 91.20% | 95.27% |
| 10/30/2020 | Western | Seattle | 87.73% | 93.50% |
| 10/31/2020 | Capital Metro | Atlanta | 82.13% | 56.51% |
| 10/31/2020 | Capital Metro | Baltimore | 71.14% | 74.76% |
| 10/31/2020 | Capital Metro | Capital | 74.61% | 89.77% |
| 10/31/2020 | Capital Metro | Greater S Carolina | 69.15% | 66.73% |
| 10/31/2020 | Capital Metro | Greensboro | 75.01% | 49.88% |
| 10/31/2020 | Capital Metro | Mid-Carolinas | 79.06% | 59.78% |

| | | | | |
|---|---|---|---|---|
| 10/31/2020 | Capital Metro | Norther Virginia | 78.96% | 94.41% |
| 10/31/2020 | Capital Metro | Richmond | 87.87% | 60.79% |
| 10/31/2020 | Eastern | Appalachian | 89.84% | 93.82% |
| 10/31/2020 | Eastern | Central Pennsylvania | 64.84% | 44.85% |
| 10/31/2020 | Eastern | Kentuckiana | 90.37% | 94.61% |
| 10/31/2020 | Eastern | Norther Ohio | 74.02% | 55.55% |
| 10/31/2020 | Eastern | Ohio Valley | 82.46% | 89.68% |
| 10/31/2020 | Eastern | Philadelphia Metropo | 56.74% | 57.37% |
| 10/31/2020 | Eastern | South Jersey | 84.54% | 89.88% |
| 10/31/2020 | Eastern | Tennessee | 88.29% | 88.40% |
| 10/31/2020 | Eastern | Western New York | 89.15% | 92.49% |
| 10/31/2020 | Eastern | Western Pennsylvania | 88.68% | 93.34% |
| 10/31/2020 | Great Lakes | Central Illinois | 81.47% | 84.38% |
| 10/31/2020 | Great Lakes | Chicago | 83.05% | 86.50% |
| 10/31/2020 | Great Lakes | Detroit | 75.43% | 57.71% |
| 10/31/2020 | Great Lakes | Gateway | 88.37% | 86.10% |
| 10/31/2020 | Great Lakes | Greater Indiana | 91.41% | 91.94% |
| 10/31/2020 | Great Lakes | Greater Michigan | 82.81% | 79.66% |
| 10/31/2020 | Great Lakes | Lakeland | 87.61% | 89.61% |
| 10/31/2020 | Northeast | Albany | 90.92% | 91.40% |
| 10/31/2020 | Northeast | Caribbean | 93.75% | 98.70% |
| 10/31/2020 | Northeast | Connecticut Valley | 91.39% | 93.48% |
| 10/31/2020 | Northeast | Greater Boston | 91.41% | 81.23% |
| 10/31/2020 | Northeast | Long Island | 87.17% | 89.23% |
| 10/31/2020 | Northeast | New York | 88.22% | 97.82% |
| 10/31/2020 | Northeast | Northern New England | 89.38% | 81.70% |
| 10/31/2020 | Northeast | Northern New Jersey | 91.82% | 94.13% |
| 10/31/2020 | Northeast | Triboro | 90.92% | 90.61% |
| 10/31/2020 | Northeast | Westchester | 92.69% | 90.16% |
| 10/31/2020 | Pacific | Bay-Valley | 94.45% | 97.45% |
| 10/31/2020 | Pacific | Honolulu | 92.41% | 92.96% |
| 10/31/2020 | Pacific | Los Angeles | 95.43% | 95.59% |
| 10/31/2020 | Pacific | Sacramento | 92.54% | 94.27% |
| 10/31/2020 | Pacific | San Diego | 93.69% | 95.44% |
| 10/31/2020 | Pacific | San Francisco | 93.73% | 96.19% |
| 10/31/2020 | Pacific | Santa Ana | 91.43% | 94.98% |

| | | | | |
|---|---|---|---|---|
| 10/31/2020 | Pacific | Sierra Coastal | 93.83% | 97.48% |
| 10/31/2020 | Southern | Alabama | 85.48% | 78.10% |
| 10/31/2020 | Southern | Arkansas | 87.33% | 90.64% |
| 10/31/2020 | Southern | Dallas | 84.83% | 90.01% |
| 10/31/2020 | Southern | Ft. Worth | 90.18% | 93.69% |
| 10/31/2020 | Southern | Gulf Atlantic | 82.83% | 70.65% |
| 10/31/2020 | Southern | Houston | 89.76% | 94.12% |
| 10/31/2020 | Southern | Louisiana | 88.90% | 80.62% |
| 10/31/2020 | Southern | Mississippi | 76.79% | 81.67% |
| 10/31/2020 | Southern | Oklahoma | 92.22% | 94.02% |
| 10/31/2020 | Southern | Rio Grande | 92.07% | 94.98% |
| 10/31/2020 | Southern | South Florida | 80.36% | 85.13% |
| 10/31/2020 | Southern | Suncoast | 91.15% | 87.92% |
| 10/31/2020 | Western | Alaska | 86.57% | 72.08% |
| 10/31/2020 | Western | Arizona | 91.91% | 88.76% |
| 10/31/2020 | Western | Central Plains | 88.61% | 88.73% |
| 10/31/2020 | Western | Colorado/Wyoming | 56.59% | 62.77% |
| 10/31/2020 | Western | Dakotas | 91.92% | 89.32% |
| 10/31/2020 | Western | Hawkeye | 92.52% | 93.55% |
| 10/31/2020 | Western | Mid-Americas | 88.54% | 85.51% |
| 10/31/2020 | Western | Nevada Sierra | 93.14% | 95.37% |
| 10/31/2020 | Western | Northland | 86.33% | 90.73% |
| 10/31/2020 | Western | Portland | 90.36% | 96.64% |
| 10/31/2020 | Western | Salt Lake City | 89.52% | 95.10% |
| 10/31/2020 | Western | Seattle | 87.60% | 92.25% |
| 11/2/2020 | Capital Metro | Atlanta | 87.21% | 68.45% |
| 11/2/2020 | Capital Metro | Baltimore | 79.65% | 74.70% |
| 11/2/2020 | Capital Metro | Capital | 82.14% | 95.14% |
| 11/2/2020 | Capital Metro | Greater S Carolina | 76.58% | 75.55% |
| 11/2/2020 | Capital Metro | Greensboro | 78.47% | 53.92% |
| 11/2/2020 | Capital Metro | Mid-Carolinas | 86.65% | 38.96% |
| 11/2/2020 | Capital Metro | Norther Virginia | 90.62% | 96.67% |
| 11/2/2020 | Capital Metro | Richmond | 89.98% | 78.11% |
| 11/2/2020 | Eastern | Appalachian | 89.79% | 83.19% |
| 11/2/2020 | Eastern | Central Pennsylvania | 69.98% | 43.63% |
| 11/2/2020 | Eastern | Kentuckiana | 93.23% | 92.97% |
| 11/2/2020 | Eastern | Norther Ohio | 79.43% | 65.85% |
| 11/2/2020 | Eastern | Ohio Valley | 89.43% | 90.84% |
| 11/2/2020 | Eastern | Philadelphia Metropo | 67.71% | 55.31% |
| 11/2/2020 | Eastern | South Jersey | 86.71% | 92.58% |
| 11/2/2020 | Eastern | Tennessee | 91.16% | 86.55% |

| | | | | |
|---|---|---|---|---|
| 11/2/2020 | Eastern | Western New York | 94.07% | 94.53% |
| 11/2/2020 | Eastern | Western Pennsylvania | 92.22% | 95.79% |
| 11/2/2020 | Great Lakes | Central Illinois | 87.79% | 89.37% |
| 11/2/2020 | Great Lakes | Chicago | 86.13% | 89.73% |
| 11/2/2020 | Great Lakes | Detroit | 76.81% | 46.86% |
| 11/2/2020 | Great Lakes | Gateway | 90.87% | 90.77% |
| 11/2/2020 | Great Lakes | Greater Indiana | 93.50% | 92.01% |
| 11/2/2020 | Great Lakes | Greater Michigan | 85.28% | 85.39% |
| 11/2/2020 | Great Lakes | Lakeland | 89.53% | 92.10% |
| 11/2/2020 | Northeast | Albany | 93.85% | 96.37% |
| 11/2/2020 | Northeast | Caribbean | 93.90% | 85.60% |
| 11/2/2020 | Northeast | Connecticut Valley | 92.37% | 95.40% |
| 11/2/2020 | Northeast | Greater Boston | 92.43% | 89.44% |
| 11/2/2020 | Northeast | Long Island | 90.77% | 87.69% |
| 11/2/2020 | Northeast | New York | 91.82% | 98.66% |
| 11/2/2020 | Northeast | Northern New England | 91.77% | 86.14% |
| 11/2/2020 | Northeast | Northern New Jersey | 92.91% | 93.19% |
| 11/2/2020 | Northeast | Triboro | 93.96% | 93.73% |
| 11/2/2020 | Northeast | Westchester | 91.44% | 86.74% |
| 11/2/2020 | Pacific | Bay-Valley | 94.09% | 97.78% |
| 11/2/2020 | Pacific | Honolulu | 95.76% | 76.34% |
| 11/2/2020 | Pacific | Los Angeles | 96.32% | 95.00% |
| 11/2/2020 | Pacific | Sacramento | 92.74% | 92.61% |
| 11/2/2020 | Pacific | San Diego | 95.03% | 94.65% |
| 11/2/2020 | Pacific | San Francisco | 95.22% | 96.07% |
| 11/2/2020 | Pacific | Santa Ana | 94.94% | 94.53% |
| 11/2/2020 | Pacific | Sierra Coastal | 93.62% | 97.05% |
| 11/2/2020 | Southern | Alabama | 88.22% | 86.80% |
| 11/2/2020 | Southern | Arkansas | 92.59% | 93.72% |
| 11/2/2020 | Southern | Dallas | 90.72% | 93.95% |
| 11/2/2020 | Southern | Ft. Worth | 93.89% | 94.47% |
| 11/2/2020 | Southern | Gulf Atlantic | 87.76% | 75.07% |
| 11/2/2020 | Southern | Houston | 92.89% | 95.89% |
| 11/2/2020 | Southern | Louisiana | 88.17% | 88.33% |
| 11/2/2020 | Southern | Mississippi | 85.38% | 76.44% |
| 11/2/2020 | Southern | Oklahoma | 94.66% | 92.82% |
| 11/2/2020 | Southern | Rio Grande | 93.00% | 95.96% |
| 11/2/2020 | Southern | South Florida | 87.39% | 75.66% |
| 11/2/2020 | Southern | Suncoast | 93.63% | 86.21% |

| | | | | |
|---|---|---|---|---|
| 11/2/2020 | Western | Alaska | 82.33% | 53.55% |
| 11/2/2020 | Western | Arizona | 92.15% | 87.30% |
| 11/2/2020 | Western | Central Plains | 91.36% | 93.35% |
| 11/2/2020 | Western | Colorado/Wyoming | 74.70% | 68.00% |
| 11/2/2020 | Western | Dakotas | 92.41% | 90.90% |
| 11/2/2020 | Western | Hawkeye | 92.53% | 94.70% |
| 11/2/2020 | Western | Mid-Americas | 90.08% | 80.78% |
| 11/2/2020 | Western | Nevada Sierra | 93.17% | 92.32% |
| 11/2/2020 | Western | Northland | 90.50% | 89.89% |
| 11/2/2020 | Western | Portland | 92.00% | 94.55% |
| 11/2/2020 | Western | Salt Lake City | 93.46% | 93.93% |
| 11/2/2020 | Western | Seattle | 92.10% | 93.66% |
| 11/3/2020 | Capital Metro | Atlanta | 65.13% | 80.36% |
| 11/3/2020 | Capital Metro | Baltimore | 61.65% | 83.28% |
| 11/3/2020 | Capital Metro | Capital | 73.65% | 95.21% |
| 11/3/2020 | Capital Metro | Greater S Carolina | 65.58% | 87.36% |
| 11/3/2020 | Capital Metro | Greensboro | 67.84% | 66.30% |
| 11/3/2020 | Capital Metro | Mid-Carolinas | 78.03% | 70.24% |
| 11/3/2020 | Capital Metro | Norther Virginia | 84.11% | 94.23% |
| 11/3/2020 | Capital Metro | Richmond | 80.63% | 89.57% |
| 11/3/2020 | Eastern | Appalachian | 81.66% | 93.79% |
| 11/3/2020 | Eastern | Central Pennsylvania | 56.86% | 27.84% |
| 11/3/2020 | Eastern | Kentuckiana | 83.57% | 95.29% |
| 11/3/2020 | Eastern | Norther Ohio | 62.71% | 79.18% |
| 11/3/2020 | Eastern | Ohio Valley | 71.96% | 93.10% |
| 11/3/2020 | Eastern | Philadelphia Metropo | 42.91% | 55.38% |
| 11/3/2020 | Eastern | South Jersey | 77.39% | 96.09% |
| 11/3/2020 | Eastern | Tennessee | 84.40% | 91.45% |
| 11/3/2020 | Eastern | Western New York | 89.96% | 97.32% |
| 11/3/2020 | Eastern | Western Pennsylvania | 85.49% | 95.79% |
| 11/3/2020 | Great Lakes | Central Illinois | 77.46% | 89.37% |
| 11/3/2020 | Great Lakes | Chicago | 59.76% | 89.20% |
| 11/3/2020 | Great Lakes | Detroit | 60.62% | 65.18% |
| 11/3/2020 | Great Lakes | Gateway | 79.33% | 89.89% |
| 11/3/2020 | Great Lakes | Greater Indiana | 81.40% | 90.92% |
| 11/3/2020 | Great Lakes | Greater Michigan | 78.21% | 88.17% |
| 11/3/2020 | Great Lakes | Lakeland | 78.18% | 93.80% |
| 11/3/2020 | Northeast | Albany | 91.84% | 96.06% |

| | | | | |
|---|---|---|---|---|
| 11/3/2020 | Northeast | Caribbean | 84.08% | 72.70% |
| 11/3/2020 | Northeast | Connecticut Valley | 89.11% | 96.38% |
| 11/3/2020 | Northeast | Greater Boston | 87.80% | 93.73% |
| 11/3/2020 | Northeast | Long Island | 84.85% | 97.12% |
| 11/3/2020 | Northeast | New York | 87.94% | 98.12% |
| 11/3/2020 | Northeast | Northern New England | 87.67% | 96.49% |
| 11/3/2020 | Northeast | Northern New Jersey | 83.03% | 93.84% |
| 11/3/2020 | Northeast | Triboro | 85.87% | 94.98% |
| 11/3/2020 | Northeast | Westchester | 90.76% | 95.69% |
| 11/3/2020 | Pacific | Bay-Valley | 89.42% | 97.67% |
| 11/3/2020 | Pacific | Honolulu | 89.41% | 88.75% |
| 11/3/2020 | Pacific | Los Angeles | 70.41% | 95.41% |
| 11/3/2020 | Pacific | Sacramento | 79.29% | 95.35% |
| 11/3/2020 | Pacific | San Diego | 84.61% | 96.87% |
| 11/3/2020 | Pacific | San Francisco | 86.83% | 97.30% |
| 11/3/2020 | Pacific | Santa Ana | 79.07% | 97.31% |
| 11/3/2020 | Pacific | Sierra Coastal | 83.11% | 96.97% |
| 11/3/2020 | Southern | Alabama | 80.48% | 92.15% |
| 11/3/2020 | Southern | Arkansas | 85.56% | 92.54% |
| 11/3/2020 | Southern | Dallas | 78.01% | 93.83% |
| 11/3/2020 | Southern | Ft. Worth | 83.89% | 95.32% |
| 11/3/2020 | Southern | Gulf Atlantic | 72.64% | 87.40% |
| 11/3/2020 | Southern | Houston | 78.25% | 97.03% |
| 11/3/2020 | Southern | Louisiana | 79.75% | 84.06% |
| 11/3/2020 | Southern | Mississippi | 82.59% | 90.22% |
| 11/3/2020 | Southern | Oklahoma | 89.28% | 95.42% |
| 11/3/2020 | Southern | Rio Grande | 83.02% | 93.55% |
| 11/3/2020 | Southern | South Florida | 67.08% | 86.04% |
| 11/3/2020 | Southern | Suncoast | 75.87% | 94.46% |
| 11/3/2020 | Western | Alaska | 82.34% | 91.93% |
| 11/3/2020 | Western | Arizona | 77.15% | 88.33% |
| 11/3/2020 | Western | Central Plains | 87.37% | 94.21% |
| 11/3/2020 | Western | Colorado/Wyoming | 62.13% | 68.49% |
| 11/3/2020 | Western | Dakotas | 88.36% | 84.65% |
| 11/3/2020 | Western | Hawkeye | 87.56% | 95.24% |
| 11/3/2020 | Western | Mid-Americas | 79.48% | 87.21% |
| 11/3/2020 | Western | Nevada Sierra | 83.31% | 94.59% |
| 11/3/2020 | Western | Northland | 82.97% | 93.46% |
| 11/3/2020 | Western | Portland | 83.94% | 95.41% |
| 11/3/2020 | Western | Salt Lake City | 80.26% | 92.23% |
| 11/3/2020 | Western | Seattle | 83.54% | 95.20% |