## Cholera, Kuntal (CIV)

| | |
|---|---|
| **From:** | Barber, Mike L - Plano, TX <mike.l.barber@usps.gov> |
| **Sent:** | Wednesday, November 4, 2020 2:25 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | FW: Court Order Texas Plants |

**From:** Wagener Jr, Larry R - Coppell, TX
**Sent:** Wednesday, November 4, 2020 2:22 PM
**To:** Barber, Mike L - Plano, TX <mike.l.barber@usps.gov>
**Subject:** FW: Court Order Texas Plants

FYI

Larry R. Wagener
Southwest Division Director of Processing Operations
Western Region
US Postal Service
Office:  972-393-6368
Mobile:  817-733-5194

**From:** Wagener Jr, Larry R - Coppell, TX
**Sent:** Wednesday, November 4, 2020 1:16 PM
**To:** Vincent, Mary K - Fort Worth, TX <mary.k.vincent@usps.gov>; Addison, Kate - Lubbock, TX <Katie.Addison@usps.gov>; Farrar, David O - Amarillo, TX <david.o.farrar@usps.gov>; French Jr, James M - Ft. Worth, TX <James.M.French@usps.gov>; Keating, Timothy J - San Antonio, TX <timothy.j.keating@usps.gov>; Reynoso, Sergio D - Fort Worth, TX <Sergio.D.Reynoso@usps.gov>; Aziz, Maged S - Houston, TX <Maged.S.Aziz@usps.gov>; Blueford, Laura B - Houston, TX <laura.b.blueford@usps.gov>; Calderon, Kimberly A - San Antonio, TX <Kimberly.A.Calderon@usps.gov>; Ralph, Ronald R - Austin, TX <ronald.r.ralph@usps.gov>; Marshall, Adrienne E - San Antonio, TX <adrienne.e.marshall@usps.gov>; Barrera, Jimmy A - Corpus Christi, TX <jimmy.a.barrera@usps.gov>; Edgerton, Clifton E - Midland, TX <clifton.e.edgerton@usps.gov>; Prado, Sylvia - El Paso, TX <sylvia.prado@usps.gov>
**Cc:** Munoz, Larry P - San Diego, CA <larry.p.munoz@usps.gov>; Reynoso, Kristina R - Dallas, TX <Kristina.R.Reynoso@usps.gov>; Bray, Kevin P - Washington, DC <kevin.p.bray@usps.gov>
**Subject:** Court Order Texas Plants

All,
A District Judge has ordered that all of the Texas plant managers perform a sweep now and a 2nd sweep at 15:00 for any ballots that may be in the facilities.  Those ballots must be connected to the Local BOE by 17:00 today.  Send a confirmation email of compliance detailed the following:

1st sweep number of ballots found:
15:00 sweep number of ballots found:
What steps were taken to deliver to the Local BOE by 17:00:


Send responses to Kevin Bray, Kristina Reynoso and myself between 16:00 – 16:30 today.  This has been communicated verbally on the Zoom call that just concluded and now in writing.  I expect 14 compliance emails by the deadline **TODAY**.

1

Larry R. Wagener
Southwest Division Director of Processing Operations
Western Region
US Postal Service
Office:  972-393-6368
Mobile:  817-733-5194