**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

**DEFENDANTS' STATUS UPDATE REGARDING THE PRINCETON POST OFFICE**

Pursuant to this Court's November 1, 2020 Minute Order, Defendants respectfully provide the following update regarding the Princeton Post Office:

As noted in yesterday's update, Postal Managers have completed searching all 180,000 pieces of delayed mail and no additional ballots were located Monday. The 62 ballots that were discovered over the past weekend were all immediately delivered to the BOE or the customers addressed, or returned to sender when delivery was not possible. Four new ballots were received by the Princeton Post Office yesterday from the Miami postal plant—these were *not* part of the 180,000 piece backlog—and all four were delivered yesterday as addressed. No delayed ballots are on-hand in the Princeton Post Office now.

To address the backlog of remaining mail, the Princeton Post Office has brought in an additional twenty employees to deliver the mail at the Princeton Post Office. Additionally, the relevant District Leadership Team is also assisting in this effort.

Dated:  November 4, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Kuntal Cholera
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.borson@usdoj.gov

*Attorneys for Defendants*