| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Nation | | 86.20% | 89.26% |
| 10/26/2020 | Nation | | 88.93% | 88.05% |
| 10/27/2020 | Nation | | 63.74% | 90.05% |
| 10/28/2020 | Nation | | 79.34% | 87.58% |
| 10/29/2020 | Nation | | 89.45% | 87.45% |
| 10/30/2020 | Nation | | 85.52% | 85.64% |
| 10/31/2020 | Nation | | 85.69% | 83.42% |
| 11/2/2020 | Nation | | 89.07% | 82.79% |
| 11/3/2020 | Nation | | 65.37% | 89.60% |
| 11/4/2020 | Nation | | 88.87% | 86.92% |
| | | | | |
| 10/24/2020 | Capital Metro | | 79.73% | 80.37% |
| 10/24/2020 | Eastern | | 80.06% | 84.44% |
| 10/24/2020 | Great Lakes | | 86.18% | 90.24% |
| 10/24/2020 | Northeast | | 89.14% | 92.94% |
| 10/24/2020 | Pacific | | 92.60% | 96.21% |
| 10/24/2020 | Southern | | 87.59% | 88.40% |
| 10/24/2020 | Western | | 87.43% | 92.47% |
| 10/26/2020 | Capital Metro | | 82.48% | 74.54% |
| 10/26/2020 | Eastern | | 82.50% | 79.89% |
| 10/26/2020 | Great Lakes | | 88.76% | 90.60% |
| 10/26/2020 | Northeast | | 92.21% | 92.88% |
| 10/26/2020 | Pacific | | 94.85% | 96.39% |
| 10/26/2020 | Southern | | 89.91% | 91.39% |
| 10/26/2020 | Western | | 91.19% | 92.08% |
| 10/27/2020 | Capital Metro | | 52.64% | 79.59% |
| 10/27/2020 | Eastern | | 52.88% | 85.61% |
| 10/27/2020 | Great Lakes | | 59.37% | 89.68% |
| 10/27/2020 | Northeast | | 71.78% | 93.17% |
| 10/27/2020 | Pacific | | 74.63% | 96.63% |
| 10/27/2020 | Southern | | 68.06% | 92.42% |
| 10/27/2020 | Western | | 68.03% | 91.97% |
| 10/28/2020 | Capital Metro | | 66.75% | 74.30% |
| 10/28/2020 | Eastern | | 74.63% | 81.12% |
| 10/28/2020 | Great Lakes | | 75.92% | 86.54% |
| 10/28/2020 | Northeast | | 85.71% | 92.25% |
| 10/28/2020 | Pacific | | 87.06% | 96.91% |
| 10/28/2020 | Southern | | 81.58% | 91.04% |
| 10/28/2020 | Western | | 82.62% | 90.52% |
| 10/29/2020 | Capital Metro | | 85.65% | 73.69% |
| 10/29/2020 | Eastern | | 80.81% | 80.79% |
| 10/29/2020 | Great Lakes | | 88.37% | 85.44% |
| 10/29/2020 | Northeast | | 93.12% | 92.47% |
| 10/29/2020 | Pacific | | 94.48% | 96.92% |
| 10/29/2020 | Southern | | 90.92% | 90.19% |

| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 10/29/2020 | Western | | 92.68% | 91.61% |
| 10/30/2020 | Capital Metro | | 78.95% | 72.70% |
| 10/30/2020 | Eastern | | 78.95% | 80.83% |
| 10/30/2020 | Great Lakes | | 85.99% | 82.73% |
| 10/30/2020 | Northeast | | 90.91% | 90.36% |
| 10/30/2020 | Pacific | | 90.60% | 96.66% |
| 10/30/2020 | Southern | | 84.84% | 86.83% |
| 10/30/2020 | Western | | 89.06% | 89.33% |
| 10/31/2020 | Capital Metro | | 78.02% | 64.83% |
| 10/31/2020 | Eastern | | 78.53% | 77.12% |
| 10/31/2020 | Great Lakes | | 85.42% | 79.37% |
| 10/31/2020 | Northeast | | 90.97% | 89.33% |
| 10/31/2020 | Pacific | | 93.53% | 96.00% |
| 10/31/2020 | Southern | | 86.98% | 86.92% |
| 10/31/2020 | Western | | 87.56% | 87.99% |
| 11/2/2020 | Capital Metro | | 84.26% | 66.31% |
| 11/2/2020 | Eastern | | 83.54% | 74.91% |
| 11/2/2020 | Great Lakes | | 88.29% | 79.49% |
| 11/2/2020 | Northeast | | 92.49% | 91.89% |
| 11/2/2020 | Pacific | | 94.66% | 95.14% |
| 11/2/2020 | Southern | | 91.22% | 87.59% |
| 11/2/2020 | Western | | 90.13% | 86.45% |
| 11/3/2020 | Capital Metro | | 59.17% | 79.94% |
| 11/3/2020 | Eastern | | 53.98% | 83.83% |
| 11/3/2020 | Great Lakes | | 65.00% | 85.47% |
| 11/3/2020 | Northeast | | 76.74% | 95.35% |
| 11/3/2020 | Pacific | | 68.73% | 96.95% |
| 11/3/2020 | Southern | | 67.73% | 92.71% |
| 11/3/2020 | Western | | 71.33% | 91.16% |
| 11/4/2020 | Capital Metro | | 82.21% | 77.90% |
| 11/4/2020 | Eastern | | 84.42% | 76.47% |
| 11/4/2020 | Great Lakes | | 86.77% | 84.45% |
| 11/4/2020 | Northeast | | 92.26% | 93.30% |
| 11/4/2020 | Pacific | | 93.91% | 96.10% |
| 11/4/2020 | Southern | | 90.03% | 90.47% |
| 11/4/2020 | Western | | 91.39% | 90.09% |
| | | | | |
| 10/24/2020 | Capital Metro | Atlanta | 83.98% | 72.92% |
| 10/24/2020 | Capital Metro | Baltimore | 61.46% | 75.50% |
| 10/24/2020 | Capital Metro | Capital | 76.07% | 94.38% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 77.38% | 87.07% |
| 10/24/2020 | Capital Metro | Greensboro | 76.76% | 67.42% |

| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 10/24/2020 | Capital Metro | Mid-Carolinas | 85.06% | 88.25% |
| 10/24/2020 | Capital Metro | Norther Virginia | 83.72% | 94.97% |
| 10/24/2020 | Capital Metro | Richmond | 82.15% | 87.35% |
| 10/24/2020 | Eastern | Appalachian | 90.02% | 95.37% |
| 10/24/2020 | Eastern | Central Pennsylvania | 62.43% | 59.23% |
| 10/24/2020 | Eastern | Kentuckiana | 90.47% | 96.87% |
| 10/24/2020 | Eastern | Norther Ohio | 80.90% | 75.12% |
| 10/24/2020 | Eastern | Ohio Valley | 83.29% | 84.12% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 55.98% | 75.18% |
| 10/24/2020 | Eastern | South Jersey | 80.13% | 89.91% |
| 10/24/2020 | Eastern | Tennessee | 86.00% | 90.03% |
| 10/24/2020 | Eastern | Western New York | 90.11% | 94.16% |
| 10/24/2020 | Eastern | Western Pennsylvania | 86.88% | 97.88% |
| 10/24/2020 | Great Lakes | Central Illinois | 84.97% | 86.00% |
| 10/24/2020 | Great Lakes | Chicago | 91.22% | 89.80% |
| 10/24/2020 | Great Lakes | Detroit | 71.51% | 85.57% |
| 10/24/2020 | Great Lakes | Gateway | 88.29% | 92.91% |
| 10/24/2020 | Great Lakes | Greater Indiana | 93.09% | 94.24% |
| 10/24/2020 | Great Lakes | Greater Michigan | 87.36% | 93.28% |
| 10/24/2020 | Great Lakes | Lakeland | 87.09% | 93.41% |
| 10/24/2020 | Northeast | Albany | 88.19% | 94.93% |
| 10/24/2020 | Northeast | Caribbean | 97.01% | 96.35% |
| 10/24/2020 | Northeast | Connecticut Valley | 87.04% | 94.86% |
| 10/24/2020 | Northeast | Greater Boston | 89.67% | 86.03% |
| 10/24/2020 | Northeast | Long Island | 89.36% | 94.14% |
| 10/24/2020 | Northeast | New York | 86.88% | 97.91% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Northeast | Northern New England | 90.75% | 95.67% |
| 10/24/2020 | Northeast | Northern New Jersey | 88.16% | 92.33% |
| 10/24/2020 | Northeast | Triboro | 92.49% | 95.31% |
| 10/24/2020 | Northeast | Westchester | 88.58% | 84.12% |
| 10/24/2020 | Pacific | Bay-Valley | 93.61% | 96.79% |
| 10/24/2020 | Pacific | Honolulu | 91.00% | 88.59% |
| 10/24/2020 | Pacific | Los Angeles | 90.09% | 95.77% |
| 10/24/2020 | Pacific | Sacramento | 94.23% | 92.25% |
| 10/24/2020 | Pacific | San Diego | 92.60% | 96.35% |
| 10/24/2020 | Pacific | San Francisco | 94.51% | 98.64% |
| 10/24/2020 | Pacific | Santa Ana | 92.37% | 97.44% |
| 10/24/2020 | Pacific | Sierra Coastal | 91.70% | 97.15% |
| 10/24/2020 | Southern | Alabama | 80.53% | 81.36% |
| 10/24/2020 | Southern | Arkansas | 89.33% | 93.77% |
| 10/24/2020 | Southern | Dallas | 91.30% | 94.65% |
| 10/24/2020 | Southern | Ft. Worth | 87.57% | 87.71% |
| 10/24/2020 | Southern | Gulf Atlantic | 78.83% | 86.38% |
| 10/24/2020 | Southern | Houston | 88.78% | 90.17% |
| 10/24/2020 | Southern | Louisiana | 91.45% | 81.47% |
| 10/24/2020 | Southern | Mississippi | 79.81% | 89.50% |
| 10/24/2020 | Southern | Oklahoma | 93.14% | 94.48% |
| 10/24/2020 | Southern | Rio Grande | 92.42% | 92.24% |
| 10/24/2020 | Southern | South Florida | 84.91% | 92.83% |
| 10/24/2020 | Southern | Suncoast | 89.05% | 80.05% |
| 10/24/2020 | Western | Alaska | 84.26% | 92.36% |
| 10/24/2020 | Western | Arizona | 90.12% | 88.13% |
| 10/24/2020 | Western | Central Plains | 88.95% | 96.12% |
| 10/24/2020 | Western | Colorado/Wyoming | 74.36% | 92.18% |
| 10/24/2020 | Western | Dakotas | 90.28% | 96.49% |
| 10/24/2020 | Western | Hawkeye | 88.96% | 93.61% |
| 10/24/2020 | Western | Mid-Americas | 89.14% | 90.05% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Western | Nevada Sierra | 91.69% | 97.05% |
| 10/24/2020 | Western | Northland | 81.98% | 93.64% |
| 10/24/2020 | Western | Portland | 88.59% | 92.76% |
| 10/24/2020 | Western | Salt Lake City | 93.06% | 92.07% |
| 10/24/2020 | Western | Seattle | 86.08% | 91.32% |
| 10/26/2020 | Capital Metro | Atlanta | 87.35% | 62.58% |
| 10/26/2020 | Capital Metro | Baltimore | 69.44% | 66.92% |
| 10/26/2020 | Capital Metro | Capital | 82.48% | 95.97% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 73.16% | 86.78% |
| 10/26/2020 | Capital Metro | Greensboro | 79.18% | 59.02% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 88.20% | 76.78% |
| 10/26/2020 | Capital Metro | Norther Virginia | 86.93% | 96.07% |
| 10/26/2020 | Capital Metro | Richmond | 88.77% | 89.85% |
| 10/26/2020 | Eastern | Appalachian | 86.72% | 90.76% |
| 10/26/2020 | Eastern | Central Pennsylvania | 70.62% | 65.61% |
| 10/26/2020 | Eastern | Kentuckiana | 88.86% | 95.85% |
| 10/26/2020 | Eastern | Norther Ohio | 83.41% | 73.56% |
| 10/26/2020 | Eastern | Ohio Valley | 87.91% | 81.10% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 60.32% | 55.85% |
| 10/26/2020 | Eastern | South Jersey | 81.03% | 87.34% |
| 10/26/2020 | Eastern | Tennessee | 90.11% | 89.43% |
| 10/26/2020 | Eastern | Western New York | 89.47% | 94.08% |
| 10/26/2020 | Eastern | Western Pennsylvania | 91.35% | 98.24% |
| 10/26/2020 | Great Lakes | Central Illinois | 86.94% | 84.65% |
| 10/26/2020 | Great Lakes | Chicago | 92.79% | 91.86% |
| 10/26/2020 | Great Lakes | Detroit | 77.26% | 82.81% |
| 10/26/2020 | Great Lakes | Gateway | 88.85% | 93.91% |

| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 10/26/2020 | Great Lakes | Greater Indiana | 94.54% | 94.65% |
| 10/26/2020 | Great Lakes | Greater Michigan | 88.93% | 94.23% |
| 10/26/2020 | Great Lakes | Lakeland | 90.67% | 95.42% |
| 10/26/2020 | Northeast | Albany | 92.51% | 93.54% |
| 10/26/2020 | Northeast | Caribbean | 95.19% | 97.26% |
| 10/26/2020 | Northeast | Connecticut Valley | 91.88% | 96.15% |
| 10/26/2020 | Northeast | Greater Boston | 93.34% | 92.28% |
| 10/26/2020 | Northeast | Long Island | 88.90% | 93.58% |
| 10/26/2020 | Northeast | New York | 91.64% | 97.29% |
| 10/26/2020 | Northeast | Northern New England | 92.20% | 95.50% |
| 10/26/2020 | Northeast | Northern New Jersey | 93.04% | 89.91% |
| 10/26/2020 | Northeast | Triboro | 92.15% | 90.13% |
| 10/26/2020 | Northeast | Westchester | 89.37% | 86.05% |
| 10/26/2020 | Pacific | Bay-Valley | 94.86% | 97.68% |
| 10/26/2020 | Pacific | Honolulu | 92.99% | 45.09% |
| 10/26/2020 | Pacific | Los Angeles | 93.74% | 95.46% |
| 10/26/2020 | Pacific | Sacramento | 95.83% | 94.04% |
| 10/26/2020 | Pacific | San Diego | 94.89% | 96.96% |
| 10/26/2020 | Pacific | San Francisco | 95.41% | 97.65% |
| 10/26/2020 | Pacific | Santa Ana | 95.35% | 97.34% |
| 10/26/2020 | Pacific | Sierra Coastal | 93.06% | 97.51% |
| 10/26/2020 | Southern | Alabama | 86.63% | 82.35% |
| 10/26/2020 | Southern | Arkansas | 94.69% | 91.66% |
| 10/26/2020 | Southern | Dallas | 91.85% | 96.43% |
| 10/26/2020 | Southern | Ft. Worth | 90.49% | 88.43% |
| 10/26/2020 | Southern | Gulf Atlantic | 82.59% | 85.43% |
| 10/26/2020 | Southern | Houston | 90.20% | 96.01% |
| 10/26/2020 | Southern | Louisiana | 92.35% | 89.44% |
| 10/26/2020 | Southern | Mississippi | 82.19% | 85.92% |
| 10/26/2020 | Southern | Oklahoma | 94.38% | 96.72% |

| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 10/26/2020 | Southern | Rio Grande | 92.86% | 90.75% |
| 10/26/2020 | Southern | South Florida | 88.27% | 92.26% |
| 10/26/2020 | Southern | Suncoast | 91.81% | 92.18% |
| 10/26/2020 | Western | Alaska | 86.60% | 86.31% |
| 10/26/2020 | Western | Arizona | 92.19% | 87.91% |
| 10/26/2020 | Western | Central Plains | 94.69% | 93.42% |
| 10/26/2020 | Western | Colorado/Wyoming | 75.51% | 90.46% |
| 10/26/2020 | Western | Dakotas | 92.27% | 95.77% |
| 10/26/2020 | Western | Hawkeye | 92.61% | 92.65% |
| 10/26/2020 | Western | Mid-Americas | 91.51% | 92.44% |
| 10/26/2020 | Western | Nevada Sierra | 92.85% | 93.95% |
| 10/26/2020 | Western | Northland | 88.89% | 91.65% |
| 10/26/2020 | Western | Portland | 92.75% | 94.14% |
| 10/26/2020 | Western | Salt Lake City | 94.06% | 93.20% |
| 10/26/2020 | Western | Seattle | 91.97% | 95.93% |
| 10/27/2020 | Capital Metro | Atlanta | 53.78% | 77.20% |
| 10/27/2020 | Capital Metro | Baltimore | 31.72% | 70.54% |
| 10/27/2020 | Capital Metro | Capital | 59.02% | 95.81% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 41.89% | 91.25% |
| 10/27/2020 | Capital Metro | Greensboro | 47.76% | 61.10% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 64.71% | 71.61% |
| 10/27/2020 | Capital Metro | Norther Virginia | 53.77% | 96.61% |
| 10/27/2020 | Capital Metro | Richmond | 63.92% | 92.28% |
| 10/27/2020 | Eastern | Appalachian | 61.71% | 93.68% |
| 10/27/2020 | Eastern | Central Pennsylvania | 58.16% | 62.03% |
| 10/27/2020 | Eastern | Kentuckiana | 72.20% | 97.68% |
| 10/27/2020 | Eastern | Norther Ohio | 46.25% | 78.04% |
| 10/27/2020 | Eastern | Ohio Valley | 50.97% | 87.32% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Eastern | Philadelphia Metropo | 22.96% | 73.49% |
| 10/27/2020 | Eastern | South Jersey | 41.91% | 89.05% |
| 10/27/2020 | Eastern | Tennessee | 61.73% | 92.64% |
| 10/27/2020 | Eastern | Western New York | 67.67% | 97.29% |
| 10/27/2020 | Eastern | Western Pennsylvani a | 69.62% | 97.37% |
| 10/27/2020 | Great Lakes | Central Illinois | 63.87% | 89.95% |
| 10/27/2020 | Great Lakes | Chicago | 65.90% | 94.54% |
| 10/27/2020 | Great Lakes | Detroit | 42.96% | 76.62% |
| 10/27/2020 | Great Lakes | Gateway | 70.15% | 92.61% |
| 10/27/2020 | Great Lakes | Greater Indiana | 65.03% | 95.92% |
| 10/27/2020 | Great Lakes | Greater Michigan | 59.83% | 86.63% |
| 10/27/2020 | Great Lakes | Lakeland | 56.08% | 95.34% |
| 10/27/2020 | Northeast | Albany | 71.47% | 93.32% |
| 10/27/2020 | Northeast | Caribbean | 92.98% | 80.59% |
| 10/27/2020 | Northeast | Connecticut Valley | 72.98% | 94.03% |
| 10/27/2020 | Northeast | Greater Boston | 64.50% | 93.09% |
| 10/27/2020 | Northeast | Long Island | 73.79% | 96.09% |
| 10/27/2020 | Northeast | New York | 71.29% | 97.31% |
| 10/27/2020 | Northeast | Northern New England | 70.92% | 86.57% |
| 10/27/2020 | Northeast | Northern New Jersey | 66.38% | 93.77% |
| 10/27/2020 | Northeast | Triboro | 85.15% | 93.29% |
| 10/27/2020 | Northeast | Westchester | 70.12% | 93.39% |
| 10/27/2020 | Pacific | Bay-Valley | 75.56% | 97.23% |
| 10/27/2020 | Pacific | Honolulu | 83.05% | 88.84% |
| 10/27/2020 | Pacific | Los Angeles | 78.26% | 97.00% |
| 10/27/2020 | Pacific | Sacramento | 80.07% | 93.19% |
| 10/27/2020 | Pacific | San Diego | 75.37% | 96.42% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Pacific | San Francisco | 73.18% | 98.38% |
| 10/27/2020 | Pacific | Santa Ana | 61.63% | 98.03% |
| 10/27/2020 | Pacific | Sierra Coastal | 75.02% | 97.56% |
| 10/27/2020 | Southern | Alabama | 56.99% | 89.52% |
| 10/27/2020 | Southern | Arkansas | 71.79% | 93.02% |
| 10/27/2020 | Southern | Dallas | 74.00% | 93.80% |
| 10/27/2020 | Southern | Ft. Worth | 73.02% | 93.16% |
| 10/27/2020 | Southern | Gulf Atlantic | 59.01% | 86.15% |
| 10/27/2020 | Southern | Houston | 78.54% | 95.50% |
| 10/27/2020 | Southern | Louisiana | 68.08% | 90.13% |
| 10/27/2020 | Southern | Mississippi | 52.92% | 87.60% |
| 10/27/2020 | Southern | Oklahoma | 79.30% | 96.71% |
| 10/27/2020 | Southern | Rio Grande | 78.03% | 95.35% |
| 10/27/2020 | Southern | South Florida | 55.35% | 89.75% |
| 10/27/2020 | Southern | Suncoast | 61.66% | 95.57% |
| 10/27/2020 | Western | Alaska | 66.60% | 90.85% |
| 10/27/2020 | Western | Arizona | 69.89% | 90.07% |
| 10/27/2020 | Western | Central Plains | 87.73% | 96.30% |
| 10/27/2020 | Western | Colorado/Wyoming | 38.45% | 86.45% |
| 10/27/2020 | Western | Dakotas | 66.77% | 94.69% |
| 10/27/2020 | Western | Hawkeye | 69.77% | 93.80% |
| 10/27/2020 | Western | Mid-Americas | 58.06% | 85.82% |
| 10/27/2020 | Western | Nevada Sierra | 76.62% | 96.50% |
| 10/27/2020 | Western | Northland | 58.88% | 90.96% |
| 10/27/2020 | Western | Portland | 74.21% | 87.85% |
| 10/27/2020 | Western | Salt Lake City | 64.10% | 96.50% |
| 10/27/2020 | Western | Seattle | 61.31% | 97.31% |
| 10/28/2020 | Capital Metro | Atlanta | 79.42% | 69.72% |
| 10/28/2020 | Capital Metro | Baltimore | 47.26% | 82.80% |
| 10/28/2020 | Capital Metro | Capital | 76.07% | 94.06% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 71.19% | 87.05% |
| 10/28/2020 | Capital Metro | Greensboro | 57.95% | 47.85% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 52.50% | 66.40% |

| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 10/28/2020 | Capital Metro | Norther Virginia | 74.06% | 95.05% |
| 10/28/2020 | Capital Metro | Richmond | 83.22% | 89.72% |
| 10/28/2020 | Eastern | Appalachian | 83.74% | 93.63% |
| 10/28/2020 | Eastern | Central Pennsylvania | 55.52% | 52.59% |
| 10/28/2020 | Eastern | Kentuckiana | 89.19% | 96.18% |
| 10/28/2020 | Eastern | Norther Ohio | 72.94% | 63.80% |
| 10/28/2020 | Eastern | Ohio Valley | 80.63% | 88.31% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 47.60% | 62.47% |
| 10/28/2020 | Eastern | South Jersey | 75.70% | 93.03% |
| 10/28/2020 | Eastern | Tennessee | 86.60% | 88.78% |
| 10/28/2020 | Eastern | Western New York | 91.79% | 94.13% |
| 10/28/2020 | Eastern | Western Pennsylvania | 85.34% | 94.57% |
| 10/28/2020 | Great Lakes | Central Illinois | 72.18% | 88.73% |
| 10/28/2020 | Great Lakes | Chicago | 80.37% | 81.41% |
| 10/28/2020 | Great Lakes | Detroit | 55.39% | 73.82% |
| 10/28/2020 | Great Lakes | Gateway | 82.97% | 92.48% |
| 10/28/2020 | Great Lakes | Greater Indiana | 87.28% | 91.37% |
| 10/28/2020 | Great Lakes | Greater Michigan | 76.35% | 88.78% |
| 10/28/2020 | Great Lakes | Lakeland | 78.53% | 91.73% |
| 10/28/2020 | Northeast | Albany | 88.78% | 95.58% |
| 10/28/2020 | Northeast | Caribbean | 95.88% | 92.19% |
| 10/28/2020 | Northeast | Connecticut Valley | 85.88% | 93.93% |
| 10/28/2020 | Northeast | Greater Boston | 88.41% | 84.52% |
| 10/28/2020 | Northeast | Long Island | 83.03% | 92.75% |
| 10/28/2020 | Northeast | New York | 86.74% | 96.07% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Northeast | Northern New England | 82.25% | 92.64% |
| 10/28/2020 | Northeast | Northern New Jersey | 81.36% | 91.50% |
| 10/28/2020 | Northeast | Triboro | 83.81% | 94.61% |
| 10/28/2020 | Northeast | Westchester | 84.92% | 94.16% |
| 10/28/2020 | Pacific | Bay-Valley | 89.99% | 96.26% |
| 10/28/2020 | Pacific | Honolulu | 89.42% | 91.04% |
| 10/28/2020 | Pacific | Los Angeles | 88.69% | 96.88% |
| 10/28/2020 | Pacific | Sacramento | 85.61% | 95.07% |
| 10/28/2020 | Pacific | San Diego | 89.47% | 98.16% |
| 10/28/2020 | Pacific | San Francisco | 85.68% | 98.42% |
| 10/28/2020 | Pacific | Santa Ana | 83.73% | 97.13% |
| 10/28/2020 | Pacific | Sierra Coastal | 88.48% | 96.99% |
| 10/28/2020 | Southern | Alabama | 88.71% | 84.50% |
| 10/28/2020 | Southern | Arkansas | 88.46% | 95.05% |
| 10/28/2020 | Southern | Dallas | 77.39% | 92.50% |
| 10/28/2020 | Southern | Ft. Worth | 84.36% | 92.86% |
| 10/28/2020 | Southern | Gulf Atlantic | 78.20% | 84.81% |
| 10/28/2020 | Southern | Houston | 77.31% | 95.16% |
| 10/28/2020 | Southern | Louisiana | 90.45% | 90.76% |
| 10/28/2020 | Southern | Mississippi | 79.79% | 85.66% |
| 10/28/2020 | Southern | Oklahoma | 92.53% | 97.06% |
| 10/28/2020 | Southern | Rio Grande | 86.51% | 95.00% |
| 10/28/2020 | Southern | South Florida | 66.94% | 91.98% |
| 10/28/2020 | Southern | Suncoast | 83.37% | 89.26% |
| 10/28/2020 | Western | Alaska | 79.52% | 90.39% |
| 10/28/2020 | Western | Arizona | 80.92% | 91.27% |
| 10/28/2020 | Western | Central Plains | 86.74% | 93.78% |
| 10/28/2020 | Western | Colorado/Wyoming | 59.88% | 77.99% |
| 10/28/2020 | Western | Dakotas | 86.58% | 95.28% |
| 10/28/2020 | Western | Hawkeye | 87.75% | 91.02% |
| 10/28/2020 | Western | Mid-Americas | 83.91% | 77.14% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Western | Nevada Sierra | 86.14% | 97.05% |
| 10/28/2020 | Western | Northland | 81.62% | 87.57% |
| 10/28/2020 | Western | Portland | 85.83% | 91.22% |
| 10/28/2020 | Western | Salt Lake City | 80.92% | 97.42% |
| 10/28/2020 | Western | Seattle | 81.83% | 97.18% |
| 10/29/2020 | Capital Metro | Atlanta | 90.92% | 70.08% |
| 10/29/2020 | Capital Metro | Baltimore | 70.17% | 75.06% |
| 10/29/2020 | Capital Metro | Capital | 87.38% | 85.94% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 83.48% | 90.64% |
| 10/29/2020 | Capital Metro | Greensboro | 81.04% | 47.40% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 87.23% | 70.47% |
| 10/29/2020 | Capital Metro | Norther Virginia | 88.83% | 92.98% |
| 10/29/2020 | Capital Metro | Richmond | 91.84% | 86.56% |
| 10/29/2020 | Eastern | Appalachian | 90.24% | 90.44% |
| 10/29/2020 | Eastern | Central Pennsylvania | 59.34% | 51.37% |
| 10/29/2020 | Eastern | Kentuckiana | 92.54% | 95.39% |
| 10/29/2020 | Eastern | Norther Ohio | 77.60% | 77.71% |
| 10/29/2020 | Eastern | Ohio Valley | 86.55% | 88.77% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 47.24% | 51.54% |
| 10/29/2020 | Eastern | South Jersey | 86.58% | 93.10% |
| 10/29/2020 | Eastern | Tennessee | 94.57% | 88.80% |
| 10/29/2020 | Eastern | Western New York | 91.65% | 93.50% |
| 10/29/2020 | Eastern | Western Pennsylvania | 92.33% | 96.58% |
| 10/29/2020 | Great Lakes | Central Illinois | 85.37% | 86.44% |
| 10/29/2020 | Great Lakes | Chicago | 89.11% | 87.20% |
| 10/29/2020 | Great Lakes | Detroit | 76.48% | 70.82% |
| 10/29/2020 | Great Lakes | Gateway | 92.22% | 87.88% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Great Lakes | Greater Indiana | 93.35% | 92.68% |
| 10/29/2020 | Great Lakes | Greater Michigan | 88.32% | 93.44% |
| 10/29/2020 | Great Lakes | Lakeland | 90.46% | 93.46% |
| 10/29/2020 | Northeast | Albany | 94.53% | 95.54% |
| 10/29/2020 | Northeast | Caribbean | 97.44% | 82.02% |
| 10/29/2020 | Northeast | Connecticut Valley | 93.36% | 93.13% |
| 10/29/2020 | Northeast | Greater Boston | 93.71% | 87.57% |
| 10/29/2020 | Northeast | Long Island | 87.79% | 94.64% |
| 10/29/2020 | Northeast | New York | 91.83% | 97.13% |
| 10/29/2020 | Northeast | Northern New England | 94.17% | 88.21% |
| 10/29/2020 | Northeast | Northern New Jersey | 93.84% | 93.93% |
| 10/29/2020 | Northeast | Triboro | 89.92% | 93.89% |
| 10/29/2020 | Northeast | Westchester | 93.38% | 93.01% |
| 10/29/2020 | Pacific | Bay-Valley | 94.09% | 96.46% |
| 10/29/2020 | Pacific | Honolulu | 93.62% | 96.31% |
| 10/29/2020 | Pacific | Los Angeles | 95.04% | 96.68% |
| 10/29/2020 | Pacific | Sacramento | 94.85% | 95.07% |
| 10/29/2020 | Pacific | San Diego | 94.62% | 96.66% |
| 10/29/2020 | Pacific | San Francisco | 93.54% | 98.38% |
| 10/29/2020 | Pacific | Santa Ana | 93.89% | 98.27% |
| 10/29/2020 | Pacific | Sierra Coastal | 94.89% | 97.42% |
| 10/29/2020 | Southern | Alabama | 91.12% | 75.92% |
| 10/29/2020 | Southern | Arkansas | 94.04% | 89.89% |
| 10/29/2020 | Southern | Dallas | 91.47% | 94.09% |
| 10/29/2020 | Southern | Ft. Worth | 92.29% | 90.47% |
| 10/29/2020 | Southern | Gulf Atlantic | 87.27% | 77.95% |
| 10/29/2020 | Southern | Houston | 86.63% | 95.56% |
| 10/29/2020 | Southern | Louisiana | 92.87% | 86.42% |
| 10/29/2020 | Southern | Mississippi | 92.61% | 84.27% |
| 10/29/2020 | Southern | Oklahoma | 91.39% | 96.03% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Southern | Rio Grande | 93.73% | 95.45% |
| 10/29/2020 | Southern | South Florida | 87.99% | 91.85% |
| 10/29/2020 | Southern | Suncoast | 93.98% | 92.97% |
| 10/29/2020 | Western | Alaska | 77.06% | 96.87% |
| 10/29/2020 | Western | Arizona | 94.83% | 89.65% |
| 10/29/2020 | Western | Central Plains | 97.47% | 94.92% |
| 10/29/2020 | Western | Colorado/Wyoming | 73.52% | 80.08% |
| 10/29/2020 | Western | Dakotas | 92.80% | 95.06% |
| 10/29/2020 | Western | Hawkeye | 94.26% | 94.89% |
| 10/29/2020 | Western | Mid-Americas | 91.96% | 82.57% |
| 10/29/2020 | Western | Nevada Sierra | 94.24% | 97.11% |
| 10/29/2020 | Western | Northland | 90.84% | 90.51% |
| 10/29/2020 | Western | Portland | 94.01% | 96.24% |
| 10/29/2020 | Western | Salt Lake City | 93.66% | 96.48% |
| 10/29/2020 | Western | Seattle | 91.41% | 97.12% |
| 10/30/2020 | Capital Metro | Atlanta | 85.77% | 63.47% |
| 10/30/2020 | Capital Metro | Baltimore | 66.98% | 84.64% |
| 10/30/2020 | Capital Metro | Capital | 83.52% | 86.78% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 66.98% | 85.64% |
| 10/30/2020 | Capital Metro | Greensboro | 68.68% | 57.47% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 83.39% | 64.43% |
| 10/30/2020 | Capital Metro | Norther Virginia | 81.65% | 94.71% |
| 10/30/2020 | Capital Metro | Richmond | 88.14% | 84.70% |
| 10/30/2020 | Eastern | Appalachian | 90.91% | 90.37% |
| 10/30/2020 | Eastern | Central Pennsylvania | 63.17% | 50.18% |
| 10/30/2020 | Eastern | Kentuckiana | 89.31% | 94.86% |
| 10/30/2020 | Eastern | Norther Ohio | 73.64% | 65.03% |
| 10/30/2020 | Eastern | Ohio Valley | 83.15% | 89.86% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/30/2020 | Eastern | Philadelphia Metropo | 56.11% | 65.30% |
| 10/30/2020 | Eastern | South Jersey | 84.41% | 92.20% |
| 10/30/2020 | Eastern | Tennessee | 87.32% | 86.05% |
| 10/30/2020 | Eastern | Western New York | 92.69% | 95.54% |
| 10/30/2020 | Eastern | Western Pennsylvani a | 88.56% | 96.40% |
| 10/30/2020 | Great Lakes | Central Illinois | 79.40% | 88.24% |
| 10/30/2020 | Great Lakes | Chicago | 89.11% | 84.43% |
| 10/30/2020 | Great Lakes | Detroit | 72.76% | 61.71% |
| 10/30/2020 | Great Lakes | Gateway | 89.93% | 89.54% |
| 10/30/2020 | Great Lakes | Greater Indiana | 93.95% | 89.37% |
| 10/30/2020 | Great Lakes | Greater Michigan | 81.00% | 84.97% |
| 10/30/2020 | Great Lakes | Lakeland | 89.05% | 92.67% |
| 10/30/2020 | Northeast | Albany | 90.24% | 92.41% |
| 10/30/2020 | Northeast | Caribbean | 93.08% | 93.66% |
| 10/30/2020 | Northeast | Connecticut Valley | 91.90% | 87.74% |
| 10/30/2020 | Northeast | Greater Boston | 90.59% | 87.27% |
| 10/30/2020 | Northeast | Long Island | 91.27% | 87.34% |
| 10/30/2020 | Northeast | New York | 89.94% | 97.93% |
| 10/30/2020 | Northeast | Northern New England | 88.55% | 89.23% |
| 10/30/2020 | Northeast | Northern New Jersey | 91.61% | 92.92% |
| 10/30/2020 | Northeast | Triboro | 89.81% | 94.04% |
| 10/30/2020 | Northeast | Westchester | 91.83% | 88.08% |
| 10/30/2020 | Pacific | Bay-Valley | 92.87% | 96.20% |
| 10/30/2020 | Pacific | Honolulu | 91.25% | 96.28% |
| 10/30/2020 | Pacific | Los Angeles | 94.14% | 96.20% |
| 10/30/2020 | Pacific | Sacramento | 86.33% | 96.04% |
| 10/30/2020 | Pacific | San Diego | 92.30% | 97.71% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/30/2020 | Pacific | San Francisco | 93.48% | 96.45% |
| 10/30/2020 | Pacific | Santa Ana | 85.84% | 97.22% |
| 10/30/2020 | Pacific | Sierra Coastal | 92.72% | 96.13% |
| 10/30/2020 | Southern | Alabama | 87.81% | 66.30% |
| 10/30/2020 | Southern | Arkansas | 88.76% | 86.04% |
| 10/30/2020 | Southern | Dallas | 78.47% | 89.58% |
| 10/30/2020 | Southern | Ft. Worth | 85.73% | 91.68% |
| 10/30/2020 | Southern | Gulf Atlantic | 80.65% | 73.94% |
| 10/30/2020 | Southern | Houston | 89.65% | 93.91% |
| 10/30/2020 | Southern | Louisiana | 80.41% | 83.29% |
| 10/30/2020 | Southern | Mississippi | 84.17% | 82.18% |
| 10/30/2020 | Southern | Oklahoma | 91.44% | 94.62% |
| 10/30/2020 | Southern | Rio Grande | 90.43% | 94.31% |
| 10/30/2020 | Southern | South Florida | 80.80% | 87.13% |
| 10/30/2020 | Southern | Suncoast | 88.14% | 89.95% |
| 10/30/2020 | Western | Alaska | 88.72% | 85.37% |
| 10/30/2020 | Western | Arizona | 91.59% | 86.88% |
| 10/30/2020 | Western | Central Plains | 92.70% | 92.59% |
| 10/30/2020 | Western | Colorado/Wyoming | 68.33% | 65.26% |
| 10/30/2020 | Western | Dakotas | 91.93% | 94.48% |
| 10/30/2020 | Western | Hawkeye | 91.75% | 95.02% |
| 10/30/2020 | Western | Mid-Americas | 85.10% | 82.37% |
| 10/30/2020 | Western | Nevada Sierra | 92.53% | 95.97% |
| 10/30/2020 | Western | Northland | 89.31% | 90.04% |
| 10/30/2020 | Western | Portland | 93.91% | 95.46% |
| 10/30/2020 | Western | Salt Lake City | 91.62% | 95.30% |
| 10/30/2020 | Western | Seattle | 87.84% | 93.50% |
| 10/31/2020 | Capital Metro | Atlanta | 82.66% | 56.28% |
| 10/31/2020 | Capital Metro | Baltimore | 69.60% | 74.51% |
| 10/31/2020 | Capital Metro | Capital | 74.33% | 90.47% |
| 10/31/2020 | Capital Metro | Greater S Carolina | 69.12% | 66.64% |
| 10/31/2020 | Capital Metro | Greensboro | 75.28% | 49.97% |
| 10/31/2020 | Capital Metro | Mid-Carolinas | 79.18% | 59.79% |

| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 10/31/2020 | Capital Metro | Norther Virginia | 79.37% | 94.41% |
| 10/31/2020 | Capital Metro | Richmond | 88.21% | 61.08% |
| 10/31/2020 | Eastern | Appalachian | 90.00% | 93.99% |
| 10/31/2020 | Eastern | Central Pennsylvania | 64.26% | 43.75% |
| 10/31/2020 | Eastern | Kentuckiana | 90.45% | 94.77% |
| 10/31/2020 | Eastern | Norther Ohio | 74.17% | 55.74% |
| 10/31/2020 | Eastern | Ohio Valley | 82.56% | 89.68% |
| 10/31/2020 | Eastern | Philadelphia Metropo | 55.91% | 52.40% |
| 10/31/2020 | Eastern | South Jersey | 84.74% | 89.58% |
| 10/31/2020 | Eastern | Tennessee | 88.30% | 88.47% |
| 10/31/2020 | Eastern | Western New York | 89.31% | 92.57% |
| 10/31/2020 | Eastern | Western Pennsylvania | 88.77% | 93.28% |
| 10/31/2020 | Great Lakes | Central Illinois | 81.42% | 84.46% |
| 10/31/2020 | Great Lakes | Chicago | 82.89% | 85.53% |
| 10/31/2020 | Great Lakes | Detroit | 75.61% | 57.53% |
| 10/31/2020 | Great Lakes | Gateway | 88.37% | 86.24% |
| 10/31/2020 | Great Lakes | Greater Indiana | 91.46% | 92.04% |
| 10/31/2020 | Great Lakes | Greater Michigan | 82.90% | 79.70% |
| 10/31/2020 | Great Lakes | Lakeland | 87.65% | 89.66% |
| 10/31/2020 | Northeast | Albany | 91.12% | 91.27% |
| 10/31/2020 | Northeast | Caribbean | 93.78% | 98.71% |
| 10/31/2020 | Northeast | Connecticut Valley | 91.49% | 93.50% |
| 10/31/2020 | Northeast | Greater Boston | 91.50% | 81.20% |
| 10/31/2020 | Northeast | Long Island | 87.19% | 89.16% |
| 10/31/2020 | Northeast | New York | 88.52% | 97.87% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/31/2020 | Northeast | Northern New England | 89.49% | 81.29% |
| 10/31/2020 | Northeast | Northern New Jersey | 91.92% | 94.16% |
| 10/31/2020 | Northeast | Triboro | 91.11% | 90.43% |
| 10/31/2020 | Northeast | Westchester | 92.92% | 89.97% |
| 10/31/2020 | Pacific | Bay-Valley | 94.56% | 97.45% |
| 10/31/2020 | Pacific | Honolulu | 92.46% | 92.95% |
| 10/31/2020 | Pacific | Los Angeles | 95.50% | 95.67% |
| 10/31/2020 | Pacific | Sacramento | 92.34% | 94.37% |
| 10/31/2020 | Pacific | San Diego | 93.77% | 95.51% |
| 10/31/2020 | Pacific | San Francisco | 93.83% | 96.20% |
| 10/31/2020 | Pacific | Santa Ana | 91.41% | 95.01% |
| 10/31/2020 | Pacific | Sierra Coastal | 94.01% | 97.51% |
| 10/31/2020 | Southern | Alabama | 85.44% | 78.64% |
| 10/31/2020 | Southern | Arkansas | 87.49% | 90.67% |
| 10/31/2020 | Southern | Dallas | 84.84% | 90.17% |
| 10/31/2020 | Southern | Ft. Worth | 90.21% | 93.73% |
| 10/31/2020 | Southern | Gulf Atlantic | 82.39% | 70.47% |
| 10/31/2020 | Southern | Houston | 89.92% | 94.14% |
| 10/31/2020 | Southern | Louisiana | 88.98% | 80.46% |
| 10/31/2020 | Southern | Mississippi | 77.01% | 82.18% |
| 10/31/2020 | Southern | Oklahoma | 92.30% | 94.12% |
| 10/31/2020 | Southern | Rio Grande | 92.10% | 95.03% |
| 10/31/2020 | Southern | South Florida | 80.41% | 85.20% |
| 10/31/2020 | Southern | Suncoast | 91.15% | 87.95% |
| 10/31/2020 | Western | Alaska | 86.52% | 72.03% |
| 10/31/2020 | Western | Arizona | 92.00% | 88.92% |
| 10/31/2020 | Western | Central Plains | 92.28% | 88.75% |
| 10/31/2020 | Western | Colorado/Wyoming | 56.74% | 62.77% |
| 10/31/2020 | Western | Dakotas | 91.94% | 89.96% |
| 10/31/2020 | Western | Hawkeye | 92.51% | 93.60% |
| 10/31/2020 | Western | Mid-Americas | 88.36% | 85.66% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/31/2020 | Western | Nevada Sierra | 93.23% | 95.49% |
| 10/31/2020 | Western | Northland | 86.41% | 90.67% |
| 10/31/2020 | Western | Portland | 90.47% | 96.66% |
| 10/31/2020 | Western | Salt Lake City | 89.85% | 95.14% |
| 10/31/2020 | Western | Seattle | 87.84% | 92.19% |
| 11/2/2020 | Capital Metro | Atlanta | 88.14% | 67.48% |
| 11/2/2020 | Capital Metro | Baltimore | 79.07% | 75.92% |
| 11/2/2020 | Capital Metro | Capital | 82.16% | 95.11% |
| 11/2/2020 | Capital Metro | Greater S Carolina | 76.25% | 74.28% |
| 11/2/2020 | Capital Metro | Greensboro | 78.09% | 52.87% |
| 11/2/2020 | Capital Metro | Mid-Carolinas | 86.56% | 37.20% |
| 11/2/2020 | Capital Metro | Norther Virginia | 90.69% | 96.71% |
| 11/2/2020 | Capital Metro | Richmond | 90.24% | 76.41% |
| 11/2/2020 | Eastern | Appalachian | 90.12% | 84.52% |
| 11/2/2020 | Eastern | Central Pennsylvania | 69.66% | 42.27% |
| 11/2/2020 | Eastern | Kentuckiana | 93.28% | 93.19% |
| 11/2/2020 | Eastern | Norther Ohio | 79.54% | 64.56% |
| 11/2/2020 | Eastern | Ohio Valley | 89.57% | 90.28% |
| 11/2/2020 | Eastern | Philadelphia Metropo | 67.42% | 49.75% |
| 11/2/2020 | Eastern | South Jersey | 86.79% | 92.44% |
| 11/2/2020 | Eastern | Tennessee | 91.30% | 86.06% |
| 11/2/2020 | Eastern | Western New York | 94.14% | 94.51% |
| 11/2/2020 | Eastern | Western Pennsylvania | 92.39% | 95.47% |
| 11/2/2020 | Great Lakes | Central Illinois | 88.00% | 89.66% |
| 11/2/2020 | Great Lakes | Chicago | 86.29% | 89.95% |
| 11/2/2020 | Great Lakes | Detroit | 76.81% | 46.15% |
| 11/2/2020 | Great Lakes | Gateway | 91.04% | 90.54% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 11/2/2020 | Great Lakes | Greater Indiana | 93.61% | 92.58% |
| 11/2/2020 | Great Lakes | Greater Michigan | 85.39% | 85.61% |
| 11/2/2020 | Great Lakes | Lakeland | 90.01% | 91.97% |
| 11/2/2020 | Northeast | Albany | 94.04% | 96.25% |
| 11/2/2020 | Northeast | Caribbean | 92.43% | 88.57% |
| 11/2/2020 | Northeast | Connecticut Valley | 92.42% | 94.77% |
| 11/2/2020 | Northeast | Greater Boston | 92.54% | 89.03% |
| 11/2/2020 | Northeast | Long Island | 90.54% | 87.18% |
| 11/2/2020 | Northeast | New York | 91.85% | 98.66% |
| 11/2/2020 | Northeast | Northern New England | 91.67% | 84.76% |
| 11/2/2020 | Northeast | Northern New Jersey | 93.01% | 92.81% |
| 11/2/2020 | Northeast | Triboro | 93.93% | 92.39% |
| 11/2/2020 | Northeast | Westchester | 91.26% | 86.56% |
| 11/2/2020 | Pacific | Bay-Valley | 94.19% | 97.79% |
| 11/2/2020 | Pacific | Honolulu | 95.82% | 76.69% |
| 11/2/2020 | Pacific | Los Angeles | 96.42% | 94.88% |
| 11/2/2020 | Pacific | Sacramento | 92.70% | 92.59% |
| 11/2/2020 | Pacific | San Diego | 95.09% | 94.76% |
| 11/2/2020 | Pacific | San Francisco | 95.31% | 95.90% |
| 11/2/2020 | Pacific | Santa Ana | 94.95% | 94.23% |
| 11/2/2020 | Pacific | Sierra Coastal | 93.71% | 97.16% |
| 11/2/2020 | Southern | Alabama | 88.38% | 86.57% |
| 11/2/2020 | Southern | Arkansas | 92.80% | 93.80% |
| 11/2/2020 | Southern | Dallas | 91.86% | 94.02% |
| 11/2/2020 | Southern | Ft. Worth | 94.23% | 94.74% |
| 11/2/2020 | Southern | Gulf Atlantic | 87.48% | 74.66% |
| 11/2/2020 | Southern | Houston | 93.09% | 95.96% |
| 11/2/2020 | Southern | Louisiana | 88.31% | 87.67% |
| 11/2/2020 | Southern | Mississippi | 85.50% | 75.67% |
| 11/2/2020 | Southern | Oklahoma | 94.84% | 93.17% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 11/2/2020 | Southern | Rio Grande | 93.24% | 96.08% |
| 11/2/2020 | Southern | South Florida | 87.16% | 75.24% |
| 11/2/2020 | Southern | Suncoast | 93.67% | 85.13% |
| 11/2/2020 | Western | Alaska | 81.46% | 55.29% |
| 11/2/2020 | Western | Arizona | 92.15% | 87.45% |
| 11/2/2020 | Western | Central Plains | 90.60% | 93.50% |
| 11/2/2020 | Western | Colorado/Wyoming | 74.27% | 66.46% |
| 11/2/2020 | Western | Dakotas | 92.41% | 92.24% |
| 11/2/2020 | Western | Hawkeye | 92.61% | 95.26% |
| 11/2/2020 | Western | Mid-Americas | 90.06% | 80.20% |
| 11/2/2020 | Western | Nevada Sierra | 93.28% | 92.15% |
| 11/2/2020 | Western | Northland | 90.56% | 89.63% |
| 11/2/2020 | Western | Portland | 91.92% | 94.82% |
| 11/2/2020 | Western | Salt Lake City | 93.21% | 94.24% |
| 11/2/2020 | Western | Seattle | 92.00% | 93.41% |
| 11/3/2020 | Capital Metro | Atlanta | 55.63% | 81.10% |
| 11/3/2020 | Capital Metro | Baltimore | 44.59% | 81.69% |
| 11/3/2020 | Capital Metro | Capital | 60.15% | 94.20% |
| 11/3/2020 | Capital Metro | Greater S Carolina | 46.60% | 88.62% |
| 11/3/2020 | Capital Metro | Greensboro | 52.97% | 59.87% |
| 11/3/2020 | Capital Metro | Mid-Carolinas | 75.17% | 67.50% |
| 11/3/2020 | Capital Metro | Norther Virginia | 70.77% | 94.93% |
| 11/3/2020 | Capital Metro | Richmond | 69.04% | 86.68% |
| 11/3/2020 | Eastern | Appalachian | 72.89% | 94.92% |
| 11/3/2020 | Eastern | Central Pennsylvania | 48.87% | 34.60% |
| 11/3/2020 | Eastern | Kentuckiana | 73.80% | 95.96% |
| 11/3/2020 | Eastern | Norther Ohio | 40.38% | 77.36% |
| 11/3/2020 | Eastern | Ohio Valley | 55.99% | 93.62% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 11/3/2020 | Eastern | Philadelphia Metropo | 27.23% | 57.42% |
| 11/3/2020 | Eastern | South Jersey | 63.54% | 96.99% |
| 11/3/2020 | Eastern | Tennessee | 70.64% | 92.70% |
| 11/3/2020 | Eastern | Western New York | 78.63% | 97.54% |
| 11/3/2020 | Eastern | Western Pennsylvani a | 74.11% | 96.44% |
| 11/3/2020 | Great Lakes | Central Illinois | 70.88% | 89.84% |
| 11/3/2020 | Great Lakes | Chicago | 51.39% | 85.09% |
| 11/3/2020 | Great Lakes | Detroit | 47.52% | 66.40% |
| 11/3/2020 | Great Lakes | Gateway | 71.82% | 90.46% |
| 11/3/2020 | Great Lakes | Greater Indiana | 74.03% | 92.17% |
| 11/3/2020 | Great Lakes | Greater Michigan | 61.59% | 90.05% |
| 11/3/2020 | Great Lakes | Lakeland | 64.81% | 94.55% |
| 11/3/2020 | Northeast | Albany | 76.95% | 96.54% |
| 11/3/2020 | Northeast | Caribbean | 80.01% | 73.73% |
| 11/3/2020 | Northeast | Connecticut Valley | 81.24% | 96.33% |
| 11/3/2020 | Northeast | Greater Boston | 72.65% | 93.70% |
| 11/3/2020 | Northeast | Long Island | 71.09% | 97.26% |
| 11/3/2020 | Northeast | New York | 75.48% | 98.39% |
| 11/3/2020 | Northeast | Northern New England | 79.37% | 96.72% |
| 11/3/2020 | Northeast | Northern New Jersey | 74.37% | 94.03% |
| 11/3/2020 | Northeast | Triboro | 79.63% | 94.76% |
| 11/3/2020 | Northeast | Westchester | 85.44% | 95.28% |
| 11/3/2020 | Pacific | Bay-Valley | 79.78% | 98.09% |
| 11/3/2020 | Pacific | Honolulu | 82.10% | 86.25% |
| 11/3/2020 | Pacific | Los Angeles | 56.49% | 95.08% |
| 11/3/2020 | Pacific | Sacramento | 66.57% | 96.78% |
| 11/3/2020 | Pacific | San Diego | 78.20% | 97.29% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 11/3/2020 | Pacific | San Francisco | 77.21% | 97.99% |
| 11/3/2020 | Pacific | Santa Ana | 69.58% | 96.87% |
| 11/3/2020 | Pacific | Sierra Coastal | 64.53% | 96.91% |
| 11/3/2020 | Southern | Alabama | 63.70% | 91.82% |
| 11/3/2020 | Southern | Arkansas | 75.36% | 93.45% |
| 11/3/2020 | Southern | Dallas | 73.89% | 94.57% |
| 11/3/2020 | Southern | Ft. Worth | 73.33% | 95.83% |
| 11/3/2020 | Southern | Gulf Atlantic | 60.57% | 88.55% |
| 11/3/2020 | Southern | Houston | 72.52% | 96.72% |
| 11/3/2020 | Southern | Louisiana | 62.43% | 85.96% |
| 11/3/2020 | Southern | Mississippi | 66.91% | 89.17% |
| 11/3/2020 | Southern | Oklahoma | 79.00% | 95.97% |
| 11/3/2020 | Southern | Rio Grande | 77.17% | 94.53% |
| 11/3/2020 | Southern | South Florida | 57.31% | 86.21% |
| 11/3/2020 | Southern | Suncoast | 60.79% | 94.62% |
| 11/3/2020 | Western | Alaska | 78.27% | 96.33% |
| 11/3/2020 | Western | Arizona | 68.27% | 90.43% |
| 11/3/2020 | Western | Central Plains | 76.70% | 95.37% |
| 11/3/2020 | Western | Colorado/Wyoming | 57.77% | 75.17% |
| 11/3/2020 | Western | Dakotas | 81.99% | 88.92% |
| 11/3/2020 | Western | Hawkeye | 77.46% | 95.76% |
| 11/3/2020 | Western | Mid-Americas | 65.72% | 87.58% |
| 11/3/2020 | Western | Nevada Sierra | 76.32% | 96.20% |
| 11/3/2020 | Western | Northland | 75.14% | 93.35% |
| 11/3/2020 | Western | Portland | 74.44% | 95.85% |
| 11/3/2020 | Western | Salt Lake City | 68.68% | 93.31% |
| 11/3/2020 | Western | Seattle | 72.29% | 95.78% |
| 11/4/2020 | Capital Metro | Atlanta | 83.09% | 77.74% |
| 11/4/2020 | Capital Metro | Baltimore | 73.20% | 86.26% |
| 11/4/2020 | Capital Metro | Capital | 87.68% | 94.55% |
| 11/4/2020 | Capital Metro | Greater S Carolina | 81.40% | 78.41% |
| 11/4/2020 | Capital Metro | Greensboro | 77.59% | 55.18% |
| 11/4/2020 | Capital Metro | Mid-Carolinas | 80.83% | 61.88% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 11/4/2020 | Capital Metro | Norther Virginia | 92.03% | 94.30% |
| 11/4/2020 | Capital Metro | Richmond | 91.82% | 89.09% |
| 11/4/2020 | Eastern | Appalachian | 90.58% | 84.89% |
| 11/4/2020 | Eastern | Central Pennsylvania | 65.76% | 27.23% |
| 11/4/2020 | Eastern | Kentuckiana | 91.48% | 94.70% |
| 11/4/2020 | Eastern | Norther Ohio | 85.09% | 61.84% |
| 11/4/2020 | Eastern | Ohio Valley | 88.46% | 90.71% |
| 11/4/2020 | Eastern | Philadelphia Metropo | 72.00% | 43.47% |
| 11/4/2020 | Eastern | South Jersey | 88.03% | 94.04% |
| 11/4/2020 | Eastern | Tennessee | 92.47% | 86.88% |
| 11/4/2020 | Eastern | Western New York | 95.49% | 95.52% |
| 11/4/2020 | Eastern | Western Pennsylvania | 92.43% | 96.25% |
| 11/4/2020 | Great Lakes | Central Illinois | 84.31% | 90.18% |
| 11/4/2020 | Great Lakes | Chicago | 84.80% | 57.23% |
| 11/4/2020 | Great Lakes | Detroit | 80.39% | 71.94% |
| 11/4/2020 | Great Lakes | Gateway | 88.57% | 87.54% |
| 11/4/2020 | Great Lakes | Greater Indiana | 88.33% | 90.09% |
| 11/4/2020 | Great Lakes | Greater Michigan | 91.92% | 89.50% |
| 11/4/2020 | Great Lakes | Lakeland | 89.13% | 93.84% |
| 11/4/2020 | Northeast | Albany | 94.64% | 93.29% |
| 11/4/2020 | Northeast | Caribbean | 96.83% | 78.93% |
| 11/4/2020 | Northeast | Connecticut Valley | 89.00% | 96.06% |
| 11/4/2020 | Northeast | Greater Boston | 94.59% | 91.96% |
| 11/4/2020 | Northeast | Long Island | 92.26% | 93.89% |
| 11/4/2020 | Northeast | New York | 89.58% | 98.16% |

| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 11/4/2020 | Northeast | Northern New England | 93.29% | 93.66% |
| 11/4/2020 | Northeast | Northern New Jersey | 89.93% | 93.62% |
| 11/4/2020 | Northeast | Triboro | 92.34% | 91.09% |
| 11/4/2020 | Northeast | Westchester | 90.98% | 91.08% |
| 11/4/2020 | Pacific | Bay-Valley | 96.59% | 96.40% |
| 11/4/2020 | Pacific | Honolulu | 92.90% | 82.44% |
| 11/4/2020 | Pacific | Los Angeles | 89.67% | 95.35% |
| 11/4/2020 | Pacific | Sacramento | 93.34% | 94.55% |
| 11/4/2020 | Pacific | San Diego | 94.49% | 97.16% |
| 11/4/2020 | Pacific | San Francisco | 95.05% | 96.76% |
| 11/4/2020 | Pacific | Santa Ana | 93.58% | 95.99% |
| 11/4/2020 | Pacific | Sierra Coastal | 95.66% | 97.67% |
| 11/4/2020 | Southern | Alabama | 93.18% | 88.07% |
| 11/4/2020 | Southern | Arkansas | 94.46% | 92.02% |
| 11/4/2020 | Southern | Dallas | 88.00% | 91.04% |
| 11/4/2020 | Southern | Ft. Worth | 94.07% | 92.22% |
| 11/4/2020 | Southern | Gulf Atlantic | 86.19% | 78.16% |
| 11/4/2020 | Southern | Houston | 90.82% | 95.80% |
| 11/4/2020 | Southern | Louisiana | 94.86% | 83.31% |
| 11/4/2020 | Southern | Mississippi | 91.98% | 82.91% |
| 11/4/2020 | Southern | Oklahoma | 95.34% | 94.72% |
| 11/4/2020 | Southern | Rio Grande | 93.35% | 96.46% |
| 11/4/2020 | Southern | South Florida | 77.64% | 83.50% |
| 11/4/2020 | Southern | Suncoast | 88.24% | 94.55% |
| 11/4/2020 | Western | Alaska | 91.80% | 95.13% |
| 11/4/2020 | Western | Arizona | 90.78% | 88.28% |
| 11/4/2020 | Western | Central Plains | 93.44% | 93.00% |
| 11/4/2020 | Western | Colorado/Wyoming | 75.99% | 74.69% |
| 11/4/2020 | Western | Dakotas | 96.63% | 93.52% |
| 11/4/2020 | Western | Hawkeye | 94.25% | 94.91% |
| 11/4/2020 | Western | Mid-Americas | 87.74% | 90.33% |

| Date | Area | District | First-Class | Marketing Mail |
|------|------|----------|-------------|----------------|
| 11/4/2020 | Western | Nevada Sierra | 91.82% | 94.16% |
| 11/4/2020 | Western | Northland | 91.81% | 92.61% |
| 11/4/2020 | Western | Portland | 94.97% | 94.40% |
| 11/4/2020 | Western | Salt Lake City | 93.45% | 96.21% |
| 11/4/2020 | Western | Seattle | 94.69% | 94.76% |