## PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



### Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | see attached political listings |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO   Name: ALIOUNE DIOP

Phone #: 9194205120   Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallot of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

**PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO  Name: Markethia Harris

Phone #: 919 420 5121  Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

# Processing Operations Management Order

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | see attached political listings |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

# Processing Operations Management Order

**PROCESSING OPERATIONS HEADQUARTERS — UNITED STATES POSTAL SERVICE**



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO         Name: ALIOUNE DIOP

Phone #: 9194205120          Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallot of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

# Processing Operations Management Order

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | no political mailings received |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

# Processing Operations Management Order

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE



Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO          Name: ALIOUNE DIOP

Phone #:          9194205120          Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallets of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

## PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |



**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**
# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION:<br>WORK AREA TO BE SEARCHED | COMMENTS:<br>SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | no political mail received 10-31-20 (T2) |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

## PROCESSING OPERATIONS HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO          Name: KOUNTE, A

Phone #: 9194205120          Title: MDO (A)

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | CLEAR |
| ☒ | OPENING UNITS | CLEAR |
| ☒ | AO / STATION DISPATCH AREA | CLEAR |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

| | PROCESSING OPERATIONS<br>HEADQUARTERS<br>UNITED STATES POSTAL SERVICE<br>**Processing Operations Management Order** |  |

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO                     Name: Markethia Harris

Phone #: 919 420 5121                     Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION:<br>WORK AREA TO BE SEARCHED | COMMENTS:<br>SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

| PROCESSING OPERATIONS<br>HEADQUARTERS<br>UNITED STATES POSTAL SERVICE<br>**Processing Operations Management Order** |  |
|---|---|

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO  Name: COURMAN, RITA

Phone #: 919-420-5119  Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION:<br>WORK AREA TO BE SEARCHED | COMMENTS:<br>SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | no political mail received |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO     Name: ALIOUNE DIOP

Phone #: 9194205120     Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallot of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

## PROCESSING OPERATIONS HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



### Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

**PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO             Name: COURMAN, RITA

Phone #: 919-420-5119            Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | no political mail received |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

## PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: ALIOUNE DIOP

Phone #: 9194205120

Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallot of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO          Name: Markethia Harris

Phone #: 919 420 5121         Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |