PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

### Operational Clean Sweep Search Checklist: Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a mail search, when notified by the Business Service Network (BSN), of possibly missing or delayed P/E mail. When Completed-return to the Area In-Plant Support PMOD Coordinator and District BSN.

**District:** _MID Atlantic_____

**Date:** __11/04/20_____    **Name:** ___Hopkins / Cherian _____

**Title:** __MIPS_____    **Phone#:** __(704) 398-5541_____

| Check box When checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| x | Incoming dock | All Clear |
| x | BMEU & BMEU Plant Staging | All Clear |
| x | Opening Units | All Clear |
| x | AO / Station dispatch area | All Clear |
| x | Outbound dock | Clear, No Political Mail |
| x | Outgoing Dispatch Area | Clear, No Political Mail in Outgoing Dispatch Area |
| x | Trailers in the yard | Yard Check Done |
|  | MTE Plant Staging Area | N/A |
|  | MTE Trailers | N/A |
|  | Site MTESC | N/A |
|  | PARS Staging and Operations | N/A |
| x | Rewrap Operations | Clear, No Damaged Political Mail |
|  | CFS (if applicable) | N/A |
|  | BRM/Postage Due | N/A |

**Auditor** ___Hopkins / Cherian__    **Position** __ OSS __    **Date** _11-04-20__

_[signature]_
Plant Manager

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order


UNITED STATES
POSTAL SERVICE ®

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** _Mid - Atlantic_   **Name:** _Sujan Cheran_
_11-3-2020_

**Title:** _A/ MIPS_   **Phone #:** _704 - 398 - 5541_

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | **Incoming dock** | Clear |
| ☐ | **BMEU & BMEU Plant Staging** | Clean |
| ☐ | **Opening units** | Clean |
| ☐ | **AO / Station dispatch area** | Clean |
| ☐ | **Outbound dock** | Clean |
| ☐ | **Outgoing Dispatch Area** | Clean |
| ☐ | **Trailers in yard (Yard Check)** | Yard Check done |
| ☐ | **MTE Plant Staging Area** | N/A |
| ☐ | **MTE trailers** | N/A |
| ☐ | **Site MTESC** | N/A |
| ☐ | **PARS Staging and Operations** | N/A |
| ☐ | **Rewrap Operations** | Clean |
| ☐ | **CFS (if applicable)** | N/A |
| ☐ | **BRM/Postage Due** | N/A |

23



**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order


**UNITED STATES**
**POSTAL SERVICE ®**

*Operational Clean Sweep Search Checklist: Political and Election Mail*

**Purpose:** *To provide an operational checklist to be used in performing a mail search, when notified by the Business Service Network (BSN), of possibly missing or delayed P/E Mail. When completed – return to the Area In-Plant Support PMOD Coordinator and District BSN.*

**District:** Mid-Atlantic

**Date:** 11-2-2020          **Name:** Margaret Ford

**Title:** MIPS          **Phone #:** (704) 398-5541

| Check box when checked | Section/Operation:<br><br>*Defines the work area to be searched.* | Comments:<br><br>*Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ✓ | **Incoming dock** | Last entry in Political Mail Log was on 10-31 |
| ✓ | **BMEU & BMEU Plant Staging** | No Political Mail found in BMEU area. |
| ✓ | **Opening Units** | No Political Mail staged at FSS. |
| ✓ | **AO / Station dispatch area** | No Political in AO/Station dispatch area. |
| ✓ | **Outbound dock** | No Political mail found on Outbound dock. |
| ✓ | **Outgoing Dispatch Area** | No Political mail in Outgoing Dispatch |
| ✓ | **Trailers in the yard (Yard Check)** | No Political mail found in trailers in the yard. |
| ☐ | **MTE Plant Staging Area** | N/A |
| ☐ | **MTE Trailers** | N/A |
| ☐ | **Site MTESC** | N/A |
| ☐ | **PARS Staging and Operations** | N/A |
| ✓ | **Rewrap Operations** | Damaged re-wrap Political mail is dispatched to the CLT P&DC if found. |
| ☐ | **CFS (if applicable)** | N/A |
| ☐ | **BRM/Postage Due** | N/A |

**Auditor** Careathea D. Polk          **Position** OSS          **Date** 11-2-2020

22

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



UNITED STATES
POSTAL SERVICE ®

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** M.d-Atlantc         **Name:**

Margaret Ford

**Title:** M.PS         **Phone #:** 704-398-5541

| Check box when checked | Section/Operation: <br> *Defines the work area to be searched.* | Comments: <br> *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | **Incoming dock** | Drops for today staged at pole 10# and all have been logged in Political log book |
| ☑ | **BMEU & BMEU Plant Staging** | Political mail staged at Pole 3G #575 Staging lanes |
| ☑ | **Opening units** | |
| ☑ | **AO / Station dispatch area** | no political mail staged at PSS |
| ☑ | **Outbound dock** | All containers labeled correctly |
| ☑ | **Outgoing Dispatch Area** | |
| ☑ | **Trailers in yard (Yard Check)** | no political mail found |
| ☑ | **MTE Plant Staging Area** | no reports of political mail on yard check |
| ☑ | **MTE trailers** | n/a |
| ☑ | **Site MTESC** | n/a |
| ☑ | **PARS Staging and Operations** | n/a |
| ☑ | **Rewrap Operations** | n/a |
| ☑ | **CFS (if applicable)** | All political mail Rewraped and dipatched to P+DC |
| ☑ | **BRM/Postage Due** | N/A <br> N/A |

23       Auditor: Sujan Cherian  OSS       11-1-2020



**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

UNITED STATES
POSTAL SERVICE®

---

### Operational Clean Sweep Search Checklist: Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a mail search, when notified by the Business Service Network (BSN), of possibly missing or delayed P/E Mail. When completed – return to the Area In-Plant Support PMOD Coordinator and District BSN.

**District:** _Mid Atlantic_

**Date:** _10/31/2020_  **Name:** _Margaret Fox_

**Title:** _Manager_  **Phone #:** _704-398-5543_

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | **Incoming dock** | No Political Mail found |
| ✓ | **BMEU & BMEU Plant Staging** | 1 sack of Political mail going to |
| ✓ | **Opening Units** | GBD Cheryl Supervisor Fred MH took care of sack. Postal Inspector Mark walked thru with Teresa and I. No Political Mail found. |
| ✓ | **AO / Station dispatch area** | Postal Inspector Mark walked thru the building with Teresa and I. No Political Mail found |
| ✓ | **Outbound dock** | No Political Mail found. |
| ✓ | **Outgoing Dispatch Area** | No Political Mail Found. |
| ✓ | **Trailers in the yard (Yard Check)** | No Report of Political Mail on yard |
| ✓ | **MTE Plant Staging Area** | No Political Mail found |
| ☐ | **MTE Trailers** | N/A |
| ☐ | **Site MTESC** | N/A |
| ☐ | **PARS Staging and Operations** | N/A. |
| ✓ | **Rewrap Operations** | No Political found. |
| ☐ | **CFS (if applicable)** | N/A |
| ☐ | **BRM/Postage Due** | N/A |

**Auditor** _S Hines_  **Position** _Data Collection Tech_ **Date** _10/31/2020_

22

**PROCESSING OPERATIONS**
**HEADQUARTERS**
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order


**UNITED STATES
POSTAL SERVICE®**

*Operational Clean Sweep Search Checklist: Political and Election Mail*

**Purpose:** To provide an operational checklist to be used in performing a mail search, when notified by the
Business Service Network (BSN), of possibly missing or delayed P/E Mail.  When completed – return to the Area
In-Plant Support PMOD Coordinator and District BSN.

**District:** _Mid-Atlantic_

**Date:** _10/30/2020_          **Name:** _Margaret Fox_

**Title:** _Manager_          **Phone #:** _704 398-5543_

| Check box when checked | Section/Operation:<br><br>*Defines the work area to be searched.* | Comments:<br><br>*Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☐ | **Incoming dock** | West dock has 11 containers of Political mail for Monday delivery |
| ☐ | **BMEU & BMEU Plant Staging** | Lane 17 BMEU 1 pallet Lane 18 1 pallet Pole 3H, 1 pallet with 1 Sack (Flats) |
| ☐ | **Opening Units** | APBS had 5 pallets of Political mail. |
| ☐ | **AO / Station dispatch area** | Political mail at FSS Staging area - had Commingle Priority + First Class |
| ☐ | **Outbound dock** | |
| ☐ | **Outgoing Dispatch Area** | No political mail staged as of 10:00pm |
| ☐ | **Trailers in the yard (Yard Check)** | No Political mail in outgoing area. |
| ☐ | **MTE Plant Staging Area** | No report of trailer on the yard |
| ☐ | **MTE Trailers** | N/A |
| ☐ | **Site MTESC** | N/A |
| ☐ | **PARS Staging and Operations** | N/A |
| ☐ | **Rewrap Operations** | N/A |
| ☐ | **CFS (if applicable)** | No Damage mail to report in rewrap. |
| ☐ | **BRM/Postage Due** | N/A |
| | | N/A |

**Auditor** _[signature]_          **Position** _Data Collection tech_ **Date** _10/30/2020_

22

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



UNITED STATES
POSTAL SERVICE®

**Operational Clean Sweep Search Checklist: Political and Election Mail**

**Purpose:** *To provide an operational checklist to be used in performing a mail search, when notified by the Business Service Network (BSN), of possibly missing or delayed P/E Mail. When completed – return to the Area In-Plant Support PMOD Coordinator and District BSN.*

**District:** Mid-Atlantic

**Date:** 10-29-2020     **Name:** Margaret Ford

**Title:** MIPS     **Phone #:** (704) 398-5541

| Check box when checked | Section/Operation:<br><br>*Defines the work area to be searched.* | Comments:<br><br>*Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | **Incoming dock** | Drops were recorded in the Political mail log. Political mail is staged at pole 10H |
| ☑ | **BMEU & BMEU Plant Staging** | 2 pallets in Lanes 17 and 18 |
| ☑ | **Opening Units** | No Political mail in FSS staging. |
| ☑ | **AO / Station dispatch area** | No Political mail staged in AO/Station dispatch area. |
| ☑ | **Outbound dock** | No Political mail |
| ☐ | **Outgoing Dispatch Area** | No Political/Election mail in the Outgoing Dispatch area |
| ☑ | **Trailers in the yard (Yard Check)** | No reports of trailers in the yard with Political / Election mail. |
| ☐ | **MTE Plant Staging Area** | N/A |
| ☐ | **MTE Trailers** | N/A |
| ☐ | **Site MTESC** | N/A |
| ☐ | **PARS Staging and Operations** | N/A |
| ☑ | **Rewrap Operations** | Damaged re-wrap Political mail is dispatched to the CLT P+DC if any has generated. |
| ☐ | **CFS (if applicable)** | N/A |
| ☐ | **BRM/Postage Due** | N/A |

**Auditor** Careathea D. Polk     **Position** USS     **Date** 10-29-2020

22

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



UNITED STATES
POSTAL SERVICE ®

### Operational Clean Sweep Search Checklist: Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a mail search, when notified by the Business Service Network (BSN), of possibly missing or delayed P/E Mail. When completed – return to the Area In-Plant Support PMOD Coordinator and District BSN.

**District:** Mid-Atlantic

**Date:** 10-28-2020        **Name:** Margaret Ford

**Title:** MIPS        **Phone #:** (704) 398-5541

| Check box when checked | Section/Operation:<br><br>*Defines the work area to be searched.* | Comments:<br><br>*Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | **Incoming dock** | Drops were recorded in the log. Political mail staged at pole 18H |
| ☑ | **BMEU & BMEU Plant Staging** | Political staging lane at pole 3G had 2 pallets BMEU/HSTS. |
| ☑ | **Opening Units** | No Political mail staged at FSS. |
| ☑ | **AO / Station dispatch area** | All containers with political mail are labeled to identify it is political mail. Staged for dispatch |
| ☑ | **Outbound dock** | 40 pallets staged between poles 9G and 10G. 5 pallets at Stand alone / Mike's Corner. |
| ☑ | **Outgoing Dispatch Area** | No Political mail in the Outgoing Dispatch area. |
| ☑ | **Trailers in the yard (Yard Check)** | No reports of trailers in the yard with Political mail. |
| ☐ | **MTE Plant Staging Area** | N/A |
| ☐ | **MTE Trailers** | N/A |
| ☐ | **Site MTESC** | N/A |
| ☐ | **PARS Staging and Operations** | N/A |
| ☐ | **Rewrap Operations** | Damaged re-wrap Political mail is dispatched to the SCF PtoP |
| ☐ | **CFS (if applicable)** | N/A |
| ☐ | **BRM/Postage Due** | N/A |

**Auditor** Carenthea D. Polk    **Position** OSS    **Date** 10-28-2020

22