UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants. | Civil Action No. 20-cv-2295 (EGS) |

**[JOINT PROPOSED] ORDER**

It is hereby **ORDERED** that:

1. On November 5, 2020 and November 6, 2020, Defendants shall file before the Court the equivalent information presented in "Defendants' Summary of Information Learned from Plant Managers" (ECF No. 78) for the following United States Postal Service (USPS) districts: Greensboro, Mid-Carolinas, Central Pennsylvania, Western Pennsylvania, and Philadelphia Metropolitan.

2. Plant managers and district managers jointly overseeing USPS facilities in Greensboro, Mid-Carolinas, Central Pennsylvania, Western Pennsylvania, and Philadelphia Metropolitan shall coordinate with all local county Boards of Elections in North Carolina or Pennsylvania (the "Local Board") to deliver all ballots to the Local Board before 5:00 PM local time in North Carolina or Pennsylvania on November 6, 2020.  Such arrangements shall include, at a minimum, the following:

  a. USPS employees of each facility shall be directed to undertake a sweep of the facility on the morning and again on the afternoon of November 6 to identify any inbound ballots postmarked on or before November 3.

  b. The afternoon sweep should be conducted at a time sufficient for the ballots to be delivered to the Local Board for receipt by 5:00 PM local time on November 6, 2020.

  c. Plant managers and district managers may implement a hub-and-spoke plan for each county, to the extent that such plan would assist timely delivery of the ballots to the Local Board.

3. No later than 5:00 PM EST today, Defendants shall file before the Court details of the arrangements adopted pursuant to Paragraph 2 of this Order by each USPS district and, to the extent facilities within each USPS district adopt different plans, by each USPS facility.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____