**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>  Plaintiff,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>  Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

**NOTICE PURSUANT TO THE COURT'S OCTOBER 30, 2020 ORDER**

Pursuant to the Court's October 30, 2020 Order, Defendants provide the Court with a document explaining, for each USPS District whose Election Mail processing scores for Inbound Ballots were below 90 percent on November 3, 2020 and November 4, 2020, or below 80 percent on November 4, 2020, Defendants' understanding, based on all reasonably available information, of potential explanations for the current level of service and any corrective measures that are now being implemented. *See* Exhibit 1.

Dated:  November 5, 2020

                                         Respectfully submitted,

                                         JEFFREY BOSSERT CLARK
                                         Acting Assistant Attorney General

                                         ERIC R. WOMACK
                                         Assistant Director, Federal Programs Branch

                                         <u>/s/ John Robinson</u>
                                         JOSEPH E. BORSON
                                         KUNTAL CHOLERA
                                         ALEXIS ECHOLS
                                         DENA M. ROTH
                                         JOHN ROBINSON (D.C. Bar No. 1044072)
                                         Trial Attorneys
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L. Street, NW
                                         Washington D.C. 20005
                                         (202) 616-8489
                                         john.j.robinson@usdoj.gov

                                         *Attorneys for Defendants*