**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-cv-2295 (EGS) |
| UNITED STATES POSTAL SERVICE, et al., | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

It is hereby **ORDERED** that:

1. Beginning November 7, 2020, Defendants shall no longer be required to produce **daily** data on the percentage of on-time deliveries at the Nation, Area, and District level for first class mail and marketing mail, as previously required under the Court's October 27 Order. Instead, Defendants shall produce this data on a **weekly** basis.

2. Beginning November 7, 2020, Defendants shall no longer be required to produce the following data:

    a. Daily data on the percentage of on-time deliveries at the Nation, Area, and District level, for Outbound Ballots and Non-Ballot Election Mail, as previously required under the Court's October 27 Order. Defendants shall continue to produce this data for Inbound Ballots.

    b. Daily data on Outbound Ballots and Non-Ballot Election Mail that has received an origination processing scan but does not have a destination processing scan, at the Nation, Area, and District level, as previously required

1

      under the Court's Oral Ruling in the October 31 Hearing.  Defendants shall continue to produce this data for Inbound Ballots.

   c. A document explaining, for each USPS District whose Election Mail processing scores for Inbound Ballots were below 90 percent on each of the previous two days or below 80 percent on the previous day, Defendants' understanding, based on all reasonably available information, of potential explanations for the current level of service and any corrective measures that are now being implemented, as previously required under the Court's October 30 Order.

   d. Any other reports generated and produced to Congress, other courts, or litigants, as previously required under the Court's October 27 Order.

3. Beginning November 7, 2020 and, until further order of the Court, Defendants shall include, in the daily report on Inbound Ballot processing scores, information sufficient to show the absolute number Inbound Ballots covered by the processing score for a given District for ballots originating from the District and for ballots destined to the District. Defendants shall include this data retroactive to November 4.

4. Plant managers and district managers jointly overseeing USPS processing facilities that serve Alaska, Illinois, Iowa, Maryland, Mississippi, North Dakota, Ohio, and West Virginia shall coordinate with all local Boards of Elections (the "Local Boards") in those states to deliver all ballots to the Local Boards before the relevant extended state ballot receipt deadline.  Such arrangements shall include, at a minimum, the following:

   a. USPS employees of each processing facility shall be directed to undertake a sweep of the facility on the morning and again on the afternoon of each day

    between now and the relevant state ballot receipt deadline to identify all inbound ballots.

    b. The afternoon sweep on the day of the relevant state ballot receipt deadline should be conducted at a time sufficient to enable delivery of all ballots identified during the sweep to the Local Board for receipt by the deadline.

    c. Plant managers and district managers may implement a hub-and-spoke plan for each county, to the extent that such plan would assist timely delivery of the ballots to the Local Board.

5. No later than 5:00 PM EST on November 9, Defendants shall file before the Court details of the arrangements adopted pursuant to Paragraph 4 of this Order by each USPS district and, to the extent facilities within each USPS district adopt different plans, by each USPS facility.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____