| STATE | Origin plant | 1st Sweep Count | 2nd Sweep Count |
|---|---|---|---|
| KS | Wichita KS | 0 | 0 |
| KS | Kansas City MO | 9 | 43 |
| KY | Lexington KY | 12 | 0 |
| KY | Louisville KY | 24 | 10 |
| KY | Paducah KY | 0 | 0 |
| MA | Boston MA | 0 | 55 |
| MA | Brockton MA | 0 | 28 |
| MA | Central MA | 0 | 0 |
| MA | Middlesex-Essex MA | 0 | 10 |
| PA | Altoona PA | 4 | 0 |
| PA | Erie PA | 0 | 0 |
| PA | Harrisburg PA | 43 | 52 |
| PA | Johnstown PA | 14 | 2 |
| PA | Lancaster PA | 0 | 37 |
| PA | Lehigh Valley PA | 126 | 61 |
| PA | Pennwood, PA | 0 | 0 |
| PA | Philadelphia PA | 59 | 83 |
| PA | Pittsburgh PA | 27 | 39 |
| PA | Scranton PA | 4 | 16 |