IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, *et al.*,

Defendants.

Civil Docket No. 20-cv-2295 (EGS)

## NOTICE OF DETAILS OF ARRANGEMENTS
## WITH LOCAL BOARDS OF ELECTIONS

Pursuant to paragraph 5 of the Court's November 6, 2020 Order, Defendants provide the Court with the attached details of arrangements adopted with local Boards of Elections to deliver ballots by the relevant extended state ballot receipt deadlines. *See* Exhibit 1.

Dated: November 9, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ John Robinson
JOSEPH E. BORSON
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*