| District | Boards of Election | Comments |
|---|---|---|
| Alaska | 5 | Contact was made with each Board of Election and the Director of the Division of Elections on November 7, 2020.  One BoE preferred  delivery of ballots, and the |
| Baltimore (MD) | 19 | Contact was made with each Board of Election on November 9, 2020.   Fourteen BoEs preferred to have the USPS deliver ballots before 10:15 a.m., and five |
| Capital (MD) | 6 | Contact was made with the Boards of Election on November 9, 2020, and all six requested the USPS hold |
| Appalachian (WV) | 51 | Contact was made with each Board of Election on November 9, 2020.  Thirty two of the BoEs requested that USPS deliver ballots, and nineteen requested that |
| Western PA (WV) | 4 | Outreach was made on November 6, 2020 to each Board of Election, and ballots will be delivered to two |
| Nothern Ohio (Ohio) | 40 | Contact was made with each Board of Election on November 9, 2020.  Twenty-nine of the BoEs requested that USPS deliver any ballots, and eleven requested |
| Ohio Valley (Ohio) | 48 | Contact was made with each Board of Election on November 9, 2020.  Forty-three BoEs requested |
| Chicago (IL) | 2 | Contact made on November 9, 2020. Both BoEs plan to |
| Central Plains (Iowa) | 7 | Contact made on November 6, 2020. 4 BoEs plan to pick up, 2 will be delivered through normal routes, one |
| Dakotas/Montana (ND) | 55 | Contact initiated on November 6, 2020. Follow up calls were made to unreachable BoEs on 11/9, as soon as they opened. 18 BoEs already picked up or plan to pick up any ballots arriving before their canvass. 16 BoEs |
| Lakeland (IL) | 10 | Contact was again made with each Board of Election on November 9, 2020.  All BoEs requested delivery by |
| Gateway (IL) | 65 | Contact was made again with 52 of the 65 Boards of Election on November 9, 2020; further attempts to |
| Central Illinios (IL) | 28 | Contact was made again with all Boards of Election on November 9, 2020.  All requested delivery by USPS. |
| Mississippi | 83 | Contact was made with each Board of Election on November 9, 2020.  Fifty-six requested delivery of ballots, and twenty-seven BoE requeseted that they be |
| Hawkeye (Iowa) | 92 | Contact was made with each Board of Election on November 9, 2020, with two exceptions where messages were left.  Forty BoEs will pick up any ballots, forty-five BoEs requested delivery, two requested a call |
| Hawkeye (IL) | 4 | Contact was made with each Board of Election on November 9, 2020, with two requesting delivery and |