| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| **CENTRAL PENNSYLVANIA** | 979 | 545 | 1,524 |
| [NULL] | 78 |  | 78 |
| ALBANY | 1 | 4 | 5 |
| ALBUQUERQUE |  | 3 | 3 |
| ANCHORAGE | 6 |  | 6 |
| AUGUSTA | 3 |  | 3 |
| AUSTIN |  | 1 | 1 |
| BALTIMORE | 33 | 34 | 67 |
| BATON ROUGE | 1 |  | 1 |
| BILLINGS | 2 |  | 2 |
| BIRMINGHAM | 1 | 1 | 2 |
| BOSTON | 6 | 26 | 32 |
| BROOKLYN | 1 |  | 1 |
| BUFFALO |  | 4 | 4 |
| CAROL STREAM | 9 | 4 | 13 |
| CHAMPAIGN |  | 1 | 1 |
| CHARLESTON | 6 | 19 | 25 |
| CHARLOTTE | 19 | 5 | 24 |
| CHATTANOOGA |  | 1 | 1 |
| CINCINNATI | 8 | 2 | 10 |
| CLEVELAND |  | 3 | 3 |
| COLORADO SPRINGS |  | 1 | 1 |
| COLUMBIA | 5 | 12 | 17 |
| COLUMBUS | 20 | 3 | 23 |
| CORPUS CHRISTI | 1 |  | 1 |
| DENVER | 27 | 3 | 30 |
| DES MOINES |  | 1 | 1 |
| DOMINICK V DANIELS | 26 | 4 | 30 |
| EASTERN MAINE | 1 |  | 1 |
| EVANSVILLE | 1 |  | 1 |
| FARGO | 1 | 1 | 2 |
| FORT MYERS | 17 | 6 | 23 |
| FORT WAYNE | 1 |  | 1 |
| GRAND FORKS | 1 |  | 1 |
| GRAND JUNCTION | 1 |  | 1 |
| GREENSBORO | 34 | 7 | 41 |
| GREENVILLE | 1 | 8 | 9 |
| GULFPORT | 2 |  | 2 |
| HARRISBURG | 151 | 3 | 154 |
| HARTFORD |  | 7 | 7 |
| HONOLULU | 2 |  | 2 |
| INDIANAPOLIS | 1 | 2 | 3 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| IRON MOUNTAIN | 1 |  | 1 |
| JACKSON | 1 |  | 1 |
| JACKSONVILLE | 11 | 1 | 12 |
| JOHNSTOWN | 23 |  | 23 |
| KANSAS CITY | 2 |  | 2 |
| KNOXVILLE | 1 | 1 | 2 |
| LAS VEGAS |  | 4 | 4 |
| LEHIGH VALLEY | 126 | 1 | 127 |
| LEXINGTON |  | 4 | 4 |
| LOS ANGELES | 2 | 7 | 9 |
| LOUISVILLE | 1 | 3 | 4 |
| LOUISVILLE AMF | 1 |  | 1 |
| MACON | 4 | 1 | 5 |
| MEDFORD | 2 |  | 2 |
| MEMPHIS | 2 |  | 2 |
| MIAMI | 4 | 3 | 7 |
| MICHIGAN METROPLEX | 1 | 1 | 2 |
| MID ISLAND | 8 | 10 | 18 |
| MID MISSOURI | 1 |  | 1 |
| MILWAUKEE | 4 | 1 | 5 |
| MINNEAPOLIS |  | 1 | 1 |
| MISSOULA | 2 |  | 2 |
| NASHVILLE | 6 | 1 | 7 |
| NEW YORK | 41 | 29 | 70 |
| NORTH HOUSTON | 2 | 1 | 3 |
| NORTH METRO | 28 | 7 | 35 |
| NORTH TEXAS | 10 | 3 | 13 |
| NORTHERN NJ METRO | 1 |  | 1 |
| NORTHERN VA | 11 | 20 | 31 |
| OAKLAND |  | 2 | 2 |
| OKLAHOMA CITY |  | 1 | 1 |
| OMAHA | 2 |  | 2 |
| ORLANDO | 17 |  | 17 |
| PENSACOLA |  | 6 | 6 |
| PHILADELPHIA | 30 | 63 | 93 |
| PHOENIX | 10 | 5 | 15 |
| PITTSBURGH | 22 | 56 | 78 |
| PORTLAND | 2 |  | 2 |
| PROVIDENCE | 3 | 2 | 5 |
| PROVO | 3 |  | 3 |
| RALEIGH |  | 12 | 12 |
| RAPID CITY | 1 |  | 1 |
| RICHMOND | 18 | 12 | 30 |
| ROCHESTER |  | 14 | 14 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| SAINT LOUIS | 3 | 1 | 4 |
| SAINT PAUL | 2 | | 2 |
| SALT LAKE CITY | | 2 | 2 |
| SAN ANTONIO | 6 | 3 | 9 |
| SAN BERNARDINO | | 1 | 1 |
| SAN DIEGO | 1 | 7 | 8 |
| SAN FRANCISCO | 11 | 1 | 12 |
| SAN JOSE | 1 | 1 | 2 |
| SANTA ANA | 1 | 1 | 2 |
| SANTA CLARITA | 1 | | 1 |
| SCRANTON | 2 | | 2 |
| SEATTLE | | 1 | 1 |
| SHREVEPORT | 7 | | 7 |
| SOUTH JERSEY | 2 | 6 | 8 |
| SOUTH SUBURBAN | 3 | 3 | 6 |
| SOUTHERN MAINE | | 4 | 4 |
| SPRINGFIELD | 1 | | 1 |
| SUBURBAN MARYLAND | 16 | 18 | 34 |
| SYRACUSE | 7 | 7 | 14 |
| TACOMA | 4 | | 4 |
| TALLAHASSEE | | 3 | 3 |
| TAMPA | 11 | 27 | 38 |
| TRENTON | 4 | 6 | 10 |
| TULSA | | 1 | 1 |
| WATERLOO | 1 | | 1 |
| WENATCHEE | 1 | | 1 |
| WEST PALM BEACH | | 14 | 14 |
| WESTCHESTER | 3 | | 3 |
| WILMINGTON | 20 | | 20 |
| GREENSBORO | 1,752 | 1,335 | 3,087 |
| [NULL] | 52 | | 52 |
| AKRON | 1 | | 1 |
| ALBANY | 2 | 8 | 10 |
| ALBUQUERQUE | 1 | | 1 |
| AMARILLO | 1 | | 1 |
| ANCHORAGE | 2 | 3 | 5 |
| AUGUSTA | 1 | | 1 |
| AUSTIN | 1 | 17 | 18 |
| BALTIMORE | 16 | 29 | 45 |
| BATON ROUGE | 1 | 1 | 2 |
| BILLINGS | | 1 | 1 |
| BIRMINGHAM | 1 | 7 | 8 |
| BIRMINGHAM ANNEX | 2 | 3 | 5 |
| BISMARCK | 3 | | 3 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| BOSTON | 4 | 37 | 41 |
| BUFFALO |  | 4 | 4 |
| CAROL STREAM | 24 | 12 | 36 |
| CEDAR RAPIDS | 1 |  | 1 |
| CHAMPAIGN |  | 3 | 3 |
| CHARLESTON | 12 | 30 | 42 |
| CHARLOTTE | 182 | 446 | 628 |
| CHATTANOOGA | 1 | 3 | 4 |
| CHEYENNE | 2 |  | 2 |
| CINCINNATI | 1 | 4 | 5 |
| CLEVELAND | 4 | 9 | 13 |
| COLUMBIA | 15 | 32 | 47 |
| COLUMBUS | 7 | 5 | 12 |
| DENVER | 30 | 12 | 42 |
| DES MOINES |  | 2 | 2 |
| DOMINICK V DANIELS | 17 | 4 | 21 |
| EUGENE | 6 | 2 | 8 |
| EVANSVILLE ANNEX | 4 |  | 4 |
| FARGO | 1 |  | 1 |
| FAYETTEVILLE | 2 |  | 2 |
| FAYETTEVILLE NC ANNEX | 1 |  | 1 |
| FORT MYERS | 6 | 5 | 11 |
| GRAND JUNCTION | 1 |  | 1 |
| GRAND RAPIDS | 2 |  | 2 |
| GREENSBORO | 414 | 4 | 418 |
| GREENVILLE | 38 | 45 | 83 |
| GULFPORT | 1 |  | 1 |
| HARRISBURG | 5 | 3 | 8 |
| HARTFORD |  | 5 | 5 |
| HONOLULU | 1 | 1 | 2 |
| INDIANAPOLIS | 6 | 1 | 7 |
| JACKSON | 3 | 1 | 4 |
| JACKSONVILLE | 16 | 9 | 25 |
| JOHNSTOWN | 2 |  | 2 |
| KANSAS CITY | 2 | 2 | 4 |
| KNOXVILLE | 6 | 6 | 12 |
| LAS VEGAS |  | 7 | 7 |
| LEHIGH VALLEY |  | 1 | 1 |
| LEXINGTON |  | 6 | 6 |
| LITTLE ROCK | 2 |  | 2 |
| LOS ANGELES |  | 27 | 27 |
| LOUISVILLE |  | 1 | 1 |
| LOUISVILLE AMF | 3 |  | 3 |
| LUBBOCK |  | 2 | 2 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| MACON | 5 | 4 | 9 |
| MADISON | 1 | | 1 |
| MEMPHIS | 2 | 11 | 13 |
| MIAMI | | 5 | 5 |
| MICHIGAN METROPLEX | 1 | 4 | 5 |
| MID ISLAND | 5 | 8 | 13 |
| MILWAUKEE | | 4 | 4 |
| MINNEAPOLIS | 1 | 1 | 2 |
| MISSOULA | 1 | | 1 |
| MOBILE | 2 | 1 | 3 |
| MONTGOMERY | | 8 | 8 |
| MUSIC CITY ANNEX | 6 | 1 | 7 |
| NASHVILLE | 11 | 7 | 18 |
| NASHVILLE P&DC ANNEX | | 1 | 1 |
| NEW ORLEANS | 1 | 2 | 3 |
| NEW YORK | 94 | 49 | 143 |
| NORTH HOUSTON | 7 | 3 | 10 |
| NORTH METRO | 38 | 68 | 106 |
| NORTH PLATTE | 3 | | 3 |
| NORTH TEXAS | 3 | 18 | 21 |
| NORTHERN VA | 22 | 35 | 57 |
| NORTHWEST ARKANSAS | 1 | | 1 |
| OAKLAND | | 10 | 10 |
| OKLAHOMA CITY | 4 | 2 | 6 |
| OMAHA | 3 | 1 | 4 |
| ORLANDO | | 8 | 8 |
| PALATINE | 1 | | 1 |
| PENSACOLA | 2 | 3 | 5 |
| PEORIA | 1 | | 1 |
| PHILADELPHIA | 7 | 9 | 16 |
| PHOENIX | 19 | 7 | 26 |
| PITTSBURGH | 5 | 8 | 13 |
| PORTLAND | 2 | 5 | 7 |
| PROVIDENCE | 3 | 5 | 8 |
| PROVO | 18 | | 18 |
| QUAD CITIES | 1 | | 1 |
| RALEIGH | 85 | 6 | 91 |
| RENO | 1 | | 1 |
| RICHMOND | 34 | 28 | 62 |
| ROCHESTER | | 11 | 11 |
| ROCKY MOUNT | 360 | | 360 |
| ROYAL PALM | 1 | | 1 |
| SACRAMENTO | 1 | 5 | 6 |
| SAINT LOUIS | 7 | 11 | 18 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| SAINT PAUL | 4 | 6 | 10 |
| SALT LAKE CITY | 4 | 18 | 22 |
| SALT LAKE CITY ASF | 1 |  | 1 |
| SAN ANTONIO | 4 | 10 | 14 |
| SAN BERNARDINO |  | 2 | 2 |
| SAN DIEGO | 1 | 7 | 8 |
| SAN FRANCISCO | 16 | 8 | 24 |
| SAN JOSE | 1 | 4 | 5 |
| SAN JUAN | 1 |  | 1 |
| SANTA ANA |  | 5 | 5 |
| SANTA CLARITA |  | 4 | 4 |
| SEATTLE | 1 | 6 | 7 |
| SHREVEPORT | 1 | 2 | 3 |
| SOUTH JERSEY | 1 | 7 | 8 |
| SOUTH SUBURBAN | 2 | 6 | 8 |
| SOUTHERN MARYLAND |  | 5 | 5 |
| SPOKANE | 1 | 4 | 5 |
| SPRINGFIELD | 3 |  | 3 |
| SUBURBAN MARYLAND | 18 | 40 | 58 |
| SYRACUSE | 3 | 3 | 6 |
| TACOMA | 3 | 3 | 6 |
| TALLAHASSEE |  | 9 | 9 |
| TAMPA | 15 | 17 | 32 |
| TRENTON |  | 2 | 2 |
| WATERLOO | 1 |  | 1 |
| WEST PALM BEACH | 1 | 13 | 14 |
| WEST VALLEY | 1 |  | 1 |
| WESTCHESTER | 2 | 4 | 6 |
| WHITE RIVER JUNCTION |  | 1 | 1 |
| WILMINGTON | 2 |  | 2 |
| MID-CAROLINAS | 1,204 | 1,200 | 2,404 |
| [NULL] | 2 |  | 2 |
| ALBANY | 1 | 6 | 7 |
| ALBUQUERQUE |  | 3 | 3 |
| ANCHORAGE | 3 | 5 | 8 |
| AUGUSTA | 5 | 1 | 6 |
| AUSTIN |  | 7 | 7 |
| BALTIMORE | 6 | 24 | 30 |
| BATON ROUGE | 3 | 2 | 5 |
| BIRMINGHAM |  | 13 | 13 |
| BIRMINGHAM ANNEX | 3 | 2 | 5 |
| BOISE |  | 1 | 1 |
| BOSTON | 2 | 22 | 24 |
| BROCKTON |  | 1 | 1 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| CAROL STREAM | 46 | 8 | 54 |
| CASPER | 1 | | 1 |
| CEDAR RAPIDS | 1 | | 1 |
| CHAMPAIGN | 1 | 3 | 4 |
| CHARLESTON | 49 | 43 | 92 |
| CHARLOTTE | 69 | 23 | 92 |
| CHATTANOOGA | 3 | 3 | 6 |
| CINCINNATI | | 10 | 10 |
| CLEVELAND | 4 | 4 | 8 |
| COLUMBIA | 18 | 24 | 42 |
| COLUMBUS | 2 | 5 | 7 |
| CORPUS CHRISTI | 1 | | 1 |
| DALLAS | 1 | | 1 |
| DENVER | 28 | 17 | 45 |
| DOMINICK V DANIELS | 4 | 1 | 5 |
| EUGENE | 5 | 1 | 6 |
| EVANSVILLE | | 1 | 1 |
| EVANSVILLE ANNEX | 3 | | 3 |
| FAYETTEVILLE | 40 | | 40 |
| FAYETTEVILLE NC ANNEX | 35 | | 35 |
| FORT MYERS | 4 | 1 | 5 |
| FORT WORTH | 1 | | 1 |
| GRAND FORKS | 1 | | 1 |
| GRAND RAPIDS | | 2 | 2 |
| GREEN BAY | 1 | 1 | 2 |
| GREENSBORO | 170 | 116 | 286 |
| GREENVILLE | 75 | 34 | 109 |
| GULFPORT | 2 | | 2 |
| HARRISBURG | 4 | 2 | 6 |
| HARTFORD | 3 | 6 | 9 |
| HONOLULU | 2 | 3 | 5 |
| INDIANAPOLIS | 17 | 2 | 19 |
| JACKSON | 3 | 3 | 6 |
| JACKSONVILLE | 21 | 26 | 47 |
| JOHNSTOWN | 2 | | 2 |
| JT WEEKER ISC | 1 | | 1 |
| KANSAS CITY | 1 | 4 | 5 |
| KNOXVILLE | | 5 | 5 |
| LAS VEGAS | | 8 | 8 |
| LEHIGH VALLEY | 1 | 1 | 2 |
| LEXINGTON | 4 | 2 | 6 |
| LINTHICUM | 1 | | 1 |
| LITTLE ROCK | 3 | 2 | 5 |
| LOS ANGELES | 5 | 26 | 31 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| LOUISVILLE |  | 2 | 2 |
| LOUISVILLE AMF | 5 |  | 5 |
| LUBBOCK |  | 2 | 2 |
| MACON |  | 6 | 6 |
| MANASOTA | 1 |  | 1 |
| MANCHESTER | 1 |  | 1 |
| MEDFORD | 1 |  | 1 |
| MEMPHIS | 4 | 8 | 12 |
| MIAMI |  | 10 | 10 |
| MICHIGAN METROPLEX | 1 | 8 | 9 |
| MID ISLAND | 3 | 4 | 7 |
| MIDLAND | 1 |  | 1 |
| MILWAUKEE |  | 2 | 2 |
| MINNEAPOLIS | 3 | 1 | 4 |
| MONTGOMERY | 8 | 5 | 13 |
| MUSIC CITY ANNEX | 8 | 1 | 9 |
| NASHVILLE | 11 | 13 | 24 |
| NASHVILLE P&DC ANNEX |  | 3 | 3 |
| NEW ORLEANS | 1 | 8 | 9 |
| NEW YORK | 188 | 43 | 231 |
| NORFOLK | 2 |  | 2 |
| NORTH HOUSTON | 2 | 5 | 7 |
| NORTH METRO | 21 | 57 | 78 |
| NORTH TEXAS | 1 | 20 | 21 |
| NORTHERN VA | 12 | 29 | 41 |
| NORTHWEST ARKANSAS | 2 | 1 | 3 |
| OAKLAND | 2 | 2 | 4 |
| OKLAHOMA CITY |  | 1 | 1 |
| OMAHA | 2 |  | 2 |
| ORLANDO | 2 | 16 | 18 |
| PENSACOLA | 4 | 5 | 9 |
| PEORIA | 1 |  | 1 |
| PHILADELPHIA | 2 | 3 | 5 |
| PHOENIX | 22 | 19 | 41 |
| PITTSBURGH | 3 | 7 | 10 |
| PORTLAND |  | 7 | 7 |
| PROVIDENCE | 2 | 8 | 10 |
| PROVO | 15 |  | 15 |
| RALEIGH | 84 | 209 | 293 |
| RENO | 2 |  | 2 |
| RICHMOND | 12 | 20 | 32 |
| ROCHESTER |  | 6 | 6 |
| ROYAL PALM | 2 |  | 2 |
| SACRAMENTO |  | 1 | 1 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| SAINT LOUIS | 15 | 11 | 26 |
| SAINT PAUL | 4 | 3 | 7 |
| SALT LAKE CITY |  | 5 | 5 |
| SALT LAKE CITY ASF | 1 | 1 | 2 |
| SAN ANTONIO | 10 | 6 | 16 |
| SAN BERNARDINO | 1 | 11 | 12 |
| SAN DIEGO | 1 | 9 | 10 |
| SAN FRANCISCO | 15 | 5 | 20 |
| SAN JUAN | 2 | 1 | 3 |
| SANTA ANA | 2 | 2 | 4 |
| SANTA BARBARA |  | 1 | 1 |
| SANTA CLARITA | 1 | 4 | 5 |
| SEATTLE | 1 | 5 | 6 |
| SHREVEPORT | 1 | 2 | 3 |
| SIOUX FALLS | 1 |  | 1 |
| SOUTH JERSEY | 1 | 3 | 4 |
| SOUTH SUBURBAN | 2 | 7 | 9 |
| SOUTHERN MAINE |  | 6 | 6 |
| SOUTHERN MARYLAND |  | 1 | 1 |
| SPOKANE |  | 3 | 3 |
| SPRINGFIELD | 4 | 1 | 5 |
| SUBURBAN MARYLAND | 25 | 45 | 70 |
| SYRACUSE | 1 | 4 | 5 |
| TACOMA |  | 3 | 3 |
| TALLAHASSEE | 1 | 10 | 11 |
| TAMPA | 19 | 11 | 30 |
| TRENTON | 1 | 3 | 4 |
| TULSA |  | 3 | 3 |
| WEST PALM BEACH | 1 | 25 | 26 |
| WEST VALLEY | 1 |  | 1 |
| WESTCHESTER | 1 | 2 | 3 |
| WHITE RIVER JUNCTION |  | 1 | 1 |
| WICHITA | 1 |  | 1 |
| WILMINGTON | 2 |  | 2 |
| PHILADELPHIA METROPO | 1,682 | 814 | 2,496 |
| [NULL] | 56 |  | 56 |
| ALBANY | 2 | 2 | 4 |
| ALBUQUERQUE |  | 3 | 3 |
| ANCHORAGE | 3 |  | 3 |
| AUGUSTA | 1 |  | 1 |
| AUSTIN | 1 | 6 | 7 |
| BALTIMORE | 7 | 30 | 37 |
| BATON ROUGE | 4 |  | 4 |
| BILLINGS | 3 |  | 3 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| BIRMINGHAM | 3 | 7 | 10 |
| BOISE | 2 | | 2 |
| BOSTON | 13 | 52 | 65 |
| BROCKTON | | 1 | 1 |
| BROOKLYN | 1 | | 1 |
| BUFFALO | 1 | 2 | 3 |
| CAROL STREAM | 18 | 5 | 23 |
| CASPER | 1 | | 1 |
| CHAMPAIGN | 1 | | 1 |
| CHARLESTON | 5 | 13 | 18 |
| CHARLOTTE | 17 | 5 | 22 |
| CHATTANOOGA | | 2 | 2 |
| CINCINNATI | 2 | 2 | 4 |
| CLEVELAND | 10 | 3 | 13 |
| COLUMBIA | 2 | 15 | 17 |
| COLUMBUS | 14 | 7 | 21 |
| CORPUS CHRISTI | 1 | | 1 |
| DENVER | 17 | 7 | 24 |
| DES MOINES | 4 | 1 | 5 |
| DOMINICK V DANIELS | 55 | 5 | 60 |
| EASTERN MAINE | 1 | | 1 |
| EL PASO | 2 | | 2 |
| EUGENE | 2 | | 2 |
| EUREKA | 1 | | 1 |
| FORT MYERS | 9 | 3 | 12 |
| FORT WAYNE | 1 | | 1 |
| GRAND JUNCTION | 1 | | 1 |
| GRAND RAPIDS | 1 | 2 | 3 |
| GREAT FALLS | 1 | | 1 |
| GREENSBORO | 43 | 17 | 60 |
| GREENVILLE | 2 | 4 | 6 |
| GULFPORT | 2 | | 2 |
| HARRISBURG | 108 | 75 | 183 |
| HARTFORD | 2 | 11 | 13 |
| HONOLULU | | 3 | 3 |
| INDIANAPOLIS | 3 | 1 | 4 |
| JACKSON | 1 | | 1 |
| JACKSONVILLE | 8 | 8 | 16 |
| JOHNSTOWN | 59 | | 59 |
| KANSAS CITY | 2 | 1 | 3 |
| KNOXVILLE | 2 | | 2 |
| LANCASTER | | 4 | 4 |
| LAS VEGAS | 5 | 2 | 7 |
| LEHIGH VALLEY | 31 | 29 | 60 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| LEXINGTON |  | 4 | 4 |
| LITTLE ROCK |  | 1 | 1 |
| LOS ANGELES |  | 38 | 38 |
| LOUISVILLE | 2 | 1 | 3 |
| LUBBOCK | 1 |  | 1 |
| MACON | 2 | 1 | 3 |
| MANCHESTER |  | 1 | 1 |
| MIAMI | 20 | 10 | 30 |
| MICHIGAN METROPLEX | 16 | 5 | 21 |
| MID ISLAND | 14 | 6 | 20 |
| MILWAUKEE | 4 | 2 | 6 |
| MINNEAPOLIS | 1 | 2 | 3 |
| MISSOULA | 6 |  | 6 |
| MOBILE | 1 | 1 | 2 |
| MONTGOMERY | 2 | 2 | 4 |
| NASHVILLE | 27 | 2 | 29 |
| NEW ORLEANS | 3 | 1 | 4 |
| NEW YORK | 107 | 46 | 153 |
| NORTH HOUSTON | 8 | 5 | 13 |
| NORTH METRO | 14 | 15 | 29 |
| NORTH TEXAS | 5 | 6 | 11 |
| NORTHERN VA | 10 | 24 | 34 |
| OAKLAND | 1 | 4 | 5 |
| OKLAHOMA CITY | 2 |  | 2 |
| OMAHA | 1 |  | 1 |
| ORLANDO | 11 | 3 | 14 |
| PENSACOLA | 5 | 2 | 7 |
| PHILADELPHIA | 465 | 67 | 532 |
| PHOENIX | 14 | 8 | 22 |
| PITTSBURGH | 33 | 46 | 79 |
| PORTLAND | 1 | 3 | 4 |
| PROVIDENCE |  | 4 | 4 |
| PROVO | 3 |  | 3 |
| RALEIGH | 8 | 11 | 19 |
| RENO | 1 |  | 1 |
| RICHMOND | 12 | 2 | 14 |
| ROCHESTER | 5 | 15 | 20 |
| SACRAMENTO | 5 | 1 | 6 |
| SAINT LOUIS | 7 | 2 | 9 |
| SAINT PAUL | 1 | 2 | 3 |
| SALT LAKE CITY | 7 | 2 | 9 |
| SAN ANTONIO | 1 |  | 1 |
| SAN BERNARDINO | 8 | 1 | 9 |
| SAN DIEGO | 29 | 6 | 35 |

| Districts | Holdout Eligible Op Code - Incorrect CIN | Not Holdout Eligible Op Code | Grand Total |
|---|---|---|---|
| SAN FRANCISCO | 19 | 7 | 26 |
| SAN JOSE |  | 2 | 2 |
| SANTA ANA |  | 2 | 2 |
| SANTA CLARITA | 10 | 1 | 11 |
| SEATTLE | 13 | 7 | 20 |
| SHREVEPORT | 1 | 2 | 3 |
| SIOUX FALLS | 1 |  | 1 |
| SOUTH JERSEY | 35 | 35 | 70 |
| SOUTH SUBURBAN | 18 | 11 | 29 |
| SOUTHERN MAINE |  | 3 | 3 |
| SPOKANE |  | 5 | 5 |
| SPRINGFIELD | 1 |  | 1 |
| SUBURBAN MARYLAND | 24 | 19 | 43 |
| SYRACUSE | 7 |  | 7 |
| TACOMA | 2 |  | 2 |
| TALLAHASSEE |  | 3 | 3 |
| TAMPA | 6 | 9 | 15 |
| TRAVERSE CITY | 1 |  | 1 |
| TRENTON | 8 | 7 | 15 |
| TULSA |  | 2 | 2 |
| WEST PALM BEACH | 12 | 15 | 27 |
| WESTCHESTER |  | 3 | 3 |
| WHITE RIVER JUNCTION | 2 |  | 2 |
| WICHITA |  | 1 | 1 |
| WILMINGTON | 128 |  | 128 |
| **Grand Total** | **5,617** | **3,894** | **9,511** |