Consistent with the discussion this afternoon, Mr. Bray continues to feel confident that these facilities had control measures in place and people identified to accelerate the mail through our network.  Each Plant Manager expressed that they pulled ballots out of normal processing to be expedited via the Express Network or hold-outs for local Boards of Election per our procedures.  In addition to the special sort plans utilized, ballots can be identified by mailpiece design, color, size, and the official Election Mail logo.  When identifying a ballot and pulling it out of normal processing for expedition, the ballot would not receive a finalization scan.  The plants all confirmed that they followed requirements regarding extra diligence to identify all ballots, including sweeping the plants and certifying "all clears."

The Plant Managers in Pennsylvania and North Carolina also confirmed today that they were all holding out ballots for their high-volume trading partner plants across the state.  This means that ballots were sorted on the AFCS machine to the intrastate plant partners.  This sort would not provide the label information with a CIN and would have fallen into the "not hold out eligible" column.  However, the ballots were still pulled out of the mail stream for expedited treatment.

In addition to the scenario described above with the high-volume trading partner plants across the state, there are other examples where the Plant Managers confirmed special treatment of ballots took place that would have resulted in a lack of a final scan event.

In Raleigh, for example, the plant manager explained that in their effort to ensure that ballots were expedited to the next handling facilities, clerks were directed to pull the ballots for the Charlotte and Greensboro bins held out on our AFCS machines, which would have shown in the data as the only scan event.

In Charlotte, the Plant Manager confirmed that ballots were pulled directly from the AFCS machines to dispatch on the Express network and early two-day transportation.  There was also one county with ballots with an incorrect ZIP code, and thus the ballots were not automation compatible.  Those ballots were pulled directly from the AFCS machines as well for expedited treatment.

In Greensboro, North Metro, Philadelphia, Boston, Harrisburg, and Pittsburg, as well as the other plants surveyed today, the Plant Managers confirmed that the plants followed the extraordinary measures protocols and sweep protocols, and ballots were being pulled out for expedited local delivery and entry into the Express Mail network where appropriate.