# EXHIBIT A

## **AGREEMENT**

WHEREAS Defendant United States Postal Service ("USPS") asserts that it is committed to the timely and secure delivery of Election Mail; and represents that it has, pursuant to that commitment, issued memoranda on December 8 and December 14, 2020, attached hereto as Exhibits 1 and 2, setting forth policies and procedures relating to Election Mail for the January 5, 2021 runoff elections in Georgia (the "Georgia Runoff Elections"), and has begun implementing the policies therein;

WHEREAS USPS denies that it has in any way impeded the timely delivery of Election Mail and also denies that any additional measures USPS will implement under this agreement beyond those contemplated and being implemented pursuant to the December 8 and December 14, 2020 memoranda are necessary to ensure the expeditious and secure delivery of ballots;

WHEREAS Plaintiff notes that the reported processing scores for ballots in the Atlanta District have fallen materially below the USPS service standards since December 8;

WHEREAS Plaintiff contends that certain of Defendants' policies regarding the Georgia Runoff Elections should be enjoined to ensure the timely delivery of mail ballots for the Georgia Runoff Elections;

WHEREAS absent an agreement, Plaintiff would file a motion to obtain judicial relief with respect to the matters set forth in this agreement;

WHEREAS, the Parties have nonetheless reached agreement as a means to avoid the cost and burden of further litigation between now and the Georgia Runoff Elections.

1. USPS shall implement the policies articulated in the memoranda issued by USPS on December 8 and December 14, attached hereto as Exhibits 1 and 2, for the Georgia Runoff Elections.

2. USPS shall continue to use Express Mail and to bear the corresponding costs to deliver ballots from Albany, New York to the Georgia counties that have contracted with Fort Orange Press to print ballots for the Georgia Runoff Elections.

3. USPS shall continue to implement the following additional measures for the Georgia Runoff Elections, to ensure the timely delivery of mail ballots.

   a. From January 2 through January 4, all ballots identified in processing plants that are subject to a 3-day service standard shall be placed into the Express Mail network.

   b. Through January 5, 2021, all Post Offices in the Atlanta District that serve a Georgia Board of Elections ("BOE") shall continue to postmark and deliver ballots to the BOE, rather than having the ballots placed into the automation flow. For days on which the Postal Service is not operating or the BOE is not open, ballots will be delivered the next day that both the Postal Service and the BOE are open.

   c. Post Offices and Delivery Units that service or are in close proximity to a local BOE in the Atlanta District shall establish a hub-and-spoke process for delivering inbound ballots to the local BOE on January 2, 2021, if the BOE is open, whereby ballots are postmarked at the local retail unit and delivered to the local BOE before it closes for the day. Post Offices shall coordinate the hand-off with the local BOE.

    d. No later than 10:00 a.m. on December 30, Defendants shall provide Plaintiff with a list of the Post Offices in the Atlanta District that have established local hub-and-spoke arrangements for January 2 pursuant to paragraph 3(c) to the best of their knowledge at the time, acknowledging that this information may be subject to change based on BOE status.

    e. On Monday, January 4, for non-local BOE deliveries where it is reasonably possible to effectuate delivery by the time the BOE closes on January 4, Post Offices and Delivery Units in the Atlanta District shall establish an Election Mail "hub-and-spoke" process specifically for transporting ballots on January 4, using pre-identified drivers and vehicles staged to run trips.

    f. By 10:00 a.m. on December 29, USPS shall take steps to confirm that all Post Offices and Delivery Units in the Atlanta District (i) will be prepared to participate in the hub-and-spoke process for January 4 pursuant to paragraph 3(e) if it is reasonably possible to effectuate delivery by the time a BOE closes on January 4, and (ii) shall identify those facilities that are unable to be prepared to participate in a hub-and-spoke process for January 4 and the reasons why.

4. USPS processing facilities that serve Georgia ZIP codes shall undertake the following ballot sweep and certification process.

    a. From December 28 through January 5, each processing facility shall undertake a sweep of the facility in the morning as part of the "All Clear" process to identify any inbound ballots and shall ensure that any inbound ballots in the facility are dispatched or staged for expedited delivery.

4

    b. Each processing facility shall also conduct an afternoon sweep on January 4 and January 5, to identify any inbound ballots, and shall ensure that any inbound ballots in the facility are expedited for delivery. The afternoon sweep on January 5 shall be conducted at a time sufficient for the ballots to be delivered to the BOEs served by that facility by 7:00 p.m. local time on January 5, 2021, consistent with the December 14 memorandum.

    c. Each plant shall promptly report to USPS Headquarters the total number of ballots identified in the morning and afternoon ballot sweeps undertaken pursuant to Paragraphs 4(a) and 4(b) and confirm that those ballots have been expedited for delivery (or staged for expedited delivery, as appropriate, from December 28 through January 3). USPS shall provide to Plaintiff, on the same day that the sweeps are conducted, documentation reflecting the number of ballots identified in each sweep at each plant.

    d. From December 29 through January 5, each processing facility serving Georgia ZIP codes shall put plans in place to clear their local ballots daily to delivery offices and/or local pickup. Plant managers are required to certify an "All Clear" by 10:00 a.m. local time daily, that the ballot mail is clear. USPS shall promptly provide to Plaintiff documentation of the "All Clear" certifications required by this sub-paragraph.

5. USPS shall coordinate with the Georgia BOEs to make arrangements to deliver all inbound ballots to the BOE before 7:00 p.m. local time on January 5, 2020. No later than 1:00 p.m. ET on December 30, USPS shall provide Plaintiff with a document providing details of the arrangements pursuant to this paragraph. This document shall be comparable in

form and content to the reporting previously provided in this litigation, *e.g.*, ECF Nos. 85 & 97.

6. No later than 10:00 a.m. on December 28, 2020, USPS shall convey the requirements of this agreement to the relevant managerial and supervisory personnel at the facilities serving Georgia ZIP codes, both in writing and orally, and to other USPS employees as necessary to ensure compliance with the terms of this Agreement. USPS shall promptly provide Plaintiff with the written communications required by this paragraph.

7. USPS shall promptly investigate any plausible reports of delayed ballots and will use best efforts to expedite any delayed ballots for delivery by 7:00 p.m. local time on January 5, 2021.

8. Subject to Defendants' compliance with the above provisions of this agreement and the Court Orders dated October 10 (ECF Nos. 31, 32), October 27 (Minute Order in light of ECF No. 35), November 6 (Minute Order in light of ECF No. 90), and November 19 (Minute Order in light of ECF Nos. 105, 106), Plaintiff agrees not to seek any relief regarding USPS's policies and procedures for the Georgia Runoff Elections beyond enforcement of the above provisions and the Court Orders dated September 28, October 27, November 6, and November 19. Before Plaintiff may bring a motion to enforce this Agreement, the parties will conduct a meet-and-confer to determine whether they may resolve this dispute without court involvement. No party shall contest the jurisdiction of the Court to enforce this Agreement.

9. The Parties reserve their rights in this litigation and nothing in this Agreement is intended to waive such rights or constitute an admission of liability unless that waiver is expressly set forth in this Agreement.

December 23, 2020

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>ERIC R. WOMACK<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Joseph E. Borson*<br>JOSEPH E. BORSON (Va. Bar No. 85519)<br>KUNTAL CHOLERA<br>ALEXIS ECHOLS<br>DENA M. ROTH<br>JOHN ROBINSON<br><br>*Counsel for Defendants* | /s/ Allison M. Zieve<br>Allison M. Zieve (DC Bar No. 424786)<br>Matthew A. Seligman (DC Bar No. 1018889)<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-1000<br><br>Samuel Spital (D.D.C. Bar No. SS4839)<br>Rachel Kleinman (NY Bar No. 4417903)<br>Monique Lin-Luse (NY Bar No. 5671920)<br>J. Zachery Morris (NY Bar No. 5392196)<br>John S. Cusick (NY Bar No. 5585245)<br>NAACP LEGAL DEFENSE &<br>    EDUCATIONAL FUND, INC.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>(212) 965-2200<br><br>*Counsel for Plaintiff* |

# EXHIBIT 1

| | |
|---|---|
| From: | Payne, Raneesha L - Washington, DC ▮▮▮▮ on behalf of Seaver, Kristin A - Washington, DC ▮▮▮▮ |
| Sent: | Wednesday, December 9, 2020 11:23 AM |
| To: | Seaver, Kristin A - Washington, DC; _Executive Leadership Team; _AREA VICE PRESIDENTS; Officers-PCES Mgrs-Mgmt Pay Band (V2); _HQ OFFICERS |
| Cc: | _Exec. Leadership Secretaries; _AREA VP SECRETARIES; _HQ OFFICERS SECRETARIES; _Mgrs., Integration and Support; _CRDO DirectReports |
| Subject: | Extraordinary Measures - Georgia Senate Runoff Elections |
| Attachments: | Extraordinary Measures Memorandum -Georgia Senate Runoff Elections.pdf |

Officers, PCES, Pay Band Managers, and EAS Employees,

Please see the attached memo, from Chief Retail and Delivery Officer Kristin Seaver and Chief Logistics and Processing Operations Officer Dave Williams, regarding the use of extraordinary measures for the Georgia run-off election. As the memo discusses, these extraordinary measures should be deployed between Monday, December 28, 2020, and Tuesday, January 5, 2021, by retail and delivery facilities in or serving Georgia. This memo is intended to supplement the existing processes and procedures already in place for the timely and efficient handling of Election Mail outlined the memorandum issued Sept. 21 (Clarifying Operational Instructions), Sept. 25 (Additional Resources), and Oct. 13 (Supplemental Guidance), as well as previously issued instructions for the handling of Election Mail, including instructions in the Delivery, Retail & Customer Service Operations Political/Election Mail Guidebook. Those documents and instructions still remain in effect for the Georgia run-off election. If you have any questions please contact the Command Center at 1-877-672-0007.

**Please share these instructions with all EAS employees.**

/ s /
Kristin A. Seaver
Chief Retail & Delivery Officer

/ s /
David E. Williams
Chief Logistics & Operations Officer

Thanks,
*Raneesha L. Payne*
Sr. Executive Administrative Assistant for
Chief Retail & Delivery Officer & Executive VP
▮▮▮▮


**UNITED STATES POSTAL SERVICE**

December 8, 2020

Officers, PCES, Pay Band Managers, and EAS Employees

SUBJECT: Extraordinary Measures Memorandum – Georgia Senate Runoff Elections

Two runoff elections for the U.S. Senate will take place in Georgia on Tuesday, January 5, 2021. As we draw closer to that date, we are providing this Memorandum to ensure that Retail and Delivery Units in and serving the State of Georgia will deploy the same extraordinary measures that Retail and Delivery Units deployed for the November 3, 2020, general election.

This Memorandum is directed to units in and serving the State of Georgia and follows those issued on Sept. 21 (Clarifying Operational Instructions), Sept. 25 (Additional Resources), Oct. 13 (Supplemental Guidance), and Oct. 20 (Extraordinary Measures). This series of Memoranda supports the timely and efficient handling of Election Mail, as that volume increases, and assists in ensuring we properly carry out specific directives contained in recent federal district court orders.

Today's memorandum, in conjunction with all previous guidance issued, clearly lays out the deployment of extraordinary measures for the January 5 runoff elections in Georgia, and specifically reiterates the instructions set forth in the Oct. 20 Memorandum.

As we did in the 2020 general election, we must work together to put a relentless focus on Election Mail, and especially the volume of completed ballots going from voters to their respective Georgia Boards of Election (BOEs), for the January 2021 runoff elections.

## Command Center Established

- As with the 2020 general election, a Command Center has been established for the January 5 runoff elections by Retail and Delivery Operations, with a cross-functional team dedicated to providing guidance and answering questions from the Field on Election Mail, ballot handling, or any election-related issue.
- Offices serving Georgia voters and Georgia BOEs should contact the Command Center immediately if you encounter a situation involving Election Mail (including extraordinary measures) that is not addressed in this memorandum, or if you have any questions or need further clarification on matters discussed in this memorandum or in the previously issued memoranda regarding the handling of Election Mail.

You can reach the Command Center at ▮▮▮▮▮▮▮▮. The Command Center is led by Omar Coleman.

## Extraordinary Measures Being Implemented

To help support the timely delivery of Election Mail, and consistent with our practices in the general election and in past election cycles, the use of extraordinary measures beyond our normal course of operations is authorized and expected to be executed by local management in and serving Georgia between Monday, December 28, 2020, and Tuesday, January 5, 2021, to accelerate the delivery of

- 2 -

ballots, when the Postal Service is able to identify the mailpiece as a ballot. These extraordinary measures include, but are not limited to, expedited handling, extra deliveries, and special pickups as used in past elections, to connect blank ballots entered by election officials to voters, or completed ballots returned by voters entered close to or on Election Day to their intended destination (e.g., Priority Mail Express, Sunday deliveries, special deliveries, running collected ballots to Boards of Elections on Election Day, etc.).

**Retail:**

Below is a list of some examples of the types of extraordinary measures that are authorized to be used. If your office would like to employ an extraordinary measure not listed below or would like to implement an extraordinary measure prior to December 28, please contact the Command Center for approval.

- Offices that serve voters in Georgia may establish a "Ballot postmark ONLY" line at retail counters, which should be staffed at all times, beginning December 28, 2020, and continuing through the date of the runoff election (January 5, 2021).
- Offices that serve voters in Georgia may employ a daily "soft opening" and "soft closing" concept, extending retail hours by 30 minutes on both ends in designated sites across each city/town/locality, beginning December 28 and running through January 5.
- If necessary to manage high volumes, offices that serve voters in Georgia may establish at least one drive-through ballot postmark/drop option, which is staffed daily during normal operating hours, beginning December 28 and continuing through January 5.
- Offices in Georgia may use practices similar to "Tax Day", with a Clerk outside the facility to both cancel (postmark) and accept drive-up ballots from customers; ballots will be trayed up, riffled to verify BOE and direct trays collected will be delivered to the appropriate BOE. This activity can begin December 28.
    - Ballots postmarked in retail and delivered directly to local BOE for turnaround ballots, or placed in collections if out-of-town, must have designated supervisor oversight.
    - For ballots turned around locally, make sure to do accounting for any BRM mail.

NOTE: Proper PPE for COVID-19 is required for any customer interaction. Employees participating in drive-through/drive-up collections are required to wear the proper PPE for COVID-19 and should practice social distancing where possible.

**Delivery:**

Below is a list of extraordinary measures that are <u>mandatory</u> for offices serving Georgia.

- On Thursday, December 31, carriers in Georgia will check every delivery point for outgoing mail, regardless of if they have incoming or destinating mail. On Saturday, January 2, carriers in Georgia will check all residential and open businesses delivery points for outgoing mail, regardless of if they have incoming or destinating mail. These checks shall entail:
    - On mounted routes, visually checking mail receptacle that has the flag up for outgoing mail
    - While serving CBUs, visually checking the outgoing slot
    - On park and loops or dismounts, visually checking the mail receptacle box to determine if outgoing mail is displayed outside for pick up
- On Sunday, January 3:
    - all Level 21 and above offices serving Georgia will run regular collections (Monday-Friday schedule) and will coordinate cancellations with their local plant.

- 3 -

- o all Level 18-20 offices serving Georgia must retrieve front and lobby collections and hub mail to meet local transportation.
- On Monday, January 4 and Tuesday, January 5:
  - o all offices serving Georgia will run early collections with local postmark reflecting the date of entry and turnaround for local ballots to the BOE.
  - o all offices that service or are in close proximity to a local BOE in Georgia shall establish a "hub-and-spoke" process for running ballots to the local BOE. Ballots are to be postmarked in the local retail unit, then hubbed to the BOE, so that they arrive prior to the cut-off for the day and no later than 7:00 p.m. on Tuesday, January 5.
- On Tuesday, January 5:
  - o for non-local BOE deliveries where it is reasonably possible to effectuate delivery by 7:00 p.m. in Georgia, offices shall establish an Election Mail "hub-and-spoke" process specifically for transporting ballots on January 5, using pre-identified drivers and vehicles staged to run trips. Coordinate the trips around cut-off times to avoid making the same hub/spoke run multiple times per day.
  - o carriers will pull ballots from their collection mail and hand them over to their supervisor. Supervisors will exchange ballots around the city, and after the exchange, a designated supervisor makes delivery to the BOE no later than 7:00 p.m.
- During the entire period between December 28 and January 5, offices serving Georgia should utilize Express Mail handoff to move missent ballots with tracking. Also, delivery units should coordinate with Mail Processing for utilization of the Express Mail Network, or other transportation options if faster, to connect blank ballots entered by election officials to voters close to or on Election Day.

In addition to those requirements, below is a list of some examples of additional types of extraordinary measures that are authorized to be used. If your office would like to employ an extraordinary measure not listed below or would like to implement an extraordinary measure prior to December 28, please contact the Command Center for approval.

- Local offices that serve or are in close proximity to a BOE in Georgia are authorized to postmark (round date reflecting the date of acceptance) and deliver ballots, rather than having the ballots placed into the automation flow, between December 28 and January 5.
- Beginning on Thursday, December 31, you are authorized to use the Express Mail network to connect completed ballots returned by voters entered close to or on Election Day to their intended destination. All ballots must be postmarked (round dated) at the origin facility prior to entry in the Express Mail network.

**Postmaster/Management Actions:**

Below is a list of extraordinary measures that are mandatory for Postmasters and/or Management serving Georgia voters and/or Georgia BOEs.

- Postmasters must coordinate after-hours handoffs with any BOE they service, depending on their acceptance times. We will make deliveries as necessary to facilitate ballot flow.
- Postmasters should arrange for after-hours handoffs with BOEs (sweeping collection boxes, etc.).
- Postmasters will arrange to drive BOE ballots to the voter, using a "hub-and-spoke" concept, when USPS management or an election official initiates concerns/requests.
- Postmasters, with the District Manager's oversight, will continue to memorialize all issues on the Political/Election Mail log in real time.

- 4 -

- Local management will continue regular outreach with local BOEs.
- District Managers will coordinate with their counterparts within state boundaries (across district lines) to exchange ballots for all BOEs. They will rendezvous with other district partners within the state multiple times per day to exchange ballots on January 5.
- District Managers will intercept and deliver Election Mail with known mailer misprints in the barcode (wrong ZIP or address at wrong destination) – and establish a pitch/catch to redirect ballots to the correct BOE.

### Reiterating All Recent Guidance

Upon receipt of this memorandum, be sure to take time and fully explain to your direct reports the extraordinary measures discussed in today's document, as well as all previous Memoranda. A copy of this memorandum will be posted on the Postal Service Intranet at blue.usps.gov and liteblue.usps.gov. A Mandatory Stand-Up Talk, discussing the content of memorandum, will also be distributed from Headquarters, which should be pushed to all employees immediately upon receipt.

### Questions and Contacts

Providing consistent guidance across the organization is critical to our success. If you or your team have questions, resources are always available. The USPS Election Mail Command Center, led by Omar Coleman, can be reached at ▇▇▇▇▇▇. Additionally, questions regarding Logistics and Processing Operations should be directed to Mike Barber, Vice President, Processing and Maintenance Operations, at ▇▇▇▇▇▇. Questions regarding Retail and Delivery Operations can be directed to Joshua Colin, Vice President, Delivery Operations, at ▇▇▇▇▇▇ or Angela Curtis, Vice President, Retail and Post Office Operations, at ▇▇▇▇▇▇.

_(signature)_
Kristin A. Seaver
Chief Retail & Delivery Officer
Officer and Executive Vice President

_(signature)_
David E. Williams
Chief Logistics & Processing Operations
and Executive Vice President

# EXHIBIT 2

| | |
|---|---|
| **From:** | Bray, Kevin P - Washington, DC |
| **To:** | Division Directors; Anderson, Timothy - Bloomingdale, IL; Bray, Kevin P - Washington, DC; Cariyadil, Blesson - Carol Stream, IL; Kennedy, Raymond - Washington, DC; Ko, Jeremy H - Washington, DC; Malone, Dennis M - Greensboro, NC; Powell, Amy S - Pittsburgh, PA; Seo, Donghwan - Washington, DC |
| **Cc:** | Plant Mgr - Chesapeake; Plant Mgr - Coastal Southest; Plant Mgr - Lakeshores; Plant Mgr - Mid-Atlantic; Plant Mgr - Mid-South; Plant Mgr - Midwest; Plant Mgr - New England; Plant Mgr - New York Metro; Plant Mgr - Pacific Northwest; Plant Mgr - Southern California; Plant Mgr - Southwest; Plant Mgr - Westshore |
| **Subject:** | Georgia Runoff Extraordinary Measures Letter and Priority Express |
| **Date:** | Monday, December 14, 2020 12:41:34 PM |
| **Attachments:** | 2020 12 14 Extraordinary Measures.pdf |
| | Stand-Up Talk - Use of Express Network for Ballots Georgia Runoff.pdf |
| **Importance:** | High |

The attached document concerns the upcoming Georgia runoff election on January 5, 2021, and provides guidance to the eight plants that service the delivery ZIP Codes in the state that will be processing Election Mail for that runoff election. This document discusses steps that must be taken before December 28 in those plants in preparation, as well as procedures during the period between December 28 and January 5. As the memo discusses, these extraordinary measures should be deployed between Monday, December 28, 2020, and Tuesday, January 5, 2021. All other existing processes, procedures, and previously issued instructions for the timely and efficient handling of Election Mail still remain in effect for the Georgia runoff election. If you have any questions, please contact Kevin Bray at ( ▮▮▮▮▮ ▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮

The 8 plants that are servicing the State of Georgia destinating letter mail are included below.

The plants listed below have direct responsibility for the delivery of mail within the State of Georgia, however all plants will potentially have Inbound ballots that come through your originating operation. All plants must implement the Priority Mail Express network if any State of Georgia live Inbound ballot is found in their origin operation starting December 28-Jan 5th, 2021

Please ensure we have this Stand Up Talks (SUT) accomplished for all of our employees

**Atlanta GA (301-303, 311)**
**North Metro GA (300, 305, 306)**
**Macon GA (304, 310, 312, 318, 319, 398)**
**Augusta GA (308, 309)**
**Tallahassee FL (316, 317)**
**Jacksonville FL (313-315)**
**Chattanooga TN (307)**
**Columbia SC (308-309 for Saturday Originating AMP only)**


**UNITED STATES POSTAL SERVICE**

December 14, 2020

OFFICERS
POSTAL CAREER EXECUTIVE SERVICE EMPLOYEES
PAY BAND MANAGERS
EXECUTIVE AND ADMINISTRATIVE SERVICE EMPLOYEES

SUBJECT: Extraordinary Measures – Return Ballot Mail Processing Policy for the last week before the Georgia Runoff Election on January 5, 2021

This document is being issued to provide specific guidance in administering and managing Mail Processing outlined in the December 9 Extraordinary Measures Memorandum for the upcoming Georgia Runoff Election, scheduled for January 5, 2021. The guidance below applies to the eight plants that service the delivery ZIP Codes in the state of Georgia that will be processing Election Mail and is mandatory:

Atlanta GA (301-303, 311)
North Metro GA (300, 305, 306)
Macon GA (304, 310, 312, 318, 319, 398)
Augusta GA (308, 309)
Tallahassee FL (316, 317)
Jacksonville FL (313-315)
Chattanooga TN (307)
Columbia SC (308-309 for Saturday Originating AMP only)

In addition to the retail and delivery extraordinary measures that will be in place, the key points for processing and clearance procedures on Monday, December 28 through Tuesday, January 5, 2021, are discussed below. If you have any questions, please contact Kevin Bray at ▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇.

**Prior to Monday, December 28, 2020, the following steps must be taken to prepare for the extraction of Election Ballots:**

Each originating plant for ZIP Codes in Georgia, must designate a DBCS/DIOSS/CIOSS machine that will process the Facer Identification Mail (FIM). The sites that do not normally process an 891 FIM specific program will plan for the sort program and machine that is used Monday-Thursday and Saturday the week prior to the Election Day to sort FIM downflow from the AFCS. This program must include local downflow and direct holdouts for return ballots as needed locally. Direct holdouts should be created by each plant for any local Board of Election (BOE) served by the plant. If a plant serves so many BOEs that creating direct holdouts would be impractical for the plant, then a direct downflow or "jackpot" bin must be used. In each case, we will identify the Return Ballot mail and extract such mail with minimal processing to facilitate next day delivery. This sort plan must be prepared for implementation by Monday, December 28 and must be maintained each day from Monday, December 28 through Tuesday, January 5, 2021. Additionally, plants receiving mail from any of the

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-0061
WWW.USPS.COM

- 2 -

other seven Georgia-served facilities must ensure that mail from those facilities is identified and processed first in their local Incoming Primary operations.

All seven of the plants that process Incoming Primary letters for the state of Georgia must put plans in place to clear their local letters daily to delivery offices and/or local pickup. Plant managers will be required to certify an "All Clear" by 10:00 AM local time daily through the day of election, January 5, 2021, that the ballot mail is clear. In addition to the "All Clear" process, all plants must continue the Ballot Monitor process for Originating mail. Monitoring of the Originating process should include observation of AFCS200, postmark quality and mail flow to the specific operations for processing of Election Ballots.

**Additional Steps:**

Letter mail processed on Tuesday, January 5, 2021, or return ballots identified in collections, will require extraordinary measures to ensure that ballots will be delivered to all BOEs by 7:00 p.m. EST on Election Day, January 5, 2021. Operating plans must include:

- Run plans must be updated to ensure the machine and employees are identified to process 891 FIM/LONG/SHORT or MUL

- All originating plants that process letters must update their sort programs to include their service area BOE holdouts. Originating plants may choose one of the options below, based on volume and local operations capability:
    - Jackpot all BOE ZIP Codes into a single bin to downflow to locally created sort program that will finalize all direct BOE ZIP Codes.
    - Hold out individual direct ZIP Codes on 891M FIM or appropriate Long/Short/MUL sort programs to be dispatched directly to the BOE.

The following steps must be completed regarding sort programs:

- By Monday, December 28, plant managers or their designee must certify by email to Kevin Bray that outgoing and incoming programs are updated.

- Starting December 28 and thru January 5, 2021, plants must NOT allow the return ballots to flow to DPS programs. All measures must be in place to identify Primary outgoing and incoming programs to ensure efficient and early delivery of ballot mail.

- Must include all holdouts on either Primary or downflow sort programs. These sort programs must be downloaded to all machines by Monday, December 28, prior to processing any collection mail.

- These sort programs will be used in processing operations through Tuesday, January 5. The mail flow changes must be communicated to all employees, supervisors, and management staff to include all consolidation and dispatch plans.

- ***Individual*** BOE holdouts for letters must use **CIN 167** for letters. Holdouts must be designated on FIM letter sort programs, LONG/SHORT and, if used locally, the MUL programs must ensure we capture all election returns for local delivery.
    - ***Jackpot*** BOE holdouts for letters must use CIN 174. Holdouts must be designated on FIM letter sort programs, LONG/SHORT and, if used locally, the MUL programs to ensure we capture all election returns for local delivery.

**Sunday, January 3, 2021:**

Delivery units will run regular collections on Sunday (Monday-Friday schedule). Local plant operations will schedule employees and supervisory staff to ensure that we cancel and process collection letters on Sunday to extract return ballots to the BOE. In the collection operation, all AFCS 200 and AFCS OCR sites will cancel letter mail using the Dual Pass Rough Cull (DPRC) system. Upon completion of the letter cancellation operations on AFCS, follow the processing steps:

- Flow FIM stacker mail to the 891M sort program LONG/SHORT/MUL.

- FIM mail extracted from collections should be processed to ensure Election Mail is captured into DIRECT FIRM holdout bins wherever possible based on density and available discretionary bins.

- If there are not enough discretionary bins or low volume, use a "jackpot" MIXED FIRM bin with CIN 174

- Flow jackpot trays to a locally created 893/4/6/7 sort program to consolidate Election Mail if needed. Use CIN 167 for all DIRECT Board of Election holdouts.

- Riffle each tray for the Election Mail logo to ensure a legible date stamp is visible on each letter mail piece.

- Local mail from AFCS operations will be staged, identified, and processed first on an Incoming Primary sort program Monday morning. Appropriate measures must be taken as necessary on Monday morning to ensure Georgia's requirements are met to deliver local ballots by the 7:00 p.m. cutoff time for Election Day.

**Monday-Tuesday, January 4-5, 2021:**

Processing of collection mail will be accomplished by each origin processing plant, January 4-5. We will follow the process outlined for direct holdouts to expedite the handling of Election Mail for originating letters operations for delivery or pick up.

All processing plants will be required to run early collections consistent with the December 9 Extraordinary Measures Memorandum for Election Mail in delivery units beginning on January 4-5.

The deadline for the Georgia Runoff Election is January 5, 2021, 7:00 p.m. EST. If there are any questions on the state's deadlines or other requirements, contact the Law Department for clarification: ████████████████████████████████████████████████████████████████

**Special Handling for Delivery by January 5, 2021:**

Special procedures must be put in place to ensure we deliver every ballot possible by the cutoff time (7:00 p.m. EST) on the date of the Georgia Runoff Election.

All outgoing plants will coordinate a "Last Date of Election" mail process with delivery on January 5. This includes Plant Managers coordinating with District Managers to determine the specific requirements and timing for the final handoff to the BOEs. Each plant should conduct a final clean sweep for all ballots just prior to the final handoff.

- 4 -

All Plant operations must process all early arriving collection mail to extract all Election Mail for turnaround by the cutoff time.

Priority Mail Express network should be utilized to accelerate the delivery of ballots between processing facilities serving the state of Georgia unless other modes of transportation are faster.

Kristin A. Seaver
Chief Retail & Delivery Officer
and Executive Vice President

David E. Williams
Chief Logistics & Processing Operations Officer
and Executive Vice President

# Mandatory Stand-Up Talk
Dec. 14, 2020

## Use of Express Network for Ballots
### Extraordinary measures

As the January 5th Georgia runoff election draws closer, the Postal Service will be incorporating "extraordinary measures" into our day-to-day operations to ensure the proper handling and timely delivery of all Election Mail, as we did during the November 3rd general elections.

One such measure is the use of the Express Mail Network to expedite ballot mail when the ballot would not otherwise be able to reach the destination via the regular First Class mailstream. Starting December 28, 2020 and through January 5, 2021, facilities located outside of Georgia must use the Express Mail Network if the following conditions are met:

- The ballot is destined outside the local service area
- The ballot would not arrive to the destination in time to meet Georgia's January 5, 2021 Election Day deadline (7:00 p.m. EST) if processed in the regular First Class mailstream

Ballots that meet these conditions should be placed in a sleeved half-tray or full-sized tray, with a slide label for the destinating plant according to the Express Mail label list. The tray may then be placed inside an Express Mail sack.

Prior approval is not required to enact these extraordinary measures; however, the following information must be documented:

- Date of Express Mail dispatch
- Name of the relevant Board of Elections
- Name of the destinating plant
- Approximate number of pieces

**Send the completed spreadsheet to your Division Director and to the NOCC on each operational day that the Express Mail Network is utilized to expedite ballots.**

For facilities located in or that directly serve a Georgia ZIP Code, the Express Mail Network should also be utilized to accelerate the delivery of ballots between processing facilities serving the state of Georgia unless other modes of transportation are faster.

Election Mail must continue to be the Postal Service's No. 1 priority.

**Thank you in advance for your hard work in fulfilling the Postal Service's commitment to the American public.**