UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 20-cv-2295 (EGS) |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, et al., | ) ) ) | |
| Defendants. | ) ) | |

UNOPPOSED MOTION TO VACATE
MARCH 5 FILING DEADLINE

Plaintiff hereby moves for an order vacating the March 5, 2021, due date for the parties to file a Meet and Confer Report, in light of its intention to file a first amended complaint.

On January 22, 2021, defendants filed an answer to plaintiff's complaint. By Minute Order dated February 5, 2021, the Court directed the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) and Local Rule 16.3, and set a March 5, 2021, due date for the parties to file a Meet and Confer Report. Plaintiff, however, intends to amend its complaint, and pursuant to Federal Rule of Civil Procedure 15(a)(2), defendants have given written consent to an amendment on or before March 5, 2021. In light of the upcoming filing of an amended complaint and the subsequent filing of a new responsive pleading by defendants, plaintiff requests that the deadline for the filing of Meet and Confer Report be taken off calendar at this time.

Defendants consent to the relief requested in this motion. A proposed order is attached.

Dated: February 10, 2021                                    Respectfully submitted,

/s/ Allison M. Zieve
Samuel Spital (D.D.C. Bar No. SS4839)        Allison M. Zieve (DC Bar No. 424786)
NAACP LEGAL DEFENSE &                         PUBLIC CITIZEN LITIGATION GROUP

1

EDUCATIONAL FUND, INC.  
40 Rector Street, 5th Floor  
New York, NY 10006  
(212) 965-2200  

1600 20th Street NW  
Washington, DC 20009  
(202) 588-1000  

Counsel for Plaintiff NAACP