IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move the Court to extend Defendants' deadline for answering or moving to dismiss Plaintiffs' Amended Complaint from March 19, 2021 to April 9, 2021. A proposed order is attached.  This request is made in good faith and for good cause, as set out below:

1. On March 5, 2021, Plaintiff amended its Complaint, adding, *inter alia*, new claims regarding the Postal Service's obligations to issue mandatory written procedures regarding ballot delivery.  *See, e.g.*, Am. Compl. ¶¶ 6, 8-9, ECF No. 149.  Plaintiff alleges that the Postal Service's actions violate 39 U.S.C. § 101(e).  *Id.* ¶ 105-107.

2. Pursuant to Fed. R. Civ. P. 15(c), Defendants must respond to the Amended Complaint on or before March 19, 2021.

3. Defendants respectfully move, with the consent of Plaintiff, for a three-week extension. This extension is not for the purposes of delay, but rather is necessary to allow Defendants to prepare and file their responsive pleading.  *First*, Defendants must research and consider the new

allegations in Plaintiff's Amended Complaint.  *Second*, Counsel for Defendants have multiple, pre-scheduled obligations in their other cases.  *Third*, Counsel will need to consult with others within the Department of Justice, whose leadership has changed since Defendants last filed substantive briefs in this matter.

4.  Pursuant to LCvR 7(m), Defendants have consulted with Plaintiff, who consent to this motion.

Dated:  March 15, 2021          Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*