IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

**DEFENDANTS' MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, TO MODIFY THE PRELIMINARY INJUNCTION**

Defendants respectfully move to clarify, or, in the alternative, to modify the preliminary injunction to reflect that the preliminary injunction does not prohibit the Postal Service from declining approval for extra network trips pursuant to the following principles: (1) where an extra trip would not be service responsive, and (2) where not using an extra trip would delay a volume of mail that is no greater than 15% of the truck's total capacity. A memorandum of points and authorities in support of this motion and proposed order is attached hereto. Pursuant to LCvR 7(m), Defendants have conferred with Plaintiff, who reports that it does not consent to the motion.

Dated:  May 12, 2021	Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ *Joseph E. Borson*
JOSEPH E. BORSON (VA Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
JOHN J. ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Counsel for Defendants*