IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

## [PROPOSED] ORDER

Defendants' motion for clarification, or, in the alternative, to modify the preliminary injunction is GRANTED.  The Court hereby ORDERS that the Court's Order, ECF No. 31, is clarified to reflect the following:

The preliminary injunction does not prohibit the Postal Service from declining approval for extra network trips pursuant to the following principles: (1) where an extra trip would not be service responsive, and (2) where not using an extra trip would delay a volume of mail that is no greater than 15% of the truck's total capacity.

The preliminary injunction otherwise remains in effect.

DATE:                                                                     _____

UNITED STATES DISTRICT JUDGE