# EXHIBIT A

| Postal Week End Date | First-Class Mail | USPS Marketing Mail | Periodicals |
|---|---|---|---|
| 1/10/2020 | 91.76% | 91.21% | 85.70% |
| 1/17/2020 | 91.36% | 88.61% | 85.87% |
| 1/24/2020 | 93.01% | 89.86% | 87.71% |
| 1/31/2020 | 91.15% | 91.45% | 87.49% |
| 2/7/2020 | 90.71% | 90.57% | 87.54% |
| 2/14/2020 | 91.98% | 91.80% | 88.57% |
| 2/21/2020 | 93.88% | 92.24% | 89.40% |
| 2/28/2020 | 92.84% | 93.29% | 87.38% |
| 3/6/2020 | 93.16% | 92.41% | 86.54% |
| 3/13/2020 | 92.40% | 92.21% | 86.77% |
| 3/20/2020 | 92.11% | 91.32% | 86.08% |
| 3/27/2020 | 92.84% | 92.48% | 85.57% |
| 4/3/2020 | 92.67% | 92.13% | 85.31% |
| 4/10/2020 | 91.55% | 90.54% | 83.16% |
| 4/17/2020 | 89.62% | 89.39% | 77.21% |
| 4/24/2020 | 91.24% | 89.10% | 78.86% |
| 5/1/2020 | 90.28% | 87.83% | 74.97% |
| 5/8/2020 | 89.99% | 86.81% | 73.76% |
| 5/15/2020 | 89.52% | 87.39% | 68.94% |
| 5/22/2020 | 91.19% | 89.52% | 71.72% |
| 5/29/2020 | 92.30% | 89.52% | 76.49% |
| 6/5/2020 | 90.39% | 91.07% | 78.77% |
| 6/12/2020 | 90.69% | 89.70% | 76.53% |
| 6/19/2020 | 91.74% | 90.84% | 78.71% |
| 6/26/2020 | 90.86% | 90.69% | 79.10% |
| 7/3/2020 | 91.23% | 91.33% | 80.82% |
| 7/10/2020 | 90.70% | 87.31% | 76.73% |
| 7/17/2020 | 85.34% | 82.91% | 72.91% |
| 7/24/2020 | 82.35% | 79.73% | 71.31% |
| 7/31/2020 | 83.76% | 82.12% | 69.25% |
| 8/7/2020 | 82.94% | 81.46% | 68.71% |
| 8/14/2020 | 81.58% | 82.19% | 68.64% |
| 8/21/2020 | 85.26% | 86.07% | 72.57% |
| 8/28/2020 | 87.54% | 89.07% | 74.18% |
| 9/4/2020 | 87.98% | 89.12% | 76.73% |
| 9/11/2020 | 88.70% | 87.48% | 78.62% |
| 9/18/2020 | 86.21% | 86.46% | 75.57% |
| 9/25/2020 | 84.03% | 88.35% | 78.41% |
| 10/2/2020 | 85.86% | 89.45% | 77.11% |
| 10/9/2020 | 85.56% | 88.95% | 77.42% |
| 10/16/2020 | 85.32% | 85.67% | 75.94% |
| 10/23/2020 | 80.66% | 86.45% | 73.32% |
| 10/30/2020 | 81.53% | 85.33% | 73.61% |
| 11/6/2020 | 84.34% | 83.54% | 75.52% |
| 11/13/2020 | 85.10% | 86.43% | 78.15% |
| 11/20/2020 | 87.24% | 88.14% | 74.47% |

| Date | | | |
|---|---|---|---|
| 11/27/2020 | 84.28% | 84.87% | 73.05% |
| 12/4/2020 | 78.16% | 84.70% | 66.20% |
| 12/11/2020 | 74.78% | 79.52% | 60.42% |
| 12/18/2020 | 68.76% | 73.13% | 53.19% |
| 12/25/2020 | 62.13% | 72.35% | 50.06% |
| 1/1/2021 | 63.90% | 71.41% | 45.40% |
| 1/8/2021 | 71.03% | 77.67% | 54.82% |
| 1/15/2021 | 72.77% | 76.23% | 60.48% |
| 1/22/2021 | 77.71% | 76.40% | 64.25% |
| 1/29/2021 | 77.60% | 81.82% | 68.10% |
| 2/5/2021 | 76.79% | 81.52% | 68.29% |
| 2/12/2021 | 79.91% | 87.06% | 72.27% |
| 2/19/2021 | 77.06% | 82.45% | 73.61% |
| 2/26/2021 | 73.12% | 89.34% | 75.72% |
| 3/5/2021 | 77.93% | 90.88% | 74.42% |
| 3/12/2021 | 83.69% | 90.84% | 77.64% |
| 3/19/2021 | 85.50% | 91.06% | 78.04% |
| 3/26/2021 | 86.73% | 91.79% | 78.94% |
| 4/2/2021 | 87.19% | 91.67% | 78.66% |
| 4/9/2021 | 86.36% | 90.99% | 79.96% |
| 4/16/2021 | 86.38% | 90.18% | 80.09% |
| 4/23/2021 | 87.52% | 91.81% | 80.64% |
| 4/30/2021 | 88.24% | 91.55% | 80.82% |
| 5/7/2021 | 87.67% | 91.03% | 78.98% |