IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2295 (EGS) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 23, 2021 Order, ECF No. 163, the Parties submit the following Joint Status Report:

On August 23, 2021, the Court directed "that the parties shall file a joint status report by no later than August 30, 2021, proposing the parameters of a data request—to be due 90 days from the date of this Order [*i.e.*, Monday, November 22, 2021]—identifying the number of extra trip requests denied on the grounds that the trip would not be service responsive and the number of extra trip requests denied on the grounds of low volume of mail." Order, ECF No. 163, at 14. The Parties have met and conferred, and jointly propose that Defendants shall provide data subject to the following parameters:

1. The total number of "extra trips denied on the grounds that the trip would not be service responsive" for the relevant 90-day time period (if any).

2. The total number of "extra trips denied on the grounds of low volume of mail" for the relevant 90-day time period (if any).

3. The total number of extra trips approved during the 90-day time period. With respect to this number, Defendants will provide an explanation of the relevant "denominator," *i.e.*, whether it is all extra trips, or all extra trips tracked through the newly-implemented reporting system, and if so, what types of trips are captured through that system.

4. With respect to categories (1) through (3) as described above, Defendants will break out these numbers by division.

Dated: August 30, 2021                                   Respectfully submitted,

/s/ *Allison M. Zieve*                                   BRIAN M. BOYNTON
Wendy Liu (DC Bar No. 1600942)                           Acting Assistant Attorney General
Allison M. Zieve (DC Bar No. 424786)
PUBLIC CITIZEN LITIGATION GROUP                          ERIC R. WOMACK
1600 20th Street NW                                      Assistant Director, Federal Programs Branch
Washington, DC 20009
(202) 588-1000                                           /s/ *Joseph E. Borson*
                                                         JOSEPH E. BORSON (VA Bar No. 85519)
Samuel Spital (D.D.C. Bar No. SS4839)                    KUNTAL CHOLERA
NAACP LEGAL DEFENSE &                                    ALEXIS ECHOLS
  EDUCATIONAL FUND, INC.                                 JOHN J. ROBINSON
40 Rector Street, 5th Floor                              Trial Attorneys
New York, NY 10006                                       U.S. Department of Justice
(212) 965-2200                                           Civil Division, Federal Programs Branch
                                                         1100 L Street NW
*Counsel for Plaintiff NAACP*                            Washington, D.C. 20005
                                                         (202) 514-1944
                                                         Joseph.Borson@usdoj.gov

                                                         *Counsel for Defendants*