UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 20-cv-2295 (EGS) |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, et al., | ) ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

Plaintiff National Association for the Advancement of Colored People and defendants United States Postal Service and Louis DeJoy hereby jointly move for a 30-day extension of the discovery deadline, from September 27, 2021, to October 27, 2021. In support of their motion for an extension of the discovery deadline, the parties state as follows:

1. Pursuant to the Court's August 28, 2021, Minute Order, the deadline for completion of discovery in this case is September 27, 2021.

2. Plaintiff has served written discovery requests for production of documents and interrogatories to Defendants. Plaintiff also has served notices of deposition.

3. The parties have met and conferred over the Plaintiff's written discovery requests and deposition notices, and Defendants have responded to written discovery and produced documents.

4. The parties have begun to discuss settlement. In light of those discussions, the parties wish to postpone depositions and further discovery. They therefore jointly request that the Court grant a 30-day extension of the discovery deadline, from September 27, 2021, to October 27, 2021.

5. A proposed order is attached to this motion.

Dated: September 14, 2021 		Respectfully submitted,

/s/ *Allison M. Zieve* 		BRIAN M. BOYNTON
Allison M. Zieve (DC Bar No. 424786) 	Acting Assistant Attorney General
Wendy Liu (DC Bar No. 1600942)
PUBLIC CITIZEN LITIGATION GROUP 	ERIC R. WOMACK
1600 20th Street NW 			Assistant Director, Federal Programs Branch
Washington, DC 20009
(202) 588-1000 			/s/ *Joseph E. Borson*
					JOSEPH E. BORSON (VA Bar No. 85519)
Samuel Spital (D.D.C. Bar No. SS4839) 	KUNTAL CHOLERA
Arielle Humphries (admitted pro hac vice) 	JOHN J. ROBINSON
NAACP LEGAL DEFENSE & 		Trial Attorneys
  EDUCATIONAL FUND, INC. 		U.S. Department of Justice
40 Rector Street, 5th Floor 		Civil Division, Federal Programs Branch
New York, NY 10006 			1100 L Street NW
(212) 965-2200 			Washington, D.C. 20005
					(202) 514-1944
*Counsel for Plaintiff NAACP*
					*Counsel for Defendants*