# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | ) ) ) | |
| Plaintiff, | ) | Civil Action No. 20-cv-2295 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, et al., | ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Plaintiff National Association for the Advancement of Colored People and defendants United States Postal Service and Louis DeJoy hereby jointly move for a 7-week extension of the discovery deadline, from October 27, 2021, to December 15, 2021. In support of their motion for an extension of the discovery deadline, the parties state as follows:

1.      The deadline for completion of discovery in this case is currently October 27, 2021.

2.      Plaintiff has served written discovery requests for production of documents and interrogatories to Defendants. Plaintiff also has served notices of deposition.

3.      The parties have met and conferred over the Plaintiff's written discovery requests and deposition notices, and Defendants have responded to written discovery and produced documents.

4.      The parties have been discussing settlement. In light of those discussions, the parties wish to postpone depositions and further discovery. They therefore jointly request that the Court grant a 7-week extension of the discovery deadline, from October 27, 2021, to December 15, 2021.

5.      A proposed order is attached to this motion.

Dated: October 15, 2021

Respectfully submitted,

/s/ *Allison M. Zieve*
Allison M. Zieve (DC Bar No. 424786)
Wendy Liu (DC Bar No. 1600942)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ *Joseph E. Borson*
JOSEPH E. BORSON (VA Bar No. 85519)
KUNTAL CHOLERA
JOHN J. ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 514-1944

Samuel Spital (D.D.C. Bar No. SS4839)
Arielle Humphries (admitted pro hac vice)
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

*Counsel for Plaintiff NAACP*

*Counsel for Defendants*