# Extra Trips

## Extra Trips (Network & Local - HCR & PVS):

- **No. of Extra Trips by Division (August 2021)**

| Division | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | 8/20 | 8/21 | 8/22 | 8/23 | 8/24 | 8/25 | 8/26 | 8/27 | 8/28 | 8/29 | 8/30 | 8/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 55 | 74 | 71 | 77 | 69 | 67 | 73 | 63 | 68 | 71 | 75 | 66 | 65 | 60 | 51 | 56 | 69 | 74 | 75 | 64 | 74 | 39 | 65 | 64 | 63 | 71 | 87 | 69 | 56 | 66 | 66 |
| COASTAL SOUTHEAST | 134 | 155 | 121 | 130 | 138 | 143 | 151 | 94 | 141 | 121 | 123 | 126 | 136 | 145 | 122 | 145 | 128 | 129 | 138 | 144 | 155 | 103 | 147 | 124 | 125 | 159 | 138 | 133 | 120 | 135 | 128 |
| ISC | 4 | 2 | 5 | 3 | 5 | 4 | 5 | 3 | 4 | 4 | 4 | 5 | 4 | 5 | 3 | 2 | 6 | 3 | 2 | 5 | 7 | 4 | 2 | 5 | 5 | 2 | 5 | 5 | 4 | 4 | 4 |
| LAKESHORES | 61 | 98 | 83 | 86 | 64 | 67 | 59 | 55 | 99 | 86 | 82 | 89 | 72 | 59 | 68 | 88 | 82 | 85 | 89 | 97 | 60 | 65 | 91 | 82 | 79 | 83 | 88 | 67 | 66 | 76 | 78 |
| MID-ATLANTIC | 70 | 43 | 49 | 44 | 35 | 41 | 38 | 72 | 48 | 48 | 45 | 35 | 38 | 45 | 65 | 42 | 36 | 42 | 40 | 40 | 63 | 61 | 41 | 40 | 47 | 44 | 52 | 47 | 70 | 55 | 50 |
| MID-SOUTH | 30 | 31 | 33 | 30 | 29 | 33 | 38 | 23 | 28 | 28 | 29 | 29 | 24 | 40 | 24 | 19 | 25 | 20 | 21 | 25 | 39 | 27 | 29 | 23 | 27 | 29 | 32 | 40 | 31 | 31 | 21 |
| MIDWEST | 32 | 30 | 37 | 35 | 45 | 35 | 32 | 40 | 38 | 41 | 36 | 41 | 30 | 32 | 34 | 31 | 34 | 49 | 42 | 43 | 35 | 31 | 34 | 38 | 35 | 55 | 33 | 36 | 35 | 37 | 42 |
| NEW ENGLAND | 32 | 41 | 32 | 36 | 33 | 24 | 37 | 51 | 40 | 29 | 18 | 20 | 16 | 45 | 38 | 43 | 33 | 35 | 34 | 36 | 92 | 57 | 62 | 26 | 27 | 47 | 31 | 47 | 42 | 30 | 30 |
| NEW YORK METRO | 31 | 54 | 59 | 70 | 67 | 63 | 55 | 41 | 60 | 54 | 55 | 76 | 77 | 46 | 21 | 76 | 77 | 70 | 59 | 59 | 43 | 49 | 60 | 64 | 66 | 68 | 75 | 70 | 43 | 86 | 87 |
| PACIFIC NORTHWEST | 63 | 74 | 58 | 63 | 72 | 82 | 81 | 74 | 65 | 44 | 64 | 58 | 75 | 70 | 70 | 69 | 57 | 70 | 57 | 73 | 82 | 80 | 69 | 58 | 65 | 59 | 80 | 65 | 51 | 33 | 30 |
| SOUTHERN CALIFORNIA | 59 | 44 | 52 | 41 | 51 | 43 | 53 | 59 | 37 | 34 | 31 | 42 | 40 | 67 | 52 | 62 | 38 | 32 | 32 | 33 | 50 | 45 | 34 | 40 | 45 | 34 | 36 | 51 | 37 | 42 | 37 |
| SOUTHWEST | 39 | 55 | 55 | 57 | 71 | 109 | 126 | 49 | 63 | 58 | 63 | 69 | 59 | 71 | 59 | 53 | 56 | 53 | 64 | 54 | 58 | 36 | 44 | 51 | 54 | 86 | 87 | 64 | 30 | 52 | 61 |
| STC | 43 | 73 | 48 | 48 | 46 | 55 | 40 | 42 | 66 | 57 | 50 | 51 | 39 | 48 | 43 | 53 | 46 | 43 | 48 | 37 | 39 | 52 | 75 | 44 | 48 | 54 | 65 | 43 | 53 | 62 | 58 |
| WESTSHORE | 22 | 34 | 42 | 38 | 31 | 32 | 19 | 19 | 36 | 22 | 33 | 27 | 37 | 29 | 16 | 30 | 28 | 41 | 29 | 37 | 29 | 16 | 38 | 37 | 30 | 29 | 33 | 20 | 20 | 37 | 21 |
| Grand Total | 675 | 808 | 745 | 758 | 756 | 798 | 807 | 685 | 793 | 697 | 708 | 734 | 712 | 762 | 666 | 769 | 715 | 746 | 730 | 747 | 826 | 665 | 791 | 696 | 716 | 820 | 842 | 757 | 658 | 746 | 713 |

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
11/22/2021

UNITED STATES POSTAL SERVICE ®

# Extra Trips

## Extra Trips (Network & Local - HCR & PVS):

- **No. of Extra Trips by Division (September 2021)**

| Division | 9/1 | 9/2 | 9/3 | 9/4 | 9/5 | 9/6 | 9/7 | 9/8 | 9/9 | 9/10 | 9/11 | 9/12 | 9/13 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 | 9/19 | 9/20 | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 | 9/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 56 | 64 | 85 | 92 | 222 | 136 | 94 | 67 | 76 | 99 | 83 | 47 | 90 | 72 | 78 | 66 | 81 | 70 | 43 | 75 | 78 | 90 | 75 | 81 | 81 | 57 | 76 | 73 | 90 | 85 |
| COASTAL SOUTHEAST | 115 | 146 | 134 | 151 | 319 | 277 | 221 | 152 | 160 | 162 | 164 | 137 | 170 | 173 | 164 | 174 | 168 | 161 | 143 | 173 | 157 | 161 | 199 | 184 | 180 | 161 | 176 | 170 | 178 | 186 |
| ISC | 6 | 5 | 5 | 4 | 6 | 7 | 3 | 4 | 2 | 9 | 3 | 6 | 4 | 5 | 4 | 5 | 5 | 5 | 3 | 6 | 4 | 3 | 4 | 7 | 6 | 5 | 3 | 4 | 4 | 4 |
| LAKESHORES | 73 | 70 | 86 | 71 | 104 | 109 | 94 | 96 | 90 | 101 | 71 | 78 | 99 | 87 | 96 | 95 | 89 | 86 | 67 | 101 | 95 | 107 | 95 | 89 | 81 | 75 | 83 | 99 | 70 | 69 |
| MID-ATLANTIC | 52 | 47 | 52 | 61 | 229 | 67 | 55 | 59 | 47 | 47 | 50 | 63 | 51 | 47 | 47 | 36 | 37 | 61 | 48 | 47 | 44 | 45 | 48 | 38 | 70 | 64 | 48 | 41 | 47 | 47 |
| MID-SOUTH | 31 | 36 | 34 | 27 | 64 | 80 | 50 | 39 | 35 | 47 | 35 | 41 | 38 | 39 | 30 | 30 | 29 | 31 | 35 | 35 | 32 | 30 | 39 | 22 | 34 | 29 | 26 | 34 | 32 | 34 |
| MIDWEST | 41 | 37 | 50 | 30 | 104 | 78 | 38 | 31 | 33 | 28 | 34 | 27 | 29 | 34 | 27 | 34 | 35 | 35 | 43 | 32 | 37 | 40 | 37 | 32 | 38 | 39 | 33 | 33 | 52 | 40 |
| NEW ENGLAND | 33 | 59 | 54 | 61 | 78 | 89 | 60 | 54 | 50 | 42 | 44 | 46 | 51 | 34 | 33 | 26 | 40 | 58 | 45 | 42 | 41 | 38 | 36 | 44 | 59 | 51 | 47 | 49 | 45 | 73 |
| NEW YORK METRO | 64 | 114 | 156 | 133 | 156 | 185 | 172 | 153 | 150 | 157 | 128 | 74 | 180 | 120 | 132 | 135 | 131 | 112 | 105 | 145 | 133 | 133 | 136 | 120 | 107 | 77 | 118 | 131 | 122 | 136 |
| PACIFIC NORTHWEST | 39 | 27 | 40 | 53 | 136 | 160 | 60 | 36 | 47 | 62 | 70 | 64 | 51 | 32 | 49 | 40 | 47 | 47 | 50 | 42 | 23 | 29 | 30 | 44 | 47 | 72 | 42 | 29 | 33 | 58 |
| SOUTHERN CALIFORNIA | 31 | 27 | 35 | 50 | 131 | 226 | 45 | 38 | 34 | 38 | 46 | 32 | 35 | 40 | 44 | 38 | 38 | 46 | 39 | 50 | 47 | 46 | 34 | 28 | 53 | 41 | 47 | 34 | 52 | 29 |
| SOUTHWEST | 69 | 83 | 93 | 76 | 156 | 132 | 88 | 64 | 88 | 86 | 92 | 45 | 47 | 69 | 57 | 63 | 55 | 75 | 49 | 74 | 69 | 52 | 53 | 52 | 64 | 32 | 39 | 40 | 34 | 44 |
| STC | 54 | 64 | 62 | 41 | 61 | 113 | 135 | 49 | 68 | 55 | 56 | 43 | 78 | 50 | 46 | 44 | 53 | 36 | 45 | 62 | 59 | 45 | 44 | 46 | 32 | 44 | 75 | 62 | 59 | 37 |
| WESTSHORE | 34 | 25 | 29 | 39 | 46 | 49 | 60 | 32 | 29 | 44 | 29 | 18 | 47 | 29 | 41 | 30 | 35 | 32 | 22 | 46 | 30 | 31 | 31 | 33 | 17 | 10 | 26 | 30 | 37 | 21 |
| **Grand Total** | **698** | **804** | **915** | **889** | **1812** | **1708** | **1175** | **874** | **909** | **977** | **905** | **721** | **970** | **831** | **848** | **816** | **843** | **855** | **737** | **930** | **849** | **850** | **861** | **820** | **869** | **757** | **839** | **829** | **855** | **863** |

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
11/22/2021

# Extra Trips

## Extra Trips (Network & Local - HCR & PVS):

- **No. of Extra Trips by Division (October 2021)**

| Division | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 71 | 77 | 45 | 74 | 94 | 75 | 80 | 87 | 76 | 229 | 235 | 179 | 93 | 94 | 142 | 63 | 69 | 81 | 83 | 105 | 110 | 92 | 55 | 66 | 91 | 90 | 98 | 115 | 107 | 80 | 63 |
| COASTAL SOUTHEAST | 194 | 185 | 168 | 193 | 185 | 178 | 199 | 189 | 215 | 368 | 437 | 307 | 191 | 189 | 173 | 221 | 190 | 224 | 176 | 183 | 209 | 214 | 187 | 150 | 221 | 191 | 180 | 215 | 215 | 193 | 165 |
| ISC | 5 | 3 | 6 | 2 | 3 | 5 | 3 | 6 | 4 | 6 | 8 | 4 | 5 | 4 | 4 | 4 | 4 | 2 | 6 | 3 | 4 | 5 | 4 | 3 | 4 | 6 | 4 | 4 | 5 | 7 | 6 |
| LAKESHORES | 98 | 103 | 97 | 100 | 82 | 87 | 100 | 109 | 90 | 125 | 292 | 213 | 84 | 108 | 80 | 89 | 93 | 116 | 110 | 100 | 105 | 93 | 73 | 79 | 79 | 97 | 95 | 87 | 84 | 72 | 80 |
| MID-ATLANTIC | 40 | 61 | 80 | 51 | 48 | 41 | 43 | 45 | 60 | 202 | 383 | 228 | 59 | 43 | 38 | 58 | 63 | 45 | 40 | 36 | 37 | 42 | 50 | 54 | 46 | 35 | 48 | 34 | 54 | 51 | 69 |
| MID-SOUTH | 37 | 51 | 34 | 28 | 28 | 27 | 27 | 27 | 33 | 60 | 224 | 211 | 32 | 30 | 27 | 34 | 30 | 33 | 26 | 21 | 36 | 37 | 28 | 25 | 28 | 33 | 29 | 26 | 35 | 49 | 33 |
| MIDWEST | 36 | 34 | 35 | 38 | 48 | 44 | 47 | 44 | 41 | 120 | 206 | 160 | 39 | 47 | 44 | 42 | 38 | 40 | 48 | 44 | 48 | 47 | 46 | 45 | 45 | 49 | 49 | 57 | 52 | 52 | 39 |
| NEW ENGLAND | 55 | 44 | 37 | 52 | 48 | 49 | 54 | 49 | 48 | 84 | 192 | 166 | 47 | 34 | 21 | 40 | 45 | 38 | 38 | 46 | 52 | 39 | 46 | 37 | 49 | 49 | 62 | 60 | 42 | 47 | 46 |
| NEW YORK METRO | 139 | 88 | 69 | 110 | 120 | 99 | 129 | 111 | 130 | 179 | 171 | 168 | 157 | 202 | 155 | 130 | 89 | 162 | 138 | 157 | 153 | 173 | 121 | 87 | 144 | 133 | 147 | 133 | 130 | 119 | 85 |
| PACIFIC NORTHWEST | 50 | 47 | 49 | 57 | 35 | 46 | 32 | 50 | 52 | 132 | 324 | 185 | 54 | 52 | 68 | 73 | 53 | 43 | 43 | 51 | 32 | 46 | 50 | 48 | 61 | 54 | 70 | 58 | 59 | 67 | 52 |
| SOUTHERN CALIFORNIA | 27 | 60 | 51 | 42 | 37 | 35 | 32 | 33 | 50 | 145 | 415 | 308 | 47 | 32 | 30 | 45 | 41 | 60 | 52 | 59 | 50 | 54 | 57 | 49 | 50 | 57 | 42 | 47 | 44 | 70 | 34 |
| SOUTHWEST | 50 | 66 | 31 | 35 | 41 | 65 | 62 | 54 | 74 | 101 | 382 | 252 | 57 | 62 | 64 | 74 | 33 | 47 | 55 | 44 | 54 | 44 | 60 | 42 | 53 | 57 | 62 | 51 | 49 | 64 | 49 |
| STC | 29 | 33 | 46 | 39 | 48 | 44 | 50 | 40 | 49 | 48 | 80 | 72 | 57 | 54 | 52 | 64 | 46 | 64 | 40 | 60 | 50 | 50 | 54 | 37 | 56 | 59 | 50 | 35 | 35 | 46 | 43 |
| WESTSHORE | 33 | 22 | 20 | 34 | 35 | 47 | 41 | 30 | 33 | 27 | 67 | 61 | 46 | 90 | 61 | 27 | 23 | 43 | 30 | 35 | 31 | 36 | 21 | 20 | 53 | 35 | 49 | 40 | 42 | 35 | 32 |
| **Grand Total** | 864 | 874 | 768 | 855 | 852 | 842 | 899 | 874 | 955 | 1826 | 3416 | 2514 | 968 | 1041 | 959 | 964 | 817 | 998 | 885 | 944 | 971 | 972 | 852 | 742 | 980 | 945 | 985 | 962 | 953 | 952 | 796 |

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
11/22/2021

# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips by Division (November 2021)**

| Division | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 83 | 108 | 110 | 111 | 92 | 89 | 60 | 87 | 100 | 271 | 191 | 104 | 111 | 95 | 118 | 123 | 142 |
| COASTAL SOUTHEAST | 233 | 171 | 188 | 222 | 225 | 226 | 152 | 243 | 202 | 408 | 403 | 275 | 229 | 158 | 225 | 207 | 230 |
| ISC | 4 | 7 | 5 | 5 | 7 | 4 | 7 | 5 | 6 | 10 | 11 | 8 | 7 | 6 | 4 | 3 | 6 |
| LAKESHORES | 94 | 88 | 92 | 90 | 101 | 72 | 74 | 111 | 109 | 150 | 210 | 144 | 75 | 105 | 99 | 128 | 140 |
| MID-ATLANTIC | 56 | 40 | 45 | 50 | 46 | 70 | 71 | 54 | 57 | 227 | 133 | 67 | 73 | 68 | 57 | 84 | 94 |
| MID-SOUTH | 32 | 27 | 40 | 48 | 44 | 40 | 30 | 32 | 52 | 121 | 93 | 52 | 43 | 34 | 43 | 57 | 60 |
| MIDWEST | 48 | 44 | 51 | 60 | 54 | 39 | 47 | 57 | 73 | 155 | 95 | 66 | 62 | 43 | 67 | 91 | 101 |
| NEW ENGLAND | 48 | 51 | 66 | 70 | 44 | 46 | 38 | 55 | 63 | 89 | 142 | 60 | 72 | 58 | 68 | 70 | 61 |
| NEW YORK METRO | 112 | 132 | 151 | 111 | 119 | 124 | 76 | 125 | 144 | 290 | 224 | 168 | 161 | 103 | 159 | 177 | 146 |
| PACIFIC NORTHWEST | 90 | 74 | 78 | 73 | 92 | 97 | 67 | 90 | 76 | 227 | 236 | 134 | 148 | 144 | 174 | 137 | 143 |
| SOUTHERN CALIFORNIA | 50 | 50 | 45 | 46 | 48 | 73 | 40 | 51 | 65 | 205 | 218 | 80 | 73 | 62 | 67 | 87 | 102 |
| SOUTHWEST | 47 | 54 | 44 | 45 | 64 | 74 | 45 | 59 | 59 | 157 | 162 | 72 | 79 | 52 | 83 | 80 | 85 |
| STC | 61 | 68 | 52 | 55 | 56 | 72 | 49 | 72 | 72 | 74 | 106 | 87 | 65 | 58 | 94 | 106 | 93 |
| WESTSHORE | 46 | 47 | 39 | 57 | 41 | 34 | 24 | 39 | 65 | 72 | 44 | 52 | 52 | 48 | 45 | 47 | 47 |
| Grand Total | 1004 | 961 | 1006 | 1043 | 1033 | 1060 | 780 | 1080 | 1143 | 2456 | 2268 | 1369 | 1250 | 1034 | 1303 | 1397 | 1450 |

