IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, et al., | Civil Action No. 1:26-1114 |
| Plaintiffs, | |
| vs. | Washington, DC May 14, 2026 |
| DONALD. F. TRUMP, et al, | |
| Defendants. | 2:10 p.m. |

TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING PROCEEDINGS
**BEFORE THE HONORABLE CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the Plaintiffs:**    Lalitha Madduri
**(DSCC, DCCC, DNC, DGA,**    Jacob D. Shelly
**Charles Schumer &**    Kevin R. Kowalewski
**Hakeem Jeffries)**    Max Accardi
     ELIAS LAW GROUP LLP
     250 Massachusetts Ave NW, Ste. 400
     Washington, DC 20001
     Emails:  lmadduri@elias.law
           kkowalewski@elias.law
           jshelly@elias.law
           maccardi@elias.law

**For the Plaintiffs:**    Danielle M. Lang
**(LULAC, Secure**    Anna Marks Baldwin
**Families Initiative**    CAMPAIGN LEGAL CENTER
**AZ Students' Assoc.)**    1101 14th St. NW, Suite 400
     Washington, DC 20005
     Emails: dlang@campaignlegalcenter.org
       abaldwin@campaignlegalcenter.org

```
APPEARANCES CONT'D.:

For the Plaintiffs:      Orion de Nevers
(NAACP, Common Cause,    John Freedman
CC Education Fund,         ARNOLD & PORTER KAYE SCHOLER LLP
BMV Fund, Inc.,            601 Massachusetts Ave., NW
BVM Capacity, Bldg.       Washington, DC 20001
Institute, Inc.)        Emails: orion.denevers@arnoldporter.com
                                 john.freedman@arnoldporter.com



For Defendants:          Stephen M. Pezzi
(Donald J. Trump,        Esam Al-Shareffi
Executive Office of        DoJ - CIV- Federal Programs
the President,             1100 L Street, NW
U.S. DoJ, USPS,            Washington, DC 20530
U.S. DHS, USCIS,          Email: stephen.pezzi@usdoj.gov
SSA, U.S. DoC,                    esam.k.al-shareffi@usdoj.gov
et al.)


For the Movants:         Louis J. Capozzi, III
(States of MO, AL,         Missouri Attorney General's Office
FL, LA, MO, OK,            815 Olive Street, Suite 200
SC, SD and TX)            St Louis, Missouri 63101
                          Email: Louis.Capozzi@ago.mo.gov







Reported By:             LORRAINE T. HERMAN, RPR, CRC
                          Official Court Reporter
                          U.S. District & Bankruptcy Courts
                          333 Constitution Avenue NW
                          Washington, DC 20001
                          lorraine_herman@dcd.uscourts.gov



***   Proceedings recorded by stenotype shorthand.
***   Transcript produced by computer-aided transcription.
```

California's lists or whatever.

It's now gone to California.  We care about making sure that people are properly registered and not de-registered to vote in California.

Does LULAC have standing at that point?  Put aside who it sues.

MR. PEZZI:  So I think the mere transmission of a list --

THE COURT:  What if the list is provably under-inclusive?

MR. PEZZI:  Again, it's --

THE COURT:  Yeah.

MR. PEZZI:  It's entirely hypothetical now.  But if we're just talking about the mere transmission of a list, no requirement and not even a suggestion that the state should do something with that list, I don't think there's going to be standing to sue the federal government for sending someone a list.

Again, if I could just bracket some of the Privacy Act questions for a moment.  I mean, if that was a flagrant violation of the Privacy Act or something, then maybe we would have some privacy question.  But, I mean, the --

THE COURT:  I'm talking about the organization itself taking steps to deal with the fact that this list,

which hasn't previously existed, and, again, by hypothesis is wrong or under-inclusive or whatever, and they -- as part of their core mission, we want to make sure that all registered, you know, voters are registered and don't get de-registered.  So we're now having to take all sort of steps.  Not advocating against this policy.  We're actually taking concrete steps to get people or to ensure that people stay registered.

**MR. PEZZI:**  Yes.  I mean, certainly someone would have standing to sue a state if what a state did with that list was something improper with respect to its voter rules.  Whether it also had standing to sue the federal government merely for sending an imperfect list, I think, is a harder question.

Here, again, I think the list can be a useful tool in saying, okay, if you appear on this list, there is no further inquiry really needed to confirm that this person -- or there is less further inquiry needed.  To be clear, there actually will still be further inquiry needed under state law, which is referenced in the order itself.

For example, you could end up with a felon on that list who is a 35-year-old U.S. citizen not eligible to vote as a matter of state law.

**THE COURT:**  Someone who actually doesn't reside in the state notwithstanding the federal list.

**MR. PEZZI:** Certainly. I'm sure no list is ever going to be perfect. So I think -- I mean, maybe you'll hear more from the states about this. But certainly a responsible state would not take that list and then immediately or automatically throw off every single person on their voter rolls who does not per appear on that list.

If they were to do such a thing, it would, A, not be something the federal government told them to do in this Executive Order, and, B, there might be other state or federal law, even constitutional law backstops, that vented at least some of that.

We are now very far downstream, of course, in terms of speculating about what states might do with a possible future list. And I think, as of today, I mean, the Executive Order itself, of course, doesn't do any of this. And I think that's all that Your Honor needs to decide today.

**THE COURT:** All right. So now let's go to the Postal Service.

I mean, obviously, the list has -- there are some calendar-related parts of the E.O. as to the list, but it's sort of backing up from or away from the election.

On the rulemaking, it's forward looking. Right? It's 60 days NPRM, 120 days final rule.

I get the government's position is we want you to