# NAACP

# Election & Government Mail Services Update

**Adrienne Marshall, Director Election and Government Mail Services**

**February 02, 2026**



# The Postal Service's Role in the Election Process

The Postal Service is committed to fulfilling our role in the electoral process and we provide a secure, efficient and effective way for citizens to participate when policymakers decide to use mail as part of their elections or when voters choose to use our services to participate in an election. The Postal Service has a robust and tested process for proper handling and timely delivery of Election Mail.

Every federal election cycle, we make efforts across the nation to inform local and state election officials about mailing procedures, our operational standards, and our recommended best practices for utilizing the mail.



# Internal Training & Education



# 2026 EGMS Internal Training and Education

- Election and Government Mail Services Field Specialist Audits – January – November
- HQ 2026 Election Mail Kickoff – February 18, 2026
- Cross-Functional Election/Political Season Kickoff Meetings:
  - Processing and Distribution – March 2026
  - Retail and Delivery – March 2026
  - Customer Experience – March 2026
- Monthly touchpoints with Area Customer Experience Directors and Manager Customer Relations
- Election Mail 101 Training
  - Processing and Distribution – Ongoing
  - Retail and Delivery - Ongoing



# 2026 EGMS Internal Cross Functional Activities

- Postal Bulletin Election Mail Cover Story – January 22, 2026
- 2026 Election Preparedness Memorandum – January 30, 2026
- Chief Retail Delivery Operations (CRDO) Learn and Grow, February 2026 – November 2026
- Chief Processing Distribution Operations (CPDO) Education Series, February 2026 – November 2026
- Joint Election Mail Taskforce Kickoff with Unions and Management Associations – August 2026
  - Ballot Ambassadors and Monitors
- Election Mail Inspections (EMIs) conducted by United States Postal Inspection Service – March – November 2026
- Guidance documents on Extraordinary Measures and Postmarking will be distributed organization wide by October 1, consistent with 2022 and 2024



5

# External Education & Outreach





Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product

# Election Mail Preparedness Meetings with State and Local Election Officials

**Ongoing outreach with local and state election officials and associations: National Association of Secretaries of State, National Association of State Election Directors, Joint Election Official Liaison Conference and the Election Assistance Commission**

**Local Level**

- Customer Relations Directors and Managers lead primary and general outreach meetings in each District

- Share consistent, uniform messaging for all states and territories

- Ongoing dialogue to gather information on jurisdictions' plans to ensure Postal Service's operational readiness

- Continue to educate and inform on Postal Service policies and recommendations to avoid common pitfalls
    - e.g., problems with envelope design



## EGMS External Education, and Outreach

- JEOLC Conference – Jan 8
- Nevada Secretary of State Transportation Meeting – Jan 8
- Pennsylvania Department of State Elections Meeting – Jan 8
- Oregon Secretary of State Ballot Drop Meeting – Jan 9
- Wicomico County (MD) Board of Elections – Jan 14
- Colorado County Clerks 2026 Annual Conference – Jan 22
- El Paso Couty (TX) Election Officials Undeliverable Ballots Meeting – Jan 22
- National Association of State Election Directors Conference – Feb 1
- Oregon Mid-Winter Conference – Feb 3
- Montana Mid-Winter Conference – Feb 24
- Washington State Election Conference – June 1
- Election Center National Conference – Aug 19



# Postmarking





Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product



Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product



Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product

UNITED STATES
POSTAL SERVICE ®

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product



# Operational Readiness at Scale



# Longstanding Election Processes and Procedures

## Election Year Processes and Procedures (in place now/ongoing)

- Ongoing field education and training on Election Mail processes

- Conducting daily All Clear checks in processing, retail and delivery

- Documenting Election Mail with Election Mail log sheets

- usps.com/electionmail to track issues/concerns from election officials and customers

- Advance Election Mail

## Extraordinary Measures (Oct. 27, 2026 - Nov. 3, 2026)

Efforts related to Ballot Mail entered close to or on Election Day and/or the state's return deadline

Including but not limited to:

- Extra deliveries and collections

- Special pick-ups

- Expanded processing facility hours



# Election Mail Security



# Ensuring the Secure Delivery of Our Nation's Election Mail





- **Supports USPS by responding to customer and partner driven election related security questions and incidents**, including those reported by customers (boards of election and voters).
- **Coordinates closely with federal, state and local partners** on election security table-top exercises, planning meetings and other events on an ongoing basis.
- **Operates a 24hr law enforcement reporting line** for election officials. (877)876-2455 (please select #4).
- **Triages reports of Election Mail security and criminal incidents** from election officials throughout election cycles.
- **Monitors the postal network for election mail related issues** including potential unauthorized delay, delivery, and changes of address related to election mail.
- **Works with local, state and federal law enforcement authorities** to conduct and support election crimes investigations.

- **Monitoring and oversight** of the Postal Service's ability to timely process and deliver Election Mail.
- **Coordinates closely with federal, state and local partners** on election security table-top exercises, planning meetings and other events on an ongoing basis.
- **Conduct site visits to observe and monitor operations** at postal facilities around the country.
- **Continued focus on protecting the integrity** of election mailings through investigating allegations of employee misconduct with respect to election and political mailings.
- **Works with state and federal law enforcement authorities:** to support election offense investigations involving USPS employees

# Questions?





Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product