National Association for the Advancement of
Colored People,

*Plaintiff,*

v.

United States Postal Service, et al.,

*Defendants*.

Civil Action No. 20-cv-2295 (EGS)

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff hereby gives notice of a decision issued today in *League of Women Voters of Massachusetts v. Trump*, No. 26-11549-IT (D. Mass. June 18, 2026), and *State of California v. Trump*, No. 26-11581-IT (D. Mass. June 18, 2026). That decision denies, in part, motions to dismiss two consolidated cases challenging Executive Order 14399—the Order that Defendant U.S. Postal Service seeks to implement through the rulemaking at issue in Plaintiff's Motion to Enforce Compliance with Settlement Agreement and Court Order, Dkt. No. 171.

With respect to the consolidated plaintiffs' claims concerning implementation of Executive Order 14399, the District Court found that, "even without a USPS Final Rule on mail ballot procedures," the claims were ripe as to implementation for the 2026 general election. Memorandum & Order at 13; *see generally id*. at 11–13. A copy of the Memorandum & Order is attached.

Plaintiff believes that the *League of Women Voters* opinion may be helpful to the Court as it considers the pending motion in this case.

Dated: June 18, 2026                  Respectfully submitted,

                                      /s/ Allison M. Zieve
Sam Spital (D.D.C. Bar No. SS4839)    Allison M. Zieve (DC Bar No. 424786)
John S. Cusick (admitted pro hac vice) Wendy Liu (DC Bar No. 1600942)
Brittany Carter*                      PUBLIC CITIZEN LITIGATION GROUP
NAACP LEGAL DEFENSE AND EDUCATIONAL   1600 20th Street NW
FUND, INC.                            Washington, DC 20009 (202) 588-1000
40 Rector Street, 5th Floor           azieve@citizen.org
New York, NY 10006
(212) 965-2200
sspital@naacpldf.org

                        Counsel for Plaintiff NAACP

*Motion for Admission *Pro Hac Vice* Forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 18, 2026, I electronically transmitted the motion above using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

/s/ Allison M. Zieve
Allison M. Zieve