**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE,
*et al.*,

        Defendants.

No. 20-cv-2295(EGS)

<u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion to Enforce Compliance with Settlement Agreement and Court Order, ECF No. 171, is **GRANTED**; and the Court further

**DECLARES** that the standards and procedures set forth in Defendants' Proposed Rule, 91 Fed. Reg. 32915 (June 2, 2026), would violate the Settlement Agreement between the parties; and it is further

**ORDERED** that the Postal Service is enjoined from implementing the standards and procedures described in the Proposed Rule.

**SO ORDERED.**

**Signed:     Emmet G. Sullivan**
**United States District Judge**
**July 1, 2026**