**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

National Association for the Advancement of
Colored People,

*Plaintiff*,

v.

United States Postal Service, *et al.*,

*Defendants*.

Case No. 1:20-cv-02295-EGS

**NOTICE OF APPEAL**

Defendants hereby appeal to the United States Court of Appeals for District of Columbia Circuit from the Court's Order issued on July 1, 2026 (ECF No. 181) and accompanying Memorandum Opinion (ECF No. 182).

- 1 -

- 2 -

Dated: July 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
 *Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
 *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*