**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

National Association for the Advancement of
Colored People,

*Plaintiff*,

v.

United States Postal Service, *et al.*,

*Defendants*.

Case No. 1:20-cv-02295-EGS

**DEFENDANTS' MOTION TO SAY**

For the reasons stated in the accompanying memorandum of law and pursuant to Federal Rule of Civil Procedure 62, Defendants respectfully request that the Court stay its Order issued on July 1, 2026 (ECF No. 181) pending appeal.

- 1 -

Dated: July 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

<u>/s/ *Esam K. Al-Shareffi*</u>
STEPHEN M. PEZZI
D.C. Bar. No. 995500
 *Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
 *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

## <u>Local Rule 7(m) Certification</u>

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff prior to the filing of this motion, pursuant to Local Rule 7(m).  Counsel was unable to resolve or narrow the issues for review.  Plaintiff opposes this motion.

<u>/s/ Esam K. Al-Shareffi</u>
ESAM K. AL-SHAREFFI