## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Association for the Advancement of Colored People, <br><br> *Plaintiff*, <br> v. <br><br> United States Postal Service, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-02295-EGS |

### [PROPOSED] ORDER

Upon careful consideration of Defendants' motion for stay, the parties' briefing, the applicable law, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion is granted; and it is further

**ORDERED** that this Court's Order of July 1, 2026, ECF No. 181, is **STAYED** pending resolution of Defendants' Appeal of that Order.

**SO ORDERED**.

DATE:

_____
EMMET G. SULLIVAN
United States District Judge

- 1 -