**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

National Association for the Advancement of
Colored People,

*Plaintiff*,

v.

United States Postal Service, *et al.*,

*Defendants*.

Case No. 1:20-cv-02295-EGS

**<u>NOTICE</u>**

Defendants in the above-captioned matter respectfully submit the following notice regarding recent developments in this matter:

On June 18, 2026, pursuant to 5 U.S.C. § 552a(r), the Postal Service provided advance notice of a proposed new General Privacy Act System of Records ("SORN") to coincide with its proposal to amend the *Mailing Standards of the United States Postal Service*, Domestic Mail Manual (DMM), regarding the transmission of mail-in or absentee ballots for federal elections. *See* U.S. Postal Service, *Proposed Rule: Ballot Mail for Federal Elections*, 91 Fed. Reg. 32,915 (June 2, 2026). Pursuant to the statute, advance notice of the SORN was provided to the Committee on Oversight and Government Reform of the House of Representatives, the Committee on Homeland Security & Governmental Affairs of the Senate, and the Office of Management and Budget.

The System of Record will become effective on the latest of (1) 30 days from publication in the Federal Register of the notice, if no comments are received; (2) the publication date of the Postal Service's responses to comments received (which will under no circumstances be published prior to 30 days from the publication date of this Notice); or (3) the effective date of any final rule

to amend the *Mailing Standards of the United States Postal* Service, Domestic Mail Manual (DMM), regarding the transmission of mail-in or absentee ballots for federal elections. *See* U.S. Postal Service, *Proposed Rule: Ballot Mail for Federal Elections*, 91 Fed. Reg. 32,915 (June 2, 2026). If the Postal Service does not issue any final rule in connection with that rulemaking, then the System of Record will not take effect.

Earlier today, that SORN was made available for public inspection ahead of formal publication at: federalregister.gov/public-inspection/2026-14508/privacy-act-systems-of-records. Formal publication is scheduled to occur on July 17, 2027.  In addition to stating that the System of Record will not take effect until a final rule amending the DMM is published, the SORN expressly acknowledges that the proposed rule is the subject of active litigation and provides that a final rule will not be published unless and until the government obtains relief from all relevant injunctions.

Dated: July 16, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        *Assistant Attorney General*

                                        ERIC J. HAMILTON
                                        *Deputy Assistant Attorney General*

                                        JOSEPH E. BORSON
                                        *Assistant Branch Director*

                                        /s/ *Esam K. Al-Shareffi*
                                        STEPHEN M. PEZZI
                                        D.C. Bar. No. 995500
                                         *Chief Litigation Counsel*
                                        ESAM K. AL-SHAREFFI
                                        D.C. Bar No. 90010174
                                         *Trial Attorney*
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, DC 20005
                                        Telephone: (202) 598-7367
                                        E-mail: esam.k.al-shareffi@usdoj.gov

                                        *Counsel for Defendants*