# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

National Association for the Advancement of
Colored People,

$\qquad$ *Plaintiff*,

v.

United States Postal Service, *et al.*,

$\qquad$ *Defendants*.

Case No. 1:20-cv-02295-EGS

## <u>NOTICE OF ERRATA</u>

In the Notice filed earlier today, ECF No. 188, the Notice stated in part: "Formal publication is scheduled to occur on July 17, 2027." The Notice should have stated: "Formal publication is scheduled to occur on July 17, 2026."

Dated: July 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
*Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*