# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5257** **September Term, 2026**

**1:20-cv-02295-EGS**

**Filed On: November 23, 2026** [2204775]

National Association for the Advancement of Colored People,

Appellee

v.

United States Postal Service and Louis DeJoy, in his official capacity as Postmaster General of the United States Postal Service,

Appellants

## MANDATE

In accordance with the order of October 1, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed October 1, 2026